O'ZBEKISTON RESPUBLIKASI
TOSHKENT SHAHAR
CHILONZOR TUMAN

**ИЖРОИЯ МАХКАМАСИ**

700135, Toshkent shahar,
Halqlar Do'stligi ko'chasi, 50

РЕСПУБЛИКА УЗБЕКИСТАН

**ИСПОЛНИТЕЛЬНОЙ АППАРАТ**
ЧИЛАНЗАРСКОГО РАЙОНА
г. ТАШКЕНТА

700135, г. Ташкент,
ул. Дружбы Народов,50

№ 477 « 15 » 07 2005 й.

✓ Атамирзаевой З.А. проживающей
по адресу м-в Чиланзар кв.2 д.19кв.26

Хокимият Чиланзарского района пртверждает,что кафе «Феруза» располагавшееся в парке «Мирзо Улугбек» (ныне «Гафур Гулом»)было снесено в конце декабре 1999 г. В целях безопасности посольства США.
Кафе «Феруза» было снесено по требованию посольства США, требование выражалось в устной форме. В связи с тем, что данное требование со стороны Посльства США выражалось вустной форме, а также тем,что требование трех дней, в хокимияте Чиланзарского района не было произведено каких либо записей.
Письмом Хокимията Чиланзарского района за № 405 от 22.08.2003г. было сообщена по данному объекту.

Первый зам. Хокима Ахмедов С.Н.

Исп. Ярашев Х.

Ozbekiston Respublikasi
Toshkent Shahar
Chilonzor Tuman

[seal]

**Izhroiya Makhkamasi**

700135, Toshkent shahar,
Halqlar Do'stligi Ko'chasi, 50

Uzbekistan Republic

**Executive Office**
Chilanzar District
Tashkent

Tashkent, 700135
50 Druzhba Narodov Street

---

No. *477*

*July 15*, 2005

✓ Z. A. Atamirzayeva, residing
at 19 Chilanzar, Block 26, Apt. 2

The Chilanzar District Administration confirms that the Feruza Café, which had been located in the Mirzo Ulugbek Park (now the Gafur Gulom Park) was razed in late December 1999 for the sake of the security of the US Embassy. The Feruza Café was razed at the demand of the US Embassy. This demand was made orally. In connection with the fact that this demand on the part of the US Embassy was made orally, and also that the demand [was acted on within][1] three days, no sort of written notation was made in the Chilanzar District Administration.

Notification concerning the building in question was given in Letter No. 405 of the Chilanzar District Administration, dated August 22, 2003.

First Deputy Administrator [signature] S. N. Akhmedov

Done by Kh. Yarashev

---

[1] TR:There is an omission here in the Russian text. The context suggests that the brevity of time involved, "three days," along with the fact that the request itself was oral, explains the lack of the need to make a record of the request and action.

GEOTEXT
Translations, Inc.

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of communication no. 477 from S. N. Akhmedov to Z. A. Atamirzayeva, dated July 15, 2005.

Naa Koshie Mills, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 29th day of September, 2005.

Robert A. Adler Jr.
Notary Public, State of New York
No.01AD6097048
Qualified in Kings County
Commission Expires August 18, 2007

ZA 0003

O'zbekiston Respubiikasi
Toshkent shahar
Chilonzor tumani

«MO-SAMAK»

г.Ташкент Узбекистан
23 марта 2004 г.

Мы нижеподписавшиеся учредители ООО «Мо-Самак»:

...nasoy ko'chasi, 8-uy.

1. Рахматов Шукур
2. Игамбердиев Хасан Игамбердиевич
3. Азимбаев Шавкат Саидович

подтверждаем, как правопреемники КП «Мо-Самак», что кафе «Феруза» располагавшееся на территории парка «Гафур Гулом» г.Ташкент является, на основании принятых решений КП «Мо-Самак», частной собственностью Атамирзаевой З.А.
ООО «Мо-Самак» не имеет каких либо имущественных или других претензий и требований относительно частного имущества Атамирзаевой Зои Абдукадыровны в виде кафе «Феруза», располагавшегося на территории парка «Гафур Гулям» г.Ташкента.

Рахматов Ш.
Игамбердиев Х.И.
Азимбаев Ш.С.

O'zbekiston Respublikasi

# СПРАВКА

Общество Ограниченной Ответственности «Мо-Самак», как правопреемник Коллективного Предприятия «Мо-Самак» подтверждает, что выделение учредительной доли Атамирзаевой Зои Абдукадыровны произошло на основании протокола общего собрания учредителей от 05 Ноября 1999 г. Учредительной долей Атамирзаевой З.А. в КП «Мо-Самак» являлось кафе «Феруза» располагавшееся на территории ПК и О «Мирзо Улугбек», в настоящее время ПК и О «Гафура Гуляма» по адресу: г.Ташкент ул. Дружбы Народов 21.

На основании инвентаризационной описи от 23 Декабря 1999 г. кафе «Феруза» было списано с баланса КП «Мо-Самак».

Соответствующая запись была внесена в Главную Книгу бухгалтерии КП «Мо-Самак».

**Директор Игамбердиев Х.**

**Гл. бухгалтер** Зуленасова

O'ZBEKISTON RESPUBLIKASI
TOSHKENT SHAHRI HOKIMINING MAHKAMASI
MADANIYAT ISHLARI BOSH BOSHQARMASI
G'AFUR G'ULOM
NOMIDAGI MADANIYAT VA ISTIROHAT BOG'I
700115, TOSHKENT SHAHRI, XALQLAR DO'STLIGI SHOH KO'CHASI 21, TEL.: 77-25-48

2003 YIL "14" мая

№ 6-79

Хокимият
Чиланзарского района

Администрация парка К и О им. Гафура Гуляма дает подтверждение о том ,что 1999 году было дано устное указание Хокима Чиланзарского района г. Ташкента Касимова Ш. о снесении кафе «Феруза», расположенного на территории парка ,в течении 3 дней , в связи с тем что кафе граничило с Американским посольством.

Директор парка Б.Т.Султанов

O'zbekiston Respublikasi
Toshkent shahar

CHILONZOR TUMANI
HOKIMI IJROIYA MAHKAMASI

Республика Узбекистан
ИСПОЛНИТЕЛЬНЫЙ
АППАРАТ ХОКИМА
ЧИЛАНЗАРСКОГО РАЙОНА
г. Ташкента

O'zbekiston Respublikasi, Toshkent shahri, Halqlar Do'stligi ko'chasi, 50
Республика Узбекистан, город Ташкент, ул. Халклар Дустлиги 50

22.03.03 № 4/02

Тошкент шахар хокими
ижроия махкамаси
Нусхаси: Фукаро З.А.Атамирзаева

Чилонзор туман хокими ижроия махкамаси Сизнинг 3034-ТХ 18.07.2003 йилдаги хатингизга шуни маълум килади.

Чилонзор тумани Гафур Гулом (олдинги Мирзо Улугбек) богида «Феруза» кафеси мавжуд булиб,ушбу бино Америка кушма штатлари элчихонаси якинида булганлиги ва элчихона хафсизлигини таъминлашлари максадида хафе биноси бузилган.

Фукаро Атамирзаева А.га хозирги конун коидаларга асосан Тошкент шахар хокимиятига мурожат килиши тушунтирилди.

Чилонзор туман хокими
биринчи уринбосари Г.Исмоилходжаев

Баж: Х .Ярашев
Тел:761395

**УЗБЕКИСТОН РЕСПУБЛИКАСИ**
**П Р О К У Р А Т У Р А С И**
**ТОШКЕНТ ШАХАР**
**ПРОКУРАТУРАСИ**
700115, Чилонзор кучаси-6
тел. 173-04-24
«81» января 2004 г.
№ 7/ 21 -04
сизнинг ________ куни ________ сонли

**Прокурору Чиланзарского района**
**советнику юстиции**
**З.С.Ибрагимову**

**Копия: Чиланзар 2-19-26**
**гр.Атамирзаевой З.**

**О направлении заявления**

Для рассмотрения по существу и принятия мер направляется заявление гр.Атамирзаевой З. на противоправные действия руководства Чиланзарского хокимията.

О результатах рассмотрения и принятых мерах прошу сообщить в прокуратуру города не позднее 6 февраля 2004 года, а также заявительнице.

Приложение: на 2+1 листах.

Начальник отдела общего надзора
советник юстиции Х.Т.Турдибоев

Toshkent shahar Hokimligi

**OBODONLASHTIRISH BOSH BOSHQARMASINING**

**KAPITAL QURILISH BOSHQARMASI**

Хокимият города Ташкента

**УПРАВЛЕНИЕ КАПИТАЛЬНОГО СТРОИТЕЛЬСТВА ГЛАВНОГО УПРАВЛЕНИЯ БЛАГОУСТРОЙСТВА**

[redacted]

УКС/05-816 № 16.09.03г.

На №________________

Атамирзаевой З.А.
Проживающей по адресу:
Чиланзар-2-19-26

Копия: Ташгорхокимият

Ваше заявление о возмещении понесенного ущерба со сносом кафе «Феруза» УКС ГУБ Ташгорхокимията рассмотрело.

Сообщаем, что заказчиком в связи со сносом кафе «Феруза» расположенного в парке им. Г.Гуляма ГУБ Ташгорхокимията не являлся.

В связи с этим по данному вопросу Вам необходимо обратиться в Чиланзарский хокимият.

Начальник Богачев В.В.

22 февраля 2004

1-1630

**ЎЗБЕКИСТОН РЕСПУБЛИКАСИ**
**ДАВЛАТ МУЛКИНИ БОШҚАРИШ**
**ВА ХУСУСИЙЛАШТИРИШ ҚЎМИТАСИ**

**МУЛКИЙ ҲУҚУҚНИ ТАСДИҚЛОВЧИ**
**ДАВЛАТ ОРДЕРИ**

1-348

010878

№ ____________

**МУЛКИЙ ҲУҚУҚНИ ТАСДИҚЛОВЧИ**

**ДАВЛАТ ОРДЕРИ** 1579

Тошкент шаҳри, Чилонзор тумани, [illegible] , б

(қайси маҳаллада жойлашган /яшайдиган/

"Ю-Стар" корхонаси [illegible] мулки

ҳуқуқий шахснинг номи ёки жисмоний шахс — янги мулкдорнинг

исми-шарифи)

Паспорт серияси ____________ номери ____________

қачон ва ким томонидан берилган ____________

Ҳисоб рақами ва банк бўлими ____________

мулкий ҳуқуқ Тошкент шаҳар, "Чилонзор" [illegible] ойкатлари

(давлат тасарруфидан чиқарилган ёки хусусийлаштирилган

[illegible] жамиятига қарашли, [illegible]

бинoси билан) 19-ти объект

(давлат мулкининг номи)

қиймати нечки ва ўн уч минг тўрт юз олтмиш саккиз сўм етмиш

тийин (сумма ёзиб кўрсатилади)

Мазкур ордер Ўзбекистон Республикаси Давлат мулки

(мазкур ордерни берган ташкилот номи)

қўмитасининг Тошкент шаҳридаги бошқармаси томонидан

1994 йил 12 декабрда № 194ао-ПО буйруғига асосан берилди.

(ордер нимага асосан берилди)

Ўзаро мажбуриятлар тўғрисида 19 94 йил « 12 » декабр да

битим тузилди.

Ордер берилган ва қайд этилган сана 1994 йил 13 декабрь

Қўмита райбошқармаси А.Р.Файзуллаев

(худудий бошқарма бошлиғи) (исми-шарифи)

М.Ў.

АП ТПК. 3. 7768. 93.

37 ч стр 36
08.08.95 г.

Согласно договора купли-продажи
имущество КП „Ю-Стар“ от
28/VII-1995 г. по р. 10.555 кафе
„Бахор“ расположенное по ул.
Ташкентская, 18, Ташкентская
переходит в собственность —
Холмуратова Муминжона, Кам-
ловича, [illegible] и [illegible]
[illegible]
28/VII-1995 г. [illegible]
[illegible]

„[illegible]“ [illegible]
24 IV 2003 г. р-10.5...

**Выписка из протокола № 10**
**Общего собрания учредителей коллективного предприятия**
**К.П. «Мо-Самак»**

От 5 Ноября 1999 г. **г.Ташкент.**

**Присутствовали: учредители К.П. «Мо-Самак»**

Игамбердиев Х.
Рахманов Ш.
Далабаев Н.
Рахимов А.Д.
Ташхаджаев С.
Атамерзаева З.А.
Тишаев Н.
Ермухамедов Р.
Икрамов Х.

**Повестка дня:**

Рассмотрение заявления Атамерзаевой З.А. о выходе кафе «Феруза» из КП «Мо-Самак » в частную собственность Атамерзаевой З.А.

Слушали: - КП «Мо-Самак » Игамбердиев Х., который зачитал заявление трудового коллектива кафе «Феруза» о выходе из состава КП «Мо-Самаки» которое в дальнейшем намеренно работать с КП «Мо-Самак » на договорной основе.

Выступили: Учредитель Рахматов Ш., который сказал, что он поддерживает решение о выходе кафе «Феруза» из состава КП «Мо-Самак », хоть оно и связано с трудностями, но коллектив кафе рос читал и считает, что справиться.

Учредитель Ташходжаев С. так же поддержал предложенние о выходе кафе «Феруза» из состава КП «Мо-Самак », учитывая, коллектив готов к самостоятельной работе.

Других предложений не поступило. Все учредители КП «Мо-Самак » единогласно проголосовали за выход кафе «Феруза» из состава КП «Мо-Самак » и преобразование его в общество ограниченной ответственности.

Ozbe...
20 Октября 99
24

Приложение к протоколу
общего собрания
Коллективного предприятия
«Мо-Самак»
От 18 Октября 1999 г.
№ г Ташкент

## Подписной Лист

Учредителей КП «Мо-Самак » принявших решение о выходе кафе «Феруза» в частную собственность Атамерзаевой Зое Абдукадыровне

| Ф.И.О. | Подпись |
|---|---|
| Игамбердиев Х. | |
| Рахманов Ш. | |
| Далабаев Н. | |
| Рахимов А.Д. | |
| Ташхаджаев С. | |
| Атамерзаева З.А. | |
| Тишаев Н. | |
| Ермухамедов Р. | |
| Икрамов Х. | |

Председатель общего собрания
КП «Мо-Самак» Игамбердиев Х.

Секретарь

**To: the Ambassador of the Embassy of**
**The United States of America in Uzbekistan**
**Chilanzarskaya ulitsa Tashkent**

**From: Sobir Atamerzaev**
**Chilanzar 2-19-26**
**Tashkent 700115**
**Tel (9982) 77-31-60**
**e-mail: satamirzaev@yandex.ru**

**Dear Mr. Ambassador.**

There was café *"Feruza"* directly neighboring on the rear side the Embassy of the United States of America. The café was built and started functioning in 1967 (see Attachment 1).
My family started working and managing this café from 1985.

**In 1994 café *"Feruza"* was privatized by our family (Attachment 2) and is legally my family's private property (Attachment 3).**
**The café was our nine member family's main income for almost 12 month a year. The café was also workplace for my mother, my younger brother, his wife, me and my wife as well as several family friends who worked with us and had their stable incomes by working with us.**

Due to the terrorist acts in Tashkent on February 1999 when the terrorists exploded various constructions that same year our local authorities took extra precautions against prevention of new potential terrorist attacks. Especially the authorities wanted to protect the Embassy of the United States of America as the Embassy is often target for terrorist attacks around the world. From the light of the events in United States in September 11 2001 the act of the destruction of my family's café was prudent preventative measure.
**In year December 1999 due the fact that our café was dangerously close to the Embassy of the United States of America local authorities including Chilanzar Hokimiat – Chilanzar District Mayors office (actually proved by them), Ministry of Internal Affairs (denying to provide any information) and other with the involvement the Embassy of the United States of America (explained below) came to a decision to demolish my family's café. The Ministry of Internal Affairs is still using a cabin next to the café for the militia patrol protecting the Embassy without owner's permission – us.**
**The authorities met my mother as the owner of the café explained her that closeness of café is certain danger to the Embassy must be destroyed in 3 days (see Attachment 4).**

The official directly talked to her were representatives of Chilanzar Hokimiat and Director of the Gafur Gulom park who officially witnessed the fact that our café was destroyed order of the Hokim of Chilanzar – Mayor of Chilanzar District (Attachment 4). There were also different people in the group of the officials who came to control the destruction of the café including representatives of the Embassy of the United States of America. **The Chilanzar Hokimiat officials also ordered to demolish the café at my family's expense and promised that the full compensation would be paid in the form of money provision for the building of new café and proper land area for the construction of the new café in short time.**
**Our family understanding the danger for the safety of the Embassy had immediately obeyed the order with no hesitation but with goodwill.**

But after a month when my mother came to the Chilanzar Hokimiat the same officials started ignoring her. In January 5th 2000 in about month after the destruction of the café my mother wrote an official letter to the Hokim of Chilanzar (Attachment 5). After the letter instead of promised compensation the Chilanzar hokimiat officials started to threaten her that "*You must quit complaining or we can make you to loose much more then a café more important like your health and family because we have enough power working for the government of Uzbekistan*" and etc.

After we found out that the previous officials in Chilanzar Hokimiat had quitted their jobs we wrote new letters to Chilanzar Hokimiat, one of them was officially registered January 15th 2000 (see Attachment 6).

In May 8th 2003 our family wrote another letter to the Chilanzar Hokimiat (Attachment 7) and as from the beginning the Hokimiat ignored our letters. After neglect by Chilanzar Hokimiat of our last letter for more then two month we decided to write letter on July 15th 2003 to the Hokimiat of Tashkent city as supervising state institute of Chilanzar Hokimiat (Attachment 8).

**For the answer to our letter to Hokimiat of Tashkent city we received letter from Hokimiat of Chilanzar officially stating that the café was destroyed for the safety of the Embassy of the United States of America** and we shall from that on relate to Hokimiat of Tashkent city (see **Attachment 9).**

When we wrote letter on 10th September 2003 (Attachment 10) to Hokimiat of Tashkent city regarding the reply of Hokimiat of Chilanzar we were directed to the Department of Construction (*Stroitelstva*). But apparently the head the department is ex-Chilanzar Hokim Mr. Kasimov Sh. despite hokimiat instructions regarding maximum time for the replying for citizens letters to the Hokimiat is still ignoring and neglecting our telephone calls and visits.

**In total from December 1999 till present time the responses of Chilanzar and Tashkent city Hokimiats to our claims for the compensation for the destruction of the café consisted of ignoring, threats and neglect.**

Dear Mr. Ambassador I also related to the Embassy of United States Of America.

**First in January of 2000, but due to the fear of prosecution by local authorities of my family for informing the Embassy and thus spoiling the image of the country and promised compensation from Chilanzar Hokimiat we have not even started negotiating with the Embassy.**

Second time I telephoned to the Embassy regarding this issue in September 2001, but due to terrorist attack on 11th September, I considered unethical to put up this issue at this very hard for American people time.

Third time I wrote a short general letter in May 2001 to the Administration Department of the Embassy. The person designated for my letter was Mrs. Katherine Hill. I also contacted Yuri Kamarov regarding this issue who informed that he's familiar with the issue, that the Embassy was informed by local authorities and the Embassy valued this act, that the Embassy was invited and took part in this preventive act related to the safety of the Embassy.

Though it was all my pleasure talking to Mrs. Katherine Hill on the phone almost each week for about 6 month I had **no any result.** At the end of 6 month Mrs. Katherine Hill informed me that "*We still considering the issue*".

In October 2003 after another phone call to the Embassy I found out that Mrs. Hill had left Uzbekistan for good and had left **no information** to the personnel of the Embassy regarding my family's café destruction issue.

Then I asked the administration receptionist for her supervisor Mr. Brant Bony I was connected to Venera Kharieva. I explained the whole situation again.

**The conversation with Mrs. Kharieva to a person whose family lost main income and workplace for the safety of her workplace and possibly her own safety could seem very humiliating and provacative.** Some of Mrs. Kharieva's conversation lines were:

*"The café was not actually destroyed for safety of the Embassy of United States but for the room for the militia patrol and it's their business"*. Then when I asked why then the militia uses our separate cabin which is 10 meters from the café she could not find the answer.
*"There's no connection between your family's destruction and the Embassy it's just coincidence that the Embassy has no connection with"*,
*"I explained Mr. Bony the situation and he just has nothing but humanitarian understanding for you"*,
*"I asked for a security guard and he said we solved this issue three years ago"* and other.
*"Your case is hopeless, because you should contact us in beginning."* Though as explained above I contacted the Embassy in 2000 but due to the fact that Chilanzar Hokimiat promised us full compensation and our family's fear of being procecuted by the local authorities we did not proceed negotiations.
Also tald her that I'm being very nice and she does not to prove me.
Her reply was *"Well what can you do about it"*.

**Dear Mr. Ambassador as you can see from my letter and included attachments (copies of the documents) we had been deprived of our property, our main income for almost four years and our workplace. I also want to mention humiliation our family had gone through for this last 4 years.**
**Please note that there's direct connection between the United States of America security and demolition of our café. Furthermore the this preventive act of the demolition itself was executed with the involvement of the Embassy, that's why our family would be highly grateful for you if you could provide us with information of the extent to of the Embassy's involvement in this preventive act.**

**Dear Mr. Ambassador for above mentioned reasons we rightfully asking you to solve this problem by:**

- **Ether by writing a letter to the President of Uzbekistan for fair resolution of this problem from your name and hand directly to the President by You or via influential people in the Uzbek Government for instance Mr.Sadik Safaev present Minister of Foreign Affairs and ex-Ambassador of Uzbekistan to the United States.**

**Though afterwards my family needs your protection from side of our government because of notorious reputation of the Uzbek government for human rights. As we might be possibly prosecuted for by Uzbek Government for disclosing this scandalous information.**

- **Or recovering of the damage caused to our family by the destruction of the café for the safety of the Embassy of the United States of America by fair monetary compensation.**

**Dear Mr. Ambassador our family hopes that You as the head representative of the country renown for its high esteem for human rights and rights of private property will come to this problem with right attitude and not only as an official of the country spreading Democracy around the world but as a decent human.**

**Respectfully**

**Sobir Atamerzaev**

To: Mr. David Appleton,
Charge d'Affairs
The Ambassador of the USA in Uzbekistan

Cc: Mr. Brant Bony
Administration Department
The Embassy of the USA in
Uzbekistan

From: Sobir Atamerzaev
Chilanzar 2-19-26
Tashkent 700115
Tel: 77-31-60
e-mail: satamirzaev@yandex.ru

Dear Mr. Appleton

Due to the following facts:

- Terrible living conditions of my family – 6 people living in my mother's 1 (one!) bedroom apartment. The previous 4-bedroom apartment was sold and money used for daily expenditures (food and etc.) and paying the debts incurred during last 4 years because of lost cafe.
- No official income since December 2002 – almost a year. My family of 9 people had major income from the destroyed café.
- No place to borrow money, because my family is already in big debts.
- Three children in our family Oscar – 2 years old, Mumin – 3 years old, Timur – 9 years old who must have good nutrition and cloths for winter.
- Constant need of expensive medication for my mother Atamirzaeva Zoya.
- Any compensation will be received not earlier then in 6 (six) months at most optimistic forecast.
- The negotiations with your Embassy had already taken more 8 (eight) months

We kindly ask You dear Mr. Appleton for provision of money as part possible future compensation from US Embassy in Uzbekistan or sign of goodwill to the family who lost their property and 4 years income for the safety of the Embassy of the USA in Uzbekistan.

The amount we are requesting is US $5,000 (five thousand).

Immediate response on whether You find this amount appropriate to be paid by the Embassy is also needed.

All information above can be supported by documents on your first request.

With all due Respect

Sobir Atamerzaev

To: Mr. Brant Bony
Administration Department
The Embassy of the USA in
Uzbekistan
Cc: Mr. David Appleton,
Charge d'Affairs
The Ambassador of the USA in Uzbekistan
From: Sobir Atamerzaev
Chilanzar 2-19-26
Tashkent 700115
Tel: 77-31-60
e-mail: satamirzaev@yandex.ru

Subject: The meeting of November 19, 2003

Dear Mr. Bony,

Let me express my gratitude to you and other US Embassy employees - Venera Kharieva, Yuri Komarov and Ulugbek Saedkhodjaev for the meeting we had Wednesday November 19, 2003. I also appreciate your expressed concerns over the situation family has got into due to the fact of the destruction of the property for the safety of the US Embassy in Uzbekistan in 1999.

As I explained at the end of the meeting I have strong suspicion over the involvement of the Embassy in destruction of my family's property that emerged:

- Prior to the meeting due to the information from:

    1. Trusted source in Uzbek authorities provided the destruction of our property was not the local authorities initiative, but the local officials were made to destroy the property due to heavy diplomatic pressure from the Embassy of USA in Uzbekistan on Uzbek authorities to increase the safety of outer perimeter of the Embassy. Peak of the diplomatic demarches on increasing safety of outer perimeter of the Embassy was reached in December 1999. Exactly the month when our property was destroyed.

    2. Internet search where I had found information that in 1999 the State Department had taken extraordinary measures for security of all Embassies around the world, especially in Central Asia. One of the geographically closest Embassies in Dushanbe was the only Embassy of USA in the world who had suspended all operations in 1999 due high risk of terrorist attack in the region.
    Also I found out that in 1999 the US Department of State was actively buying the properties around the Embassies for safety 100-foot setback. The Inter source I was using is official US Department of State Internet site – http://usinfo.state.gov

- During the meeting on November 19, 2003.

1. When Mr. Komarov had said that an Uzbek official (a deputy of Hokim) invited Mr. Kamarov as representative of the US Embassy in Tashkent to

**acknowledge the destruction of our property as part of safety measures for the US Embassy in Tashkent.**

2. **When Mr. Saedkhodjaev admitted the fact that he had information that Uzbek authorities destroyed the property around the Embassy and General Parpiev (Uzbek official) asked him personally acknowledge the fact of the destruction of the property in 1999.** When I first contacted the US Embassy in 2000, Mr.Saedkhodjaev was an only representative I contacted in 2000. At that contact he told me that the US Embassy has no connection to the destruction of my family's property, the US Embassy has no information on motives of the authorities destroyed my family's property. This was intentional lie of Mr. Saedkhodjaev brings me nothing but additional suspicion over involvement of the Embassy in destruction of my family's property.

As I understand we agreed with you Mr. Bony that the information shall be clarified by the Search through all incoming and out coming official mail archive of your Embassy in total year 1999, especially in December 1999.

The aim of the search are:

- Any documents mentioning any demands of US Embassy over increasing safety measures for the Embassy from the Uzbek authorities.
- Replies of the Uzbek authorities to the demands of the Embassy over increasing safety measures for the Embassy from the Uzbek authorities and any documents mentioning acts of Uzbek authorities to increase safety of the Embassy.

Dear Mr. Bony please be aware of the conflict of interests so I'm asking you not involve persons who are aware of this case, but to employ a person who is not familiar with this problem.

After the execution of this search all found documents mentioned above shall be checked by you, personally whether the documents could be understood by Uzbek authorities as request for the destroying my family property. Here I have to rely only on your personal judgment.

The documents if found shall be attached as support to my case for "Acquisition Department" in Washington.

You also told me if you will find documents supporting my family's case you shall demonstrate the documents to me. If so I will highly appreciate that.

You explained me that it will take several month for Washington to make a decision on my case. We did not discuss how long shall it take for the Search through the Embassy's archives. Although taking into consideration the terrible living condition of my family caused by the act destroying and depriving of the property I mentioned during our meeting, I kindly asking you to pay prior attention to my family's case.

We agreed that if the answer from Washington will be "No", Mr. Appleton will talk to the influential people in Uzbek Government, You mentioned Mr. Safaev. The action I am asking of is a writing a letter to President Karimov handling through Mr. Safaev.

**Though as I said my family major concerns over dealing with Uzbek Government are:**

- Safety of our family and
- fairness of the compensation.

So my family will highly appreciate if these will taken into consideration when contacting Uzbek Government officials.

Mr. Bony as I said at the beginning of the meeting my family is interested in friendly and reasonable negotiations with the United States Embassy in Uzbekistan.

As briefly mentioned at the beginning of meeting my family is terrible living conditions, keeping that in mind you kindly asking you most possible prompt solution of my family's problem caused by the depriving of the property for the safety of the US Embassy personal and property.

Also I am asking for answers in written form. Because I have been negotiating with the Embassy for eight month already but had received not a single written prove of our negotiations.

With all due respect

Sobir Atamerzaev

To: David Appleton
Charge d' Affairs Ambassador of
the United States of America in Uzbekistan

Cc: Brant Bony
Administration Department

From: Sobir Atamerzaev
Tel: (998 712) 77-31-60
e-mail: satamirzaev@yandex.ru
Chilanzar 2-19-26 Tashkent
700115

Dear Mr. Appleton

Due to the facts described in my previous letter of November 21, 2003, my family has waiting for another at least 8 months on the resolving the problem.

That's why we'd like to ask you to go ahead on the option kindly offered by You – to d problem with Mr. Safaev - the Minister of Foreign Affairs of Uzbekistan.

Let me again remind you the concerns my family has over this option:

- Safety of the family
- Fairness of compensation
- Time factor – for reasons mentioned above

Best regards,

Sobir Atamerzaev Sobir Atamirzaev

December 01, 2003

Принял 13:48
01 dec 2003

**To: Mr. Brant Bony**
**Administration Department**
**The Embassy of the USA in**
**Uzbekistan**

**From: Sobir Atamirzaev**
**Chilanzar 2-19-26**
**Tashkent 700115**
**Tel: 77-31-60**
**e-mail: satamirzaev@yandex.ru**

**Dear Mr. Bony**

Due to the facts described in my previous letters of two weeks ago as terrible livin my family and especially absence of any official income caused by the depravatior for the security of the Embassy of the United States of America in Uzbekistan.

We kindly are asking you to inform us on the process of discussion my family prol Safaev – the Minister of Foreign Affairs of Uzbekistan.

**Best Regards**

**Sobir Atamirzaev** Sobir Atamirzaev

Decemb 10 2003 December 10, 2003

To: the Ambassador of the United States of
America in Uzbekistan John R. Purnell

From: Atamirzaeva Zoya
Atamirzaev Sobir
Chilanzar 2-19-26
Tashkent 700115 Uzbekistan
Tel: (998 712) 77-31-60
atamirzaev@hotbox.ru

Dear Ambassador Purnell

We would first like to congratulate on your important new posting as Ambassador of the United States of America to Uzbekistan. We hope that your work in this country will further promote the friendship and understanding between our two nations.

My mother and I are writing this letter to tell you about a matter of great importance to us. Our family owned a fast food restaurant neighboring the US Embassy on Chilanzarskaya Street which, in December 1999, was destroyed for the purpose of increasing the safety of the Embassy.

Our family did not receive any due compensation from local authorities or from the US Embassy. We wrote more than twenty letters to different agencies, but instead of answers, all we have received is humiliation, neglect and threats.

We believe that Chilanzar District Hokim, Kasimov Sh, committed a crime when he ordered the destruction of our restaurant. As District Hokim he had no authority to order the destruction of our property; instead, he could only demand the destruction of the property with the written decision of the Tashkent City Hokimiat. Though Mr. Kasimov claims a decision was made by the City Kokimiat he cannot show it to us - we believe it is because there never was such a decision.

As we found on the Internet, the Department of State was actively acquiring the prosperities around US Embassies world-wide in 1999 for the purpose of increasing the safety of the Embassies. This is why, Mr. Ambassador, we propose that the Embassy of the United States of America pay the due compensation for the destruction of our property or assist us in dealing with the local authorities. This will be a good will gesture that we hope will persuade the local authorities to pay the compensation.

chance to discuss this matter with you in person - again at your convenience.

All facts stated above can be supported by documents that we will give you at your request.

Best regards,

Atamirzaeva Zoya

Atamirzaev Sobir Sobir Atamirzaev

January 20, 2004

Security

01. 20. 2004.
09135

**To the Ambassador of the USA**
**in Uzbekistan John R. Purnell**
**from Sobir Atamirzaev**
**Tashkent 700115**
**Chilanzar 2-19-26**
**Tel: 77-31-60**
**atamirzaev@pochta.ru**

**Dear Ambassador Purnell,**

During the past two weeks, I have participated in picketing the Tashkent City Hokimiat and General Procurators Office, and, as you may have noticed, the US Embassy.

I have requested information and action from the US Embassy in more than ten separate letters. They are to compensate my family for lost property and loss of income due to the security needs of the US Embassy. I have made these same requests to the Tashkent City Hokimiat and Chilanzar District Hokimiat. The answers from the Hokimiats concerning our requests to pay compensation for our lost business is attached. As you can see, neither have any intention of paying any compensation.

In the last three days, the National Security Service started their state of art harassment program against me and my family in order to punish me for the picketing activities. Several people came to my neighbors and were spreading rumors that my family keeps a prostitution den in our 1 bedroom apartment. There are currently five people living in my mother's one bedroom apartment including two children under the age of three years and my ill 52 year old mother. My mother's illness was caused by the all stress she has had to endure after the destruction of her only immovable property. The apartment has a total of 20 square meters of living space. My mother had to sell her convenient 4-bedroom apartment because she could was not able to cover the family expenses when she lost her property for the safety of the US Embassy.

Yesterday, after picketing the US Embassy, I was walking home by Chilanzarsky Street when the SNB set up a provocation against me. They sent an undercover militia agent to pick a fight with me. Their plot was to pick a fight and then arrest me for fighting with militia officer thus finding legal causes to imprison me for the picketing activities. Fortunately my neighbors were coming by and one of the neighbors recognized the assailant as a militia officer. I applied to the Chilanzar District Militia Post on both cases - copies of the applications are attached to this letter.

Moreover some of your local staff have given out all of this information to the Ministry of Foreign Affairs of Uzbekistan. Embassy staff have also asked me why, after three years of struggling with the Embassy on this issue, I don't just give up.

As I understand things, the Embassy has concerns that if it were to pay my family, it would also have to pay other owners - the hotel next to the Embassy and other boutique owners. I do not know if the boutique owners have any claims, but the hotel is a state owned property and the owner - Uzbek Goverment would hardly claim anything.

Dear Ambassador, my family is kindly asking you to resolve this problem at once, before it will get worse. As you might imagine, the local authorities prefer to fight with my family instead of paying due compensation. I hope the US Embassy will prefer to discuss the issue instead.

**Best Regards**

**Sobir Atamirzaev**

[illegible]
01/30/04
16:57

*Embassy of the United States of America*
*Tashkent, Uzbekistan*

February 4, 2004

**Mr. Sobir Atamirzaev**
**Tashkent 700115**
**Chilanzar 2-19-26**

**Dear Mr. Atamirzaev -**

Ambassador Purnell has asked me to respond to your recent correspondences to him concerning the destruction of your family's café in December, 1999. As I explained to you when we met in my office on November 19, 2003, there is no indication that the Embassy of the United States of America requested the demolition of your family's property, nor that we were in fact even aware of this intention on the part of the Hokimiat prior to the actual destruction. Subsequent to our meeting, I instructed my staff to perform a review of our archives, and also personally interviewed some of our employees who were here at the time of the incident, to ensure that the Embassy had not in fact asked - either specifically or generally - to remove any properties or businesses around our compound. These efforts only confirmed our belief that the café was destroyed absent any request or foreknowledge on the part of the Embassy or any of its employees. Unfortunately, this is therefore not a matter in which the Government of the United States is able to assume any responsibility, financial or otherwise. While we deeply regret the loss of your family's business, any claims for compensation or remuneration for it would necessarily be between you and the Tashkent City Hokimiat, or other representatives of the Government of Uzbekistan.

I trust that this clarifies the position of the Embassy. I am sorry that a more positive response to your requests pertaining to this matter is not possible.

**Brent R. Bohne**
Counselor of Embassy for Management Affairs
Embassy of the United States of America
Tashkent, Republic of Uzbekistan

**To : Ambassador of the United States of America**
**In Uzbekistan John R. Purnell**
**From: Sobir Atamirzaev**
**Chilanzar 2-19-26**
**Tashkent 700115**
**Tel: 77-31-60**
**e-mail: atamirzaev@pochta.ru**

**Dear Ambassador Purnell,**

On February 10th 2004. I had received a photocopy of letter from Brent R. Bohn see the attached copy). Though I very appreciate photocopy of one page docum honestly I expected more after 10 months close negotiations with your US Emb First in his letter Mr. Bohne mentioned about our meeting at the Embassy on N 19, 2003 and intention of Hokimiat to demolish the restaurant. What Hokimiat? District or Tashkent city? In any of these Hokimiats there are no any records m destruction of "Feruza" restaurant, besides the certificate of Chilanzar Hokimiat acknowledging the fact that restaurant "Feruza" was destroyed for the security Embassy in Uzbekistan. Destroyed but not destroyed by either of Hokimiats. A mentioned several times in my previous letters that we believe that when Chial hokim Kasimov Sh. forced to destroy our property he committed a crime, so do General Prosecutor's Office of Uzbekistan starting criminal charges against Kas for surpassing his authority in this matter (only the Tashkent City Khokimiat ca the destruction of any immovable property in Tashkent). We hope Mr.Kasimov soon brought to court of Justice.

Then Mr. Bohne wrote that a "review of the Embassy archives to ensure that th asked to either specifically or generally to remove any properties". On this case believe more to the State Department's Office of Inspector General, which clea indicates in its report that at least up to year 2002 there were no formal coordina mechanism between the Embassy and seven entities providing law enforcement assistance (please see the attached Inspection of Embassy Tashkent).

What he does not want to mention is documents I brought to him on the meetin November 16 2004, showing what tremendous efforts State Department had do increase the safety of its Embassies worldwide starting 1998 till present time. In Uzbekistan, country which had never been off the State Department Travel War since 1998, and showing the US Embassy in Tashkent as one of the most possib for terrorist attacks. That's why I do not believe that US Embassy was not askin generally to increase its safety from local authorities.

Then Mr. Bohne is stating that Tashkent city Hokimiat shall pay us the compen the destruction of our property for security of the Embassy, but unfortunately T city Hokimiat has different opinion about that ( see the attached letter). The lett Tashkent City Hokimiat clearly states that Tashkent city Hokimiat is not benefi (customer) for demolition, thus aren't obliged to pay anything, and directed us t

**What Mr. Bohne also had not mentioned in his letter is his promise that Cl d'affairs Mr. Appleton will talk about the problem of family caused by the destruction of our property for the safety of the US Embassy in Uzbekistan Minister of Foreign Affairs Mr. Safoev . Or Mr. Bohne did promise me tha I'd be more then happy to hear the answer.**

**Dear Ambassador Purnell, I attached to this letter Fact Sheet: State Depar Outlines Overseas Security Improvements for 1999,2000,2001. These are sl but fairly comprehensive of the official State Department documents I hav documents are clearly indicating that the State Department was eagerly ac property to make US Embassies worldwide safer compounds. The fact shee include information about the State Department's efforts to promote secur operations with host governments.**
**That's why dear Ambassador Purnell we purpose to meet in person and di problem.**

**Best Regards,**

**Sobir Atamirzaev** Sobir Atamirzaev

**To : Ambassador of the United States of America**
**In Uzbekistan John R. Purnell**
**From: Sobir Atamirzaev**
**Chilanzar 2-19-26**
**Tashkent 700115**
**Tel: 77-31-60**
**e-mail: atamirzaev@pochta.ru**

**Dear Ambassador Purnell,**

Today I have talked to ex-Hokim of Chilanzar District Kasimov Sh. The inform provided by Kasimov Sh. gives me grounds for suspicion that something illegal the US Embassy in Uzbekistan.
As I understand from Fact Sheets attached and other documents that the State D was, is and will be actively acquiring properties around US Embassies world-wi safety setback from 1999 to 2005.
I suspect the State Department already had paid for destruction of our property. allocated money went somewhere else but not my family.
That's why I purpose that you officially verify in the State Department's "Acqu Department" which allocates money to acquire properties for safety setback if a had been allocated for the US Embassy in Tashkent for safety setback purpose.
If there is such record you will be able to check to what properties money had b allocated to. Please note there was only property destroyed for the safety set-bac US Embassy (Chilanzarsky str.) in Tashkent and that was our restaurant "Feruz My family will highly appreciate if you will provide us copy of the official resp the "Acquisition Department" on the matter if the State Department had allocate funds to acquire any property around the US Embassy in Uzbekistan (Chilanzar Str.) for increasing safety setback.

**Best regards,**

**Sobir Atamirzaev** Sobir Atamirzaev

*Embassy of the United States of America*
*Tashkent, Uzbekistan*

**March 11, 2004**

**Mr. Sobir Atamirzaev**
**Tashkent 700115**
**Chilanzar 2-19-26**

Dear Mr. Atamirzaev -

I have discussed the matter of your family's café with the Ambassador; he has shown me the papers you gave to him. We have discussed this issue, and he has asked me to reply to you.

I am satisfied that every effort has already been made to examine the Embassy's role in this matter, and believe this was appropriately explained in my prior correspondence to you dated February 4. The Government of the United States of America cannot be responsible for actions taken by the Government of Uzbekistan or the Tashkent City Hokimiat which we neither requested nor had prior knowledge of.

The United States Government cannot offer any assistance or remuneration. There is no further action that the Embassy can take on your behalf, and we have no choice but to consider the matter closed.

EMBASSY OF THE UNITED STATES OF AMERICA TASHKENT

**Brent R. Bohne**
Counselor of Embassy for Management Affairs
Embassy of the United States of America
Tashkent, Republic of Uzbekistan

Хокиму г.Ташкента
От Атамерзаевой З.А.

3834 ТХ
16.7
139057

Уважаемый Хоким г.Ташкента!

Я, Атамерзаева З.А., состою в учредителях ООО «МОСАМАК» с 1993г. Моей учредительной долей в ООО «МОСАМАК» является кафе «Феруза», которое находилось в парке им. Гафура Гуляма.
В Декабре 1999 г зам.хокима Ивашкин А.Г., сотрудники МЧС РУз и директор парка им. Гафура Гуляма (тогда Мирзо Улугбека), вызвали меня в парк и приказали мне снести кафе «Феруза» в течении трех дней. Они объяснили, что основанием сноса является устное распоряжение хокима Чиланзарского района Касимова Ш.. Причиной сноса является, то что кафе расположено близко к посольству США и снос кафе необходим для безопасности посольства.
Со стороны вышеназванных лиц мне было обещенно полное возмещение Чиланзарским хокимитом ущерба, в виде выделения денежных средств на постройку нового кафе и участка в парке им. Мирзо Улугбека под его строительство.
Пирожковый цех, который стоял отдельно от здания, который также является моей собственностью, был отдан для использования милицией.
Кафе было снесено за мой счет.
Сразу после слома я написала письмо в хокимиат Чиланзарского района, о том что бы мне выдали решение хокимиата о сносе кафе «Феруза», также о возмещение ущерба в связи со сносом кафе «Феруза» и возврате пирожкового цеха.
На протяжении последних трех лет я постоянно обращалась к хокиму Чиланзарского района о возмещении ущерба связи со сносом кафе, но я не получила ни одного письменого ответа.
Я также обращалась за разъяснениями в МЧС РУз. На что мне было дано разъяснение, что Управление по Чрезвычайным Ситуациям г. Ташкента указаний по сносу кафе «Феруза» в парке «Мирзо Улугбек» не давало.
Прошу учесть, что я работала в данном кафе с 1985 г. Данное кафе работало круглый год. Кафе являлось одним из главных источников доходов и местом работы моей семьи. Также пирожковый цех по сегодняшний день находится в распоряжении милиции.

Уважаемый Хоким г.Ташкента, прошу Вас разобраться в данном вопросе о возмещении мне ущерба связи со сносом кафе «Феруза» в парке «Гафур Гуляма».

К данному письму прилогаются копии различных документов.

Атамерзаева З.А.

Хокиму г.Ташкента
От гражданки Атамирзаевой З.А.
Проживающей по адресу
Чиланзар 2-19-26
Тел. 77-31-60

Уважаемый Хоким г.Ташкента!

На мое письмо к Вам от 16 Июня 2003 под номером 3034 ГХ (копия прилагается к данному письму) я получила ответ Чиланзарского Хокимиата от 22 Августа 2003 под номером К 405 (копия прилагается к данному письму). Мне также было разъяснено, что в дальнейшем по данному вопросу о возмещения ущербу, по сносу кафе «Феруза» в парке «Гафур Гулом», я должна обращаться в Хокимиат г.Ташкента.

По полученному от Чиланзарского Хокимиата письму и разъяснений прошу Вас разрешить вопрос о возмещении понесенного мной ущерба в связи со сносом данного кафе.

Атамирзаева З.А.

O'zbekiston Respublikasi
Toshkent shahar Hokimligi

**OBODONLASHTIRISH
BOSH BOSHQARMASINING
KAPITAL QURILISH
BOSHQARMASI**

Республика Узбекистан
Хокимият города Ташкента

**УПРАВЛЕНИЕ
КАПИТАЛЬНОГО
СТРОИТЕЛЬСТВА
ГЛАВНОГО УПРАВЛЕНИЯ
БЛАГОУСТРОЙСТВА**

[illegible] г. Ташкент, ГСП-700000, ул. [illegible]
Тел. 133-57-70 Факс 132-15-90

УКС/05-876 № 16.09.03 г.

На №______________________

Атамирзаевой З.А.
Проживающей по адресу:
Чиланзар-2-19-26

Копия: Ташгорхокимият

Ваше заявление о возмещении понесенного ущерба со сносом кафе «Феруза» УКС ГУБ Ташгорхокимията рассмотрело.

Сообщаем, что заказчиком в связи со сносом кафе «Феруза» расположенного в парке им. Г.Гуляма ГУБ Ташгорхокимията не являлся.

В связи с этим по данному вопросу Вам необходимо обратиться в Чиланзарский хокимият.

Начальник [signature] Богачев В.В.

Хокиму г.Ташкента
От гражданки Атамирзаевой З.А.
Проживающей по адресу
Чиланзар 2-19-26
Тел. 77-31-66

Уважаемый Хоким г.Ташкента!

На мое письмо к Вам от 16 Июня 2003 под номером 3034 ТХ (копия прилагается к данному письму) я получила ответ Чиланзарского Хокимиата от 22 Августа 2003 под номером К-405 (копия прилагается к данному письму). Мне также было разъяснено, что в дальнейшем по данному вопросу о возмещении ущербу, по сносу кафе «Феруза» в парке «Гафур Гулома», я должна обращаться в Хокимиат г.Ташкента.

По полученному от Чиланзарского Хокимиата письму и разъяснений прошу Вас разрешить вопрос о возмещении понесенного мной ущерба в связи со сносом данного кафе.

Атамирзаева З.А. [signature] 10.09.2003 г.

10.09.03
133-39-48

**Хокиму г.Ташкента**
**От гражданки Атамирзевой З.А.**
**Проживающей по адресу**
**Чиланзар 2-19-26**
**Тел: 77-31-60**

**Уважаемый Хоким г.Ташкента!**

На мое письмо от 10 Сентября 2003 с приложенном ответом от Чиланзарского Хокимиата от 22 Августа 2003 № 405 о возмещении мне ущерба связи со сносом моего кафе .Феруза., находившегося в парке
«Гафур Гулом», я не получив ответа, многократно обращалась в Хокимиат г.Ташкента по телефону. Затем, в Октябре 2003, я повторно оправила письмо о возмещении ущерба. Снова не получив ответа, я обратилась лично в канцелярию Хокимиат г.Ташкента, где мне в 21 Января 2004 предоставили ответ на мое письмо УКС ГУБ Ташгорхокимиата (копия прилагается). С ответом изложенным в письме, я не согласна, связи с чем прошу назначить встречу с Вами и Касимовым Ш., который своими действиями нанес мне огромный материальный и моральный ущерб.

**С уважением,**

**Атамирзаева З.А.**

26.01.04.

133-39-48