**Касимову Ш.**
**Хокимиат г.Ташкента**
**От гражданки Атамирзевой З.А.**
**Проживающей по адресу**
**Чиланзар 2-19-26**
**Тел: 77-31-60**

**Уважаемый Касимов Ш.!**

По Вашему устному распоряжению, в парке «Мирзо Улугбек» было снесено мое кафе «Феруза» (копия письма прилагается).
Вы обещали, что соответствующая компенсация будет мне выплачена. На протяжении всего этого времени, я обращалась в Чиланзарский Хокимиат и Ташгорхокимиат, где ваши заместители мне сообщали, что компенсация будет обязательно выплачена.
Получив последнее письмо от Ташгорхокимиата (копия прилагается), я понимаю, что ни Чиланзарский Хокимиат ни Ташгорхокимиат не намеренны выплачивать мне компенсацию за снос моего кафе.
Связи с этим требую (в соответствии с законодательством Узбекистана) встречу с вами, желательно в присутствие Хокима г.Ташкента.

**Атамирзаева З.А.**

26.01.04.

т 133-39-48.
отдел писем

**Хокиму Чиланзарского р-на**
**От Атамирзаевой З.А.**
**Ташкент 700115**
**Чиланзар 2-19-26**
**Тел: 77-31-60**

**Уважаемый Хоким Чиланзарского района!**

На письмо от Чиланзарского Хокимиата от 22.08.03 № 405 (копия прилагается), я получила я получила письмо от Ташгорхокимиата № УКС/05-816 от 16.09.03 (копия прилагается).
Прошу разобраться в вопросе о выплате мне компенсации и выделении земельного участка связи со сносом моего кафе «Феруза» в парке «Гафур Гулом» установленном законом порядке.

Атамирзаева З.А. [signature]

29.01.2004г

Хокиму
Чиланзарского района
Махкамову Х.С.

**Уважаемый Хуснутдин Сагдиевич!**

В декабре 1999 года было снесено кафе «Феруза» находившееся на территории парка Г.Гуляма, для безопасности посольства США. Снос кафе был произведен хокимиятом Чиланзарского района.

Для решения вопроса компенсации владельцу кафе «Феруза» направляем письмо Главного управления экономики г. Ташкента за № 09-673 от 19.04.04г.

Приложение: Упомянутое по тексту – 1 лист.

**С уважением,**

**Главный инженер** **Богачев В.В.**

TRANSLATED FROM RUSSIAN

COMPANY'S LOGO

LIMITED LIABILITY COMPANY
**WIND OF TIME**

# REPORT
# Value estimation of buildings and constructions of café Feruza
# Atamirzayeva Zoya Abdukadirovna

Registration # 2/25
September 14, 2004

Republic of Uzbekistan
Limited Liability Company
**WIND OF TIME**
700105, Tashkent,
Mirobod district, Uanqi-Zamon
street, 13/3
☎ 132-28-45, 350-10-78

COMPANY'S LOGO

**Building and constructions of
Café Feruza
Gafur Gulam Park
Tashkent city,
Uzbekistan**

**To Atamirzayeva Z.A.
Chilanzar 2-19-26
Tashkent,
Uzbekistan**

By your application of September 3, 2004 Wind of Time LLC has performed the valuation of full replacement value of café Feruza that was located at Gafur Gulom Park, Chilanzar district of Tashkent. The valuation has been carried out on September 14, 2004. Conducted examinations and the analysis of the available data with generally accepted assumptions and restrictions allowed making the following conclusion:

**Full replacement value**
of buildings and constructions of café Feruza on July 1, 2004 was
**50 916 882 soums** including Value Added Tax
or
**49 918.5 US dollars** (forty nine thousand nine hundred eighty dollars and fifty cents) including Value Added Tax
at the exchange rate of Central Bank Republic of Uzbekistan on July 1, 2004 as 1 US dollar to 1 020 soums.

The valuation report of buildings and constructions of café Feruza has the recommendation character. You as the owner of valuated property have the right to fix final value independently, proceeding from existing conditions of the transaction and the related payments.

If you will have any questions related to the valuation or our argumentations, please, address to us directly.

We thank you for the opportunity to provide our services.

**Yours faithfully,**

**Director Wind of Time LLC Shukurova S.Z. Sign**

Republic of Uzbekistan
Limited Liability Company
**WIND OF TIME**
700105, Tashkent,
Mirobod district, Uanqi-Zamon street, 13/3
☎ 132-28-45, 350-10-78

COMPANY'S LOGO

Building and constructions of Café Feruza
Gafur Gulam Park
Tashkent city,
Uzbekistan

CONTENTS

**1. General information**
1.1 General facts
1.2 Valuation quality certificate
1.3 Accepted assumptions and limiting conditions
1.4 Rights and responsibility of appraiser
1.5 Valuation process

**2. Analysis of valuation of assets and their surroundings**

**3. Full Replacement value calculation of buildings and structures of café Feruza by cost approach**

**Appendices:**
List of buildings and constructions, technical and economic indices;
Café Feruza walls layout;
Cut 1-1 of café Feruza walls layout.

Republic of Uzbekistan Limited Liability Company
**WIND OF TIME**
700105, Tashkent,
Mirobod district, Yanqi-Zamon street, 13/3
☎ 132-28-45, 350-10-78

COMPANY'S LOGO

Building and Constructions of Café Feruza
Gafur Gulam Park
Tashkent city,
Uzbekistan

## 1. General information

### 1.1. General facts

| | |
|---|---|
| Customer | Atamirzayeva Zoya Abdukadirovna |
| Valuation objects | 1. Building of café Feruza<br>2. Pyramidal shadow canopy<br>3. Drinks booth<br>4. Storehouse<br>5. Guard box<br>6. Pavement area<br>7. Barrier |
| Objects address | Gafur Gulom park, Chilanzar District, Tashkent, Uzbekistan |
| Valuation grounds | Application of client w/o # September 3, 2004.<br>Agreement # 2/25 of September 6, 2004 |
| Valuation type | Full replacement value |
| Purpose of valuation | Compensation requirements |
| Legal rights for valuation activities | License for occupation in Valuation Activities # 000158 series DM001 issued May 27, 2004 by the State Property Committee of the Republic of Uzbekistan expires on May 27, 2005 |
| Central Bank of Uzbekistan exchange rate of 1.0 US dollar to Uzbek soums | 1,020 soums |
| Central Bank of Uzbekistan exchange rate of 1 Russian ruble to Uzbek soums | 35,22 soums |
| Valuation date | July 1, 2004 |
| Report date | September 14, 2004 |

### 1.2. Valuation quality certificate.

The appraiser who has executed the report confirms that in compliance with the available data:

- The facts stated in the report are correct and conform to the reality;
- The appraiser does not have any interest in the valuated property in the present time or the future. The appraiser also does not have any personal interest or any prejudice related to involved parties;
- The appraiser's compensation is not connected somehow with any announcement of beforehand determined value, or with trend to valuate for the benefit of customer with obtaining of beforehand stipulated result or is not connected with any subsequent events resulting from the report results.
- The estimation value figures are valid for the date of valuation.
- The analysis of data, opinions and conclusions included in the report conform to:

- Law of Uzbekistan on valuation activities requirements;
- State standards of valuation authorized by the decree of Uzgosstandart (Uzbek State Standard Agency) of August 2, 1999 # 12-234 (2-9);

- Decrees of the board of the state property committee of Uzbekistan # 42 of June 24, 2003 methodical recommendations according to Section 6.

1.3. Accepted assumptions and limiting conditions.

The report is prepared according to the following assumptions:
- The valuated property information used in the report provided by the customer is authentic;
- The property had no hidden faults, which might affect its value, except for stipulated in the report; The appraiser had no obligations to detect the hidden faults and the appraiser shall not be responsible in case of later possible detection of hidden faults.

The report was made according to the below limiting conditions:
- The valuation has the recommendation character; the owner of the valuated object has the right to fix final cost independently, proceeding from conditions of transaction and related payments.
- The author of the report shall not appear in courts of law unless stipulated by separate agreements;
-Applications of the report results in other purpose besides for the compensation purpose are not allowed;
- The estimation value stated in the report has the recommendation character;
- The conclusions of the report related to property valuation as a whole.

1.4. Rights and responsibilities of the appraiser

The appraiser had the right to as according to article 14 (2) of the Law on valuation activities:
- Apply independently methods of valuation;
- Demand the access to all necessary documentation, explanations and additional data from the customer for the valuation;
- Consult if necessary other appraisers or experts for the valuation.

The appraiser was obliged to as according to Article 15 of the Law on valuation activities:
- Observe the law requirements and standards of valuation;
- Ensure safety of documents received during realization of the valuation;
- Not disclose confidential information obtained from the customer during valuation.

1.5. Valuation process.

During the valuation the international standards and national standards for property valuations had been applied. The property was valuated according to the following directive, law and legislative documents:
- Law on valuation activities;
- National standards on valuation of immovable property;
- Decree of the Cabinet of ministers of Uzbekistan March 9, 2001 # 119;
- Practical experience of appraisal activities.

**2. Analysis of valuation of assets and their surroundings**

Republic of Uzbekistan
Limited Liability Company
**WIND OF TIME**
700105, Tashkent,
Mirobod district, Uanqi-Zamon street, 13/3
☎ 132-28-45, 350-10-78

COMPANY'S LOGO

Building and constructions of Café Feruza
Gafur Gulam Park
Tashkent city,
Uzbekistan

The property was located in Chilanzar district of Tashkent inside Gafur Gulom Park. According to the customer's information the buildings and constructions of café Feruza had been demolished at the end of December, 1999. Therefore we could not examine the estimated object with the site visiting. The calculation of property value was made on the basis of the data provided by the customer. The customer provided the following three schemes prepared by Uzgiproselstroy Project Institute shown in the Appendices of this report:
List of buildings and constructions, technical and economic indices;
Café Feruza walls layout;
Cut 1-1 of café Feruza walls layout.

### 3. Full Replacement value calculation of buildings and structures of cafe Feruza by cost approach

The valuation of buildings and structures by cost approach consists of multiplying replacement value of base costs of year 1991 by the factor of seismicity and the factor of rise in cost of constructional works of current year. The base costs of 1991 are indicated in tables of Collection of integrated parameters of replacement cost of non-residential buildings and structures of GCCSR (Geodetic, Cartographical, Cadastral Regulations, Standards and Rules) 18-013-99 guide. For calculation of current cost up-to year 2003 inclusive, the base costs are to be multiplied by the factor of rise in cost of constructional works provided by Khokimiat (Mayor's office) of Tashkent. Starting year 2004 inclusive, the base costs are to be multiplied by the factor of rise in cost of constructional works provided by Ministry of Macro-Economics and Statistics of Uzbekistan. Due to the presence of seismic activity in Uzbekistan, the construction cost of all buildings must be adjusted for local seismic conditions. In this specific area of Tashkent the factor is 1.05. The current year prices shall be also multiplied by Value Added Tax of 20 %.

Thus the replacement value calculation was conducted with the use of:
- Collection of integrated parameters of replacement value of non-residential buildings and structures of GCCSR (Geodetic, Cartographical, Cadastral Regulations, Standards and Rules) 18-013-99 guide.
- Territorial factor of seismicity
- Index of rise in cost of constructional works authorized by the chairman of the committee on price formation, Tashkent Khokim (Mayor) deputy (protocol # 11; May 30, 2003)
- Index of rise in cost of MMESU (Ministry of Macroeconomics and Statistics of Uzbekistan) to the date of the valuation
- Value added tax of 20 % - 1.2

3.1.1 Building of café Feruza
Area - 240 m2
Volume of building - 775 m3
Cost in prices of 1991; 1 m3 of the building – 80.00 soums (part 1, page 105, table # 70a)
Territorial factor of seismicity- 1.05
Index of rise in cost of constructional works - 411.4
Index of rise in cost of MMES - 1.129
VAT – 20 %
Replacement value 36 284 443 soums = 775* 80 * 1.05 * 411.4 * 1.129 * 1.2

Republic of Uzbekistan
Limited Liability Company
**WIND OF TIME**
700105, Tashkent,
Mirobod district, Uanqi-Zamon
street, 13/3
☎ 132-28-45, 350-10-78

COMPANY'S LOGO

Building and constructions of
Café Feruza
Gafur Gulam Park
Tashkent city,
Uzbekistan

3.1.2 Pyramidal shadow canopy
Total area - 108 m2
Cost in prices of 1991; 1 m2 of the building - 79.9 soums (part 2, page 94, table # 91)
Territorial factor of seismicity- 1.05
Index of rise in cost of constructional works - 411.40
Index of rise in cost of MMES - 1.129
VAT - 20 %
Replacement value 5 050 092 soums = 108 * 79.9* 1.05 * 411.4 * 1.129 * 1.2

3.1.3 Drinks booth
Volume 60 m3 = area 20.0 m2 * height 3m
Cost in prices of 1991; 1 m3 of building - 56.30 soums (part 1, page 266, table # 336)
Territorial factor of seismicity- 1.05
Index of rise in cost of constructional works - 411.4
Index of rise in cost of MMES -1.129
VAT – 20%
Replacement value 1 976 917 soums = 60* 56.3 * 1.05 * 411.4 * 1.129 * 1.2

3.1.4 Guard box
Volume 42 m3 = area 14.0 m2* height 3m
Cost in prices of 1991; 1 m3 of building - 56.30 soums (part 1, page 266, table # 336)
Territorial factor of seismicity- 1.05
Index of rise in cost of constructional works - 411.4
Index of rise in cost of MMES -1.129
VAT – 20%
Replacement value 1 383 842 soums = 42 * 56.3 * 1.05 * 411.4 * 1.129 * 1.2

3.1.5 Storehouse
Volume 135 m3 = area 45m2 * height 3m
Cost in prices of 1991; 1m3 of the building - 56.30 soums (part 1, page 266, table # 336)
Territorial factor of seismicity- 1.05
Index of rise in cost of construction works - 411.40
Index of rise in cost of MMES - 1.129
VAT – 20%
Replacement value 4 448 063 soums = 135 * 56.30 * 1.05 * 411.4 * 1.129 * 1.2

3.1.6 Pavement area
Area 420 m2
Cost in prices of 1991; 1 m2 of asphalted pavement area – 5.36 soums (part 1, page 382, table # 390a)
Territorial factor of seismicity- 1.05
Index of rise in cost of construction works for pavements - 409.60
Index of rise in cost of MMES on July 1, 2004 - 1.129
VAT – 20%
Replacement value 1 311 712 soums =420 * 5.36 * 1.05 * 409.60 * 1.129 * 1.2

3.1.7 Barrier

Republic of Uzbekistan
Limited Liability Company
**WIND OF TIME**
700105, Tashkent,
Mirobod district, Uanqi-Zamon street, 13/3
☎ 132-28-45, 350-10-78

COMPANY'S LOGO

Building and constructions of Café Feruza
Gafur Gulam Park
Tashkent city,
Uzbekistan

---

The extension - 40 m * height 1 m
Cost in prices of 1991; 1 m2 of building - 20.00 soums (part 4, page 276, table # 251)
Territorial factor of seismicity- 1.05
Index of rise in cost of construction works for concrete barriers – 405.80
Index of rise in cost of the MMES - 1.129
VAT – 20%
Replacement value 461 813 soums = 40 * 20.00 * 1.05 * 405.8* 1.129 *1.2

Thus total **Full replacement value of buildings and constructions of café Feruza is**
36 284 443 + 5 050 092+1 976 917+1 383 842 + 4 448 063 + 1 311 712 + 461 813 =
**50 916 882 soums**
(Fifty millions nine hundred sixty thousand eight hundred eighty two)
Including Value Added Tax
**Or**
**49 918.5 US dollars**
(Forty nine thousand nine hundred eighty dollars and fifty cents)
at the exchange rate of Central Bank of Uzbekistan on July 1, 2004 as 1 US dollar to 1 020 Uzbek soums
Including Value Added Tax

**Director**
**Wind of Time LLC S.Z. Shukurova**

**Sign**
**Wind of Time LLC Stamp**



*ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ*

# ***«WIND OF TIME»***

***Оценка стоимости зданий и сооружений***

***Кафе «Феруза»***

***Атамирзаева Зоя Абдукадыровна***

# ***ОТЧЕТ***

*Рег.№2/25*

*От 14.09.2004*

O'zbekiston Respublikasi
"WIND OF TIME"
Mas' uliyti Cheklangan Jamiyt
700105, Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi, 13/3
☎ 132-28-45, 350-10-78

Здание и сооружения Кафе «Феруза»
Чиланзаркий р-н, Парк «Гафура Гуляма»
г.Ташкент, Узбекистан

**Атамирзаевой З.А.**
**Чиланзар 2-19-26**
**Тел: 77-31-60**
**Ташкент,**
**Узбекистан**

В соответствии с Вашим заявлением от 3 сентября 2004г (см. Приложение) ООО "WIND OF TIME" произвело оценку полной восстановительной кафе «Феруза» располагавшегося по адресу: парк «Гафур Гулям», Чиланзарский р-н г.Ташкента.
Оценка произведена на дату 14 сентября 2004г.
Проведенные исследования и анализ имеющейся в нашем распоряжении информации с учетом сделанных допущений и принятых ограничений позволяют сделать следующий вывод:

**Полная восстановительная стоимость, включая НДС**
зданий и сооружений кафе «Феруза»
**50 916 882 сум**
**(Пятьдесят миллионов девятьсот шестнадцать тысяч восемьсот восемьдесят два)**
**или**
**49 918,50 долл США (По курсу ЦБ РУ на 01.07.2004г.) включая НДС**
**(Сорок девять тысяч девятьсот восемнадцать долларов пятьдесят центов)**

Предлагаемый отчет оценки стоимости зданий и сооружений кафе «Феруза» носит рекомендательный характер, Вы как собственник оцениваемого объекта вправе устанавливать самостоятельно окончательную стоимость, исходя от конкретных условий сделки и платежей по ней.

Если у Вас возникнут какие-либо вопросы по оценке или по нашим рассуждениям, пожалуйста, обращайтесь непосредственно к нам.

Благодарим Вас за возможность, оказать услуги.

**С уважением,**

**Директор ООО "WIND OF TIME"** **Шукурова С.З.**

O'zbekiston Respublikasi
**"WIND OF TIME"**
Mas'uliyti Cheklangan Jamiyt
700105, Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi, 13/3
132-28-45, 350-10-78

**Здание и сооружения Кафе «Феруза»**
**Чилангарский р-н, Парк «Гафура Гуляма»**
**г.Ташкент, Узбекистан**

# ОГЛАВЛЕНИЕ

1. Общие сведения
1.1 Основные факты и выводы
1.2 Сертификат оценки
1.3 Принятые допущения и ограничивающие условия
1.4 Права и обязанности оценщика
1.5 Процесс оценки

2. Анализ оценки основных Фондов и их окружения

3. Расчет полной восстановительной стоимости зданий и сооружений кафе «Феруза» затратным методом

Приложения:
Ведомость зданий и сооружений, технико-экономические показатели
План стен кафе «Феруза»
Разрез 1-1 стен кафе «Феруза»

O'zbekiston Respublikasi
" WIND OF TIME"
Mas'uliyti Cheklangan Jamiyt
700105, Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi. 13/3
☎ 132-28-45, 350-10-78

Здание и сооружения Кафе «Феруза»
Чиланзаркий р-н, Парк «Гафура Гуляма»
г.Ташкент, Узбекистан

# 1.Общие сведения

## 1.1. Основные факты и выводы

| | |
|---|---|
| Заказчик: | Атамирзаева Зоя Абдукадыровна |
| Объект оценки: | 1. Здание кафе «Феруза»<br>2. Пирамидальный теневой навес<br>3. Будка для напитков<br>4. Склад для продуктов<br>5. Будка для охранника<br>6. Площадь асфальтированная<br>7. Ограждение бетонное |
| Адрес объекта | г.Ташкент, Чиланзарский район, Парк имени «Гафура Гуляма» |
| Основание для оценки | письмо № б/н. от 03.09. 2004г.<br>Договор №2/25 от 06.09.2004г. |
| Вид стоимости | Определение полной восстановительной стоимости |
| Цель оценки: | для компенсационных нужд |
| Оцениваемые права: | Лицензия на занятие оценочной деятельности № 000158 серия DM001 от 27.05.2004г. выданная ГКИ РУз до 27.05.2009 г. |
| по курсу ЦБ РУ - 1.0 долл. США | 1 020 сум |
| по курсу ЦБ РУ – 1 росс. рубль | 35,22 сум |
| Дата оценки по состоянию на: | 01.07.2004г. |
| Дата составления отчета | 14.09.2004г. |

## 1.2.Сертификат качества оценки

Оценщик, выполнивший данную работу, подтверждаем, что в соответствии с имеющимся данными:

- изложенные в данном Отчете факты правильны и соответствуют действительности;
- мы не имеем ни в настоящем, ни в будущем какого-либо интереса в объекте собственности, являющемся предметом данного отчета: мы также не имеем личной заинтересованности и предубеждения в отношении вовлеченных сторон;
- наше вознаграждение ни в коей степени не связано с объявлением заранее определенной стоимости, или тенденции в определении стоимости в пользу клиента с суммой оценки стоимости с достижением заранее оговоренного результата или с последующими событиями;
- анализ информации, мнения и заключения, содержащиеся в Отчете соответствуют требованиям Закона Республики Узбекистан «Об оценочной деятельности»,
- Государственных Стандартов Оценки. утвержденных постановлением Узгосстандарта от 2 августа 1999 года, № 12-234. {2-9}
- расчетная стоимость признается действительной на дату оценки .
- Постановления коллегии ГКИ РУ №42 от 24.06.03г. «Методические рекомендации» согласно раздела 6.

O'zbekiston Respublikasi
**" WIND OF TIME"**
Mas'uliyti Cheklangan Jamiyt
700105, Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi, 13/3
☎ 132-28-45, 350-10-78



### 1.3. Принятые допущения и ограничивающие условия

Отчет об оценке подготовлен в соответствии со следующими допущениями:

- объект оценки не обладает какими-либо скрытыми дефектами, кроме оговоренных в настоящем Отчете, которые могут повлиять на его стоимость; на Оценщиках не лежит ответственность по обнаружению (или в случае обнаружения) подобных фактов;
- в Отчете использовались достоверные источники информации, представленные Заказчиком.

Отчет об оценке был составлен в соответствии с нижеследующими ограничивающими условиями:

- Оценка стоимости зданий и сооружений кафе «Феруза» носит рекомендательный характер собственник объекта вправе устанавливать самостоятельно окончательную стоимость объекта, исходя от конкретных условий сделки и платежей по ней.
- автор не отвечает в суде по вопросам, связанным с объектом оценки, за исключением случаев оговариваемых отдельными договорами;
- заключения о стоимости, содержащееся в Отчете, относится к объекту оценки в целом. Любое соотнесение части стоимости, с какой либо частью объекта является неправомерным, если таковое не оговорено в Отчете;
- применение результатов данного Отчета в других целях, кроме вышеуказанной компенсационных нужд не допускается.
- величина оценки стоимости, представленная в отчете, носит рекомендательный характер

### 1.4. Права и обязанности Оценщика

Оценщик вправе (из статьи 14 Закона «Об оценочной деятельности») {2}:

- применять самостоятельно методы оценки;
- при проведении обязательной оценки объекта оценщик вправе требовать обеспечения доступа к документации, получать разъяснения и дополнительные сведения, необходимые для осуществления этой оценки;
- привлекать при необходимости, на договорной основе к участию в проведении оценки иных оценщиков или других специалистов.

Оценщик обязан (из статьи 15 Закона «Об оценочной деятельности»):

- соблюдать при осуществлении оценочной деятельности требования законодательства и стандартов оценки;
- обеспечить сохранность документов, получаемых в ходе проведения оценки;
- не разглашать конфиденциальную информацию, полученную от заказчик в ходе проведения оценки.

### *1.5. Процесс оценки*

В процессе оценки объекта были использованы международные стандарты по оценке имущества и национальные стандарты, а также стандарты отчета об оценке. Данный объект оценивается с учетом следующих директивных, правовых и законодательных документов:

- Закон «Об оценочной деятельности»;
- Национальные стандарты оценки недвижимости;
- Постановления Кабинета Министров Республики Узбекистан от 9.03.2001 года за № 119;
- Достижения науки и практики по оценке имущества .

В процессе работы были собраны необходимые данные для проведения оценки.

O'zbekiston Respublikasi
"WIND OF TIME"
Mas' uliyti Cheklangan Jamiyt
700105, Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi, 13/3
☎ 132-28-45, 350-10-78

Здание и сооружения Кафе «Феруза»
Чиланзаркий р-н, Парк «Гафура Гуляма»
г.Ташкент, Узбекистан

Мы провели анализ всей необходимой информации для того, чтобы прийти к заключению о стоимости.

Процедура оценки включала:

1.Сбор данных, способствующих процессу оценки;

2.Подготовка отчета об оценке.

## 2.Анализ оценки основных фондов и их окружения

Данный объект был расположен в Чиланзарском районе г.Ташкента в внутри Парка имени «Гафура Гуляма»

Нами оцениваемый объект с выездом на место не изучен. По данным заказчика оцениваемые здание и сооружение снесены в конце декабря 1999г. Расчет стоимости кафе «Феруза» был произведен на основании данных предоставленных заказчиком. Заказчик предоставил три следующие схемы предоставленным проектным институтом «Узгипросельстрой», указанных в приложении к отчету:

Ведомость зданий и сооружений и технико-экономические показатели;

План стен кафе «Феруза»;

Разрез 1-1 стен кафе «Феруза».

## 3. Расчет полной восстановительной стоимости кафе «Феруза»

Оценка зданий и сооружений затратным методом состоит из умножения восстановительной стоимости базовых цен 1991г. на коэффициент сейсмичности и коэффициент удорожания строительно-монтажных работ текущего года. Базовые цены указаны в таблицах «Сборника укрупненных показателей восстановительной стоимости нежилых зданий и сооружений» (Геодезические, картографические, кадастровые инструкции нормы и правила). Для расчета текущей стоимости до 2003 г. включительно, базовые цены умножаются на коэффициент удорожания строительно-монтажных работ предоставляемых хокимиатом г.Ташкента. Начиная с 2004 г. включительно базовые цены умножаются на коэффициент удорожания строительно-монтажных работ предоставляемых ММЭС РУз. В связи с сейсмической активностью в Узбекистане, строительная стоимость всех заданий должна иметь поправку на коэффициент сейсмичности. В данном районе Ташкента коэффициент равен 1.05. Окончательная стоимость объекта должна быть также умножена на НДС в размере 20 %.

Оценка стоимости объекта проводилась путем пересчета данных:

- согласно «Сборник укрупненных показателей восстановительной стоимости нежилых зданий и сооружений (Геодезические, картографические, кадастровые инструкции нормы и правила-18-013-99)»;
- индекс удорожания стоимости строительства и строительных материалов, утвержденный председателем комиссии по ценообразованию, зам. Хокима г.Ташкента (протокол № 11 от 30.05.2003г.);
- индекса Министерство Макроэкономики и Статистики на дату оценки;
- территориальный коэффициент сейсмичности
- коэффициент Налог на добавленную стоимость – 1.2

O'zbekiston Respublikasi
**" WIND OF TIME"**
Mas' uliyti Cheklangan Jamiyt
700105. Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi, 13/3
☎ 132-28-45. 350-10-78

Здание и сооружения Кафе «Феруза»
Чиланзаркий р-н. Парк «Гафура Гуляма»
г.Ташкент. Узбекистан

---

**3.1.Здание кафе «Феруза»**
Общая площадь - 240м2
Объем здания кафе - 775 м3.

- Стоимость в ценах 1991г. 1 м3 здания – 80 сум (См. 1-часть, стр. 105, табл. № 70а)
- Индекс удорожания строительно-монтажных работ 411.40
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 775 X 80 X 411.4 X 1.129X 1.2X1.05 = 36 284 443 сум

**3.2.Пирамидальный теневой навес**
Общая площадь – 108 м2

- Стоимость в ценах 1991г. 1 м3 здания – 79.90 сум (См. 2-я част, стр. 94, табл.№ 91)
- Индекс удорожания строительно-монтажных работ 411.40
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 108 X 79.90 X 411.4 X 1.129X 1.2X1.05 = 5 050 092 сум

**3.3.Будка для напитков**
Общая площадь – 20.0м2
Объем - 60 м3

- Стоимость в ценах 1991г. 1 м3 здания – 56.30 сум (См.1-я част, стр 266,табл.№ 336)
- Индекс удорожания строительно-монтажных работ 411.40
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 60 X 56.30 X 411.4 X 1.129 X 1.2X1.05 = 1 976 917 сум

**3.4.Будка для охранника**
Общая площадь – 14.0м2
Объем - 42 м3

- Стоимость в ценах 1991г. 1 м3 здания – 56.30 сум (См.1-я част, стр. 266,табл.№ 336)
- Индекс удорожания строительно-монтажных работ 411.40
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 42 X 56.30 X 411.4 X 1.129X 1.2X1.05 = 1 383 842 сум

**3.5.Склад для продуктов**
Общая площадь – 45.0м2
Объем - 135 м3

- Стоимость в ценах 1991г. 1 м3 здания – 56.30 сум (См.1-я част, стр 266,табл.№ 336)

O'zbekiston Respublikasi
" WIND OF TIME"
Mas'uliyti Cheklangan Jamiyt
700105, Toshkent sh., Mirobod tumani
UANQI-ZAMON ko'chasi, 13/3
☎ 132-28-45, 350-10-78

Здание и сооружения Кафе «Феруза»
Чиланзаркий р-н, Парк «Гафура Гуляма»
г.Ташкент, Узбекистан

- Индекс удорожания строительно-монтажных работ 411.40
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 135 X 56.30 X 411.4 X 1.129X 1.2X1.05 = 4 448 063сум

**3.6.Площадка асфальтированная**

Площадь 420 м2 ,

- Стоимость в ценах 1991г. 1 м2 здания – 5.36 сум (См.1-я част, стр 382,табл.№ 390а)
- Индекс удорожания строительно-монтажных работ 409,6
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 420 X 5.36 X 409,6 X 1.129 X 1.2X1.05 = 1 311 712 сум

**3.7.Ограждение Бетонное высота – 1м**

Площадь 40 м2

Стоимость в ценах 1991г. 1 м2 здания – 20.00 сум (См.4-я част, стр 276,табл.№ 251)

- Индекс удорожания строительно-монтажных работ 405,8
- Индекс удорожания Министерства Макроэкономики и Статистики (ММЭС) на 1 июля 2004 – 1.129
- Коэффициент Налог на добавленную стоимость – 1.2
- Коэффициент на сейсмику – 1.05

Восстановительная стоимость 40 X 20.00 X 405,8 X 1.129 X 1.2X1.05 = 461 813 сум

**Полная восстановительная стоимость зданий и строений кафе «Феруза» включая НДС**

36 284 443 + 5 050 092 + 1 976 917 + 1 383 842 + 4 448 063 + 1 311 712 + 461 813 =

**50 916 882 сум**

**(Пятьдесят миллионов девятьсот шестнадцать тысяч восемьсот восемьдесят два)**

**или**

**49 918,50 долларов США (По курсу ЦБ РУ на 01.07.2004г.) включая НДС**

**(Сорок девять тысяч девятьсот восемнадцать долларов пятьдесят центов)**

**Директор - исполнитель** **Шукурова С.З.**

Приложение

## Ведомость зданий и сооружений

| № п.п. | Наименование и обозначение | Кол. | Площадь застройки | Строит. объем, м3 | Степ. огнест. | Примеч. |
|---|---|---|---|---|---|---|
| 1 | Здание-кафе | 1 | 240,0 | 775,0 | II | индивид |
| 2 | Пирамидальный теневой навес | 1 | 108,0 | - | | индивид |
| 3 | Будка для напитков | 1 | 20,0 | - | | компл. пост. |
| 4 | Склад продуктов | 1 | 45,0 | - | | индивид |
| 5 | Будка для охраника | 1 | 14,0 | - | | индивид |

## Технико-экономические показатели

| № п.п. | Наименование | Площадь м2 | Площадь % | Примеч. |
|---|---|---|---|---|
| 1 | Площадь участка | 847,0 | 100,0 | |
| 2 | Площадь застройки | 427,0 | 50,4 | |
| 3 | Площадь покрытия площадок | 420,0 | 49,6 | |
| 4 | Протяженность ограждения | 40,0 | - | п.м. |




Чиланзарский район парк имени "Т.Гулям" кафе "Феруза"

Схема генерального плана

РП | 1

Узгипросельстрой

# План стен кафе "Феруза" Приложение




| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Чиланзарский район парк имени "Г.Гулом" кафе "Феруза" | | |
| | | | | | Стадия | Лист | Листов |
| | | | | | РП | 2 | |
| | | | | План стен кафе "Феруза" М1:250 | Узгипросельстрой | | |

ZA 0057

*Приложение*

## Разрез 1-1




Чиланзарский район парк имени "Г.Гулом" кафе "Феруза"

| Стадия | Лист | Листов |
|---|---|---|
| РП | 3 | |

Разрез 1-1 стен кафе "Феруза" ...

Узгипросельстрой


SCALE 1:500
-FERUZA CAFE MAIN BUILDING
-US EMBASSY MAIN BUILDING

ZA 0059



ПЛАН СТЕН КАФЕ „ФИРУЗА"
РАЗРЕЗ 1-1
18400
6000
4350
3800
1700
2300
15650
4000
9850
17200
3950

ZA 0061

Scheme of Feruza café and US Embassy position

Scale 1:500 1cm:5meters

A Feruza café territory

US Embassy territory

Restricted area

Water ditch

E Lake

F Chilanzar Str.
Permitted part

Main building of
Feruza café

Main building of
USEmbassy

Feruza café security
box

US Embassy auxiliary
buildings

US Embassy
Concrete wall

US Embassy
Iron work wall

Explosion of 2003



ZA 0062

# Scheme of Feruza café and US Embassy position with geodesical map

Scale 1:500 1cm:5meters

- A Feruza café territory
- B US Embassy territory
- C Restricted area
- D Water ditch
- E Lake
- F Chilanzar Str. Permitted part
- 1 Main building of Feruza café
- 2 Main building of USEmbassy
- 3 Feruza café security box
- 4 US Embassy auxiliary buildings
- 5 US Embassy Concrete wall
- 6 US Embassy Iron work wall
- Explosion of 2003



15.01.2001
Юридичес...

Хокиму Чиланзарского района
Косимову Шавкату
Миннановичу.
от Атамирзаевой Зоя
Абдукадыровой.

Я Атамирзаева Зоя Абдукадыровна состою из родителей К.П. "Мостпала" с 1963 года. Моя дом изготовительская в виде кафе "Фируза" которая находилось в парке "Чузбек". 1999 году в декабре месяца якобы по вашему распоряжению зам. хокима Ивашкин А.Г. и других лиц, вызвали меня в парк и в приказном порядке приказали снести кафе в течении трёх дней, объяснение тому было, что кафе расположено за американским посольством и имеет политическое значение. Пирожковый цех который стоял отдельно от здание было отдано для использования милиции. С году после слома я написала письмо хокимияту чтобы мне дали решение о сломе, возмещение и возврата пирожкового цеха, Так как пирожковый цех переносной. Несколько раз я подходила к зам. хокиму Ивашкину А.Г., а Ивашкин А.Г. отправил меня к архитектору и никто не решил мой вопрос по этому делу. Я работала в кафе 1982 года. У меня двое детей без мужа. Я потеряла свой заработок так как я еще не в пенсионном возрасте и прошу вас помочь мне и разобраться в этом деле. Я надеюсь на ваше понимание. С уважением к вам жители Чиланзарского р- ...

US0005

контроль
08.05.03г.

Хокиму Чиланзарского района
От Атамерзаевой З.А.

Уважаемый, Хоким Чиланзарского района!

Я, Атамерзаева З.А., состою учредителем ООО «МОСАМАК» с 1993г. Моя учредительская доля в ООО «МОСАМАК» состоит в виде кафе «Феруза», которое находилось в парке «Улугбек».
1999 г в Декабре месяце якобы по устному распоряжению хокима Чиланзарского района зам.хокима Ивашкин А.Г., сотрудники МЧС РУ и другие лица, вызвали меня в парк и в приказном порядке, приказали снести мне кафе «Феруза» в течении трех дней.
Объяснение тому было, что кафе расположено вблизи посольства США и снос кафе необходим для безопасности посольства США.
Пирожковый цех, который стоял отдельно от здания, который также является моей собственностью, был отдан для использования милицией.
Кафе было снесено за мой счет.
Сразу после слома я написала письмо в хокимият Чиланзарского района, о том что бы мне выдали решение хокимията о сносе кафе «Феруза», также о возмещение ущерба в связи со сносом кафе «Феруза» и возврате пирожкового цеха.
Несколько раз я обращалась к служащим хокимията Чиланзарского района, в том числе зам.хокиму Ивашкину А.Г. и архитектору Чиланзарского района. Но мое обращение осталось не решенным.
Я также обращалась за разъяснениями в МЧС РУ. На что мне было дано разъяснение, что Управление по Чрезвычайным Ситуациям г. Ташкента указаний по сносу кафе «Феруза» в парке «Улугбек» не давало.
Прошу учесть, что я работала в данном кафе с 1985 г. Данное кафе работало круглый год. Данное кафе являлось одним из главных источников и местом работы моей семьи. Также пирожковый цех по сегодняшний день находится в распоряжении милиции.

Уважаемый Хоким Чиланзарского района прошу Вас разобраться в данном вопросе о возмещении мне ущерба связи со сносом кафе «Феруза» в парке «Улугбек».

Атамерзаева З.А.

Т 7731-60

INITIALS

APPR: PHH ...
DRAFT: JRO ...
CLR 1: EB ...
CLR 2: KW ...
CLR 3: KP ...
CLR 4: CJL ...
CLR 5: JBG

UNCLASSIFIED

CA/OCS/ACS/EUR:JROLIVER
02/02/00 64955
CA/OCS/ACS:PHHEGARTY

PA:PREEKER; EUR/CACEN:EBIRSNER; EB/TRA/AVP:KWALZ(SUBS); DS/DSS/ITA:KPARSONS;CA/P:CJLAMORA; CA/OCS/ACS/EUR:JRGRAY

H; EB/TRA/AVP; AID/TT; INS/HQADN

IMMEDIATE ALEDP +

IMMEDIATE ATO GUAM

INFORM CONSULS

E.O. 12958: N/A

TAGS: CASC, ASEC, EAIR, UZ

SUBJECT: CONSULAR INFORMATION SHEET -- UZBEKISTAN

1. COUNTRY DESCRIPTION: Uzbekistan is a newly independent nation in the midst of profound political and economic change. Tourist facilities are not highly developed and many of the goods and services taken for granted in other countries are not yet available. Internal travel and travel to other New Independent States (NIS), including both air and land routes, can be erratic and disrupted by fuel shortages, overcrowding and other problems.

2. ENTRY REQUIREMENTS: A passport and visa are required; official invitations from a sponsoring organization or individual are no longer required for American citizens. Visas are issued at Uzbek embassies and consulates abroad. Visitors coming from countries where Uzbekistan does not have diplomatic representation should obtain visas in a third country. Visas are issued at the airport only as a rare exception and only through prior arrangement with the

Ministry of Foreign Affairs at least four business days before arrival.

NOTE: Uzbekistan has suspended the 72-hour transit rule that allowed travelers with other Commonwealth of Independent States' visas to transit Uzbekistan. All travelers, even those simply transiting Uzbekistan for less than 72 hours, must obtain an Uzbek visa before traveling to Uzbekistan.

Further visa information is available at the Embassy of the Republic of Uzbekistan, 1746 Massachusetts Ave., NW, Washington, D.C. 20036; telephone (202) 887-5300; http://www.uzbekistan.org; or the Uzbekistan Consulate, 866 United Nations Plaza, Suite 327A, New York, NY 10017; telephone (212) 754-6178 or (212) 754-7403; http://www.uzbekconsul.org.

3. REGISTRATION REQUIREMENTS: All travelers present in Uzbekistan for over three days must register with the Office of Entry, Exit, and Citizenship. Hotel guests are registered automatically, but all other travelers are responsible for registering themselves. Visitors without proper registration are subject to fines and possible harassment by local authorities. Visitors are required to carry a medical certificate proving they are not HIV-infected, but this requirement is only sporadically enforced.

4. SAFETY AND SECURITY: American citizens are urged to be aware of an increased threat of terrorist violence in Uzbekistan and the heightened activity and vigilance by the security forces responding to that threat. Restricted personal movement, including the closing of roads to traffic and frequent document, vehicle and personal identification checks should be anticipated. In August 2000, fighting broke out on the Tajikistan/Kyrgyzstan and Tajikistan-Uzbekistan borders in response to insurgency activity by the Islamic Movement of Uzbekistan (IMU). As a result of operations by government security forces, portions of the Uzbek borders with Tajikistan, Kkyrgyzstan and Kazakhstan were subsequently closed to civilians and tourists; such closures can be expected if IMU

activity reoccurs in the summer. The IMU has been responsible for several hostage-taking incidents in Kyrgyzstan which have directly targeted foreign citizens, including Americans. U.S. citizens should remain vigilant with regard to their personal safety.

Americans traveling to or residing in Uzbekistan are urged to contact the consular section of the Embassy for up-to-date information on security developments.

5. CRIME INFORMATION: Uzbekistan has a low rate of violent crime, but common street crime has increased, especially at night. In urban areas, travelers are urged to take the same precautions against crime that they would take in a large American city. The loss or theft abroad of a U.S. passport should be reported immediately to the local police and the nearest U.S. Embassy or Consulate. U.S. citizens can refer to the Department of State's pamphlet "A Safe Trip Abroad" for ways to promote a more trouble-free journey. The pamphlet is available by mail from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402, via the Internet at http://www.access.gpo.gov/su_docs, or via the Bureau of Consular Affairs home page at http://travel.state.gov.

6. MEDICAL FACILITIES: Medical care in Uzbekistan is below Western standards, with severe shortages of basic medical supplies, including disposable needles, anesthetics, and antibiotics. Elderly travelers and those with existing health problems may be at particular risk due to inadequate medical facilities. Most resident Americans travel to the West for their medical needs; serious medical problems requiring hospitalization and/or medical evacuation to the United States can cost thousands of dollars or more. Doctors and hospitals often expect immediate cash payment for health services.

7. MEDICAL INSURANCE: U.S. medical insurance is not always valid outside the United States. U.S. Medicare and Medicaid programs do not provide payment for medical services outside the United States. Uninsured travelers who require medical care overseas may face

extreme difficulties. Check with your own insurance company to confirm whether your policy applies overseas, including provision for medical evacuation. Ascertain whether payment will be made to the overseas hospital or doctor or whether you will be reimbursed later for expenses that you incur. Some insurance policies also include coverage for psychiatric treatment and for disposition of remains in the event of death. Useful information on medical emergencies abroad, including overseas insurance programs, is provided in the Department of State's Bureau of Consular Affairs brochure "Medical Information for Americans Traveling Abroad," available via the Bureau of Consular Affairs home page or autofax: (202) 647-3000.

8. OTHER HEALTH INFORMATION: Travelers are advised to drink only boiled water, peel all fruits and vegetables, and avoid undercooked meat. Due to inappropriate sanitation conditions, travelers should avoid eating dairy products and most food sold in the streets. Information on vaccinations and other health precautions may be obtained from the Centers for Disease Control and Prevention's hotline for international travelers at 1-877-FYI-TRIP (1-877-394-8747); fax 1-888-CDC-FAXX (1-888-232-3299), or via their Internet site at http://www.cdc.gov.

9. TRAFFIC SAFETY AND ROAD CONDITIONS: While in a foreign country, U.S. citizens may encounter road conditions that differ significantly from those in the United States. The information below concerning Uzbekistan is provided for general reference only, and may not be totally accurate in a particular location or circumstance.

| | |
|---|---|
| Safety of Public Transportation: | Good |
| Urban Road Conditions/Maintenance: | Poor |
| Rural Road Conditions/Maintenance: | Poor |
| Availability of Roadside Assistance: | Poor |

Uzbekistan has a developed but deteriorating traffic infrastructure. Although roads in Tashkent, the capital, are relatively well-maintained, many roads

outside Tashkent and particularly those in the Tien Shan and Fan Mountains are in poor condition and may be passable only by four-wheel drive vehicles. Driving at night can be quite dangerous, as only the main roads in Tashkent are lit and rural roads and highways generally are not illuminated. Visitors are strongly urged to avoid driving at night outside of Tashkent. Livestock, farm equipment, and carts drawn by animals are found on both urban and rural roads at any hour. Local drivers are not familiar with safe driving techniques. Pedestrians in cities and rural areas cross streets at will, without looking for oncoming traffic. Uzbekistan has a large road police force, which frequently stops drivers for minor infractions or simple document checks. Foreign drivers may face harassment from road police, among whom minor corruption in the form of solicitation of bribes is commonplace.

For specific information concerning Uzbekistan driver's permits, vehicle inspection, road tax and mandatory insurance fax your question to the Uzbek Embassy in Washington, DC at (202) 293-9633 or the Consulate General in New York at (212) 838-9812.

10. AVIATION SAFETY OVERSIGHT: The U.S. Federal Aviation Administration (FAA) has assessed the Government of Uzbekistan's Civil Aviation Authority as Category One -- in compliance with international aviation safety standards for oversight of Uzbekistan's air carrier operations. For further information, travelers may contact the Department of Transportation within the U.S. at 1-800-322-7873, or visit the FAA's Internet website at http://www.faa.gov/avr/iasa/index.htm. The U.S. Department of Defense (DOD) separately assesses some foreign air carriers for suitability as official providers of air services. For information regarding the DOD policy on specific carriers, travelers may contact DOD at 618-256-4801.

11. CUSTOMS REGULATIONS: Uzbekistan customs authorities may enforce strict regulations concerning temporary import or export from Uzbekistan of items such as armaments and ammunition, space technology,

encryption devices, Xray and isotope equipment, nuclear materials, poisons, drugs, precious and semi-precious metals, nullified securities, pieces of art and antiques of historical value. It is advisable to contact the Embassy of Uzbekistan in Washington or the consulate in New York for specific information regarding customs requirements.

12. CRIMINAL PENALTIES: While in a foreign country, a U.S. citizen is subject to that country's laws and regulations, which sometimes differ significantly from those in the United States and may not afford the protections available to the individual under U.S. law. Penalties for breaking the law can be more severe than in the United States for similar offenses. Persons violating Uzbekistan laws, even unknowingly, may be expelled.

13. SPECIAL CIRCUMSTANCES: Most transactions are conducted on a cash-only, local currency (som) basis. Credit cards are accepted only at the main hotels and a few shops and restaurants; traveler's checks can be cashed only into som at the National Bank of Uzbekistan. Travelers may wish to bring sufficient dollars to exchange into som to cover their expenses. Importation of currency exceeding U.S. $10,000 is subject to a 1% duty. Foreigners must fill out a customs declaration upon entering Uzbekistan and may face fines upon departure if unable to produce certificates verifying legal conversion of foreign currency.

Old U.S. dollar bills (prior to 1990), those in poor condition (with tears, writing, or stamps), are not acceptable forms of currency in Uzbekistan. Although payment in U.S. dollars is required for certain hotel charges, plane tickets, and visa fees, other dollar transactions, as well as black market currency exchanges, are prohibited.

14. CHILDREN'S ISSUES: For information on international adoption of children and international parental child abduction please refer to our Internet

site at http://travel.state.gov/children's_issues.html or telephone (202) 736-7000.

15. REGISTRATION/EMBASSY LOCATION: Americans are encouraged to register at the consular section of the U.S. Embassy and obtain updated information on travel and security in Uzbekistan. The U.S. Embassy in Tashkent, is located at Ulitsa Chilanzarskaya, 82. The main Embassy telephone number is (998 71) 120-5450, fax (998 71) 120 6335; the Consular Section's direct line is (998 71) 120-5444. Current information may also be obtained from the Embassy website at: http://www.usis.uz/wwwhcon.htm.

16. This replaces the Consular Information Sheet dated September 14, 1999, to update the section on Entry Requirements and delete Y2K information.

YY

SPECIAL EMBASSY PROGRAM
DIR FSINFATC WASHDC
NSC WASHDC
TREASURY DEPT WASHDC
CDC ATLANTA
CIS C
RUCPDOC/ALL USDOC DISTDIR COLLECTIVE WASHINGTON DC
RUEAAMC/CDRAMC ALEXANDRIA VA//AMCMI-SS//
RUEAHQA/HQ USAF WASHINGTON DC//XOXXI//
RUEDADI/HQ AFOSI XOQ BOLLING AFB MD//
RUEANHA/FAA WASHINGTON DC//ACS-400//
RULSNAA/COMNAVAIRSYSCOM WASHINGTON DC//AIRL03LB//
RUEANFA/NRC WASHINGTON DC//INFOSEC//
RUCQAAA/USCINCCENT INTEL CE MACDILL AFB FL//CCJ2-JIT//
RUCPCIM/CIMS NTDB WASHDC
RUCXGRD/COGARD INTELCOORDCEN WASHINGTON DC
RHHMUNA/USCINCPAC HONOLULU HI
RUMIAAA/USCINCSO MIAMI FL
RUFQCCA/AFOSI DET 513 SHAPE BE

Y

SPECIAL EMBASSY PROGRAM
DIR FSINFATC WASHDC
NSC WASHDC
TREASURY DEPT WASHDC
CDC ATLANTA
CIS C
RUCPDOC/ALL USDOC DISTDIR COLLECTIVE WASHINGTON DC
RUEAAMC/CDRAMC ALEXANDRIA VA//AMCMI-SS//
RUEAHQA/HQ USAF WASHINGTON DC//XOXXI//
RUEDADI/HQ AFOSI XOQ BOLLING AFB MD//
RUEANHA/FAA WASHINGTON DC//ACS-400//
RULSNAA/COMNAVAIRSYSCOM WASHINGTON DC//AIRL03LB//
RUEANFA/NRC WASHINGTON DC//INFOSEC//
RUCQAAA/USCINCCENT INTEL CE MACDILL AFB FL//CCJ2-JIT//
RUCPCIM/CIMS NTDB WASHDC
RUCXGRD/COGARD INTELCOORDCEN WASHINGTON DC
RHHMUNA/USCINCPAC HONOLULU HI
RUMIAAA/USCINCSO MIAMI FL
RUFQCCA/AFOSI DET 513 SHAPE BE

Y