# THE BUDGET-IN-BRIEF — FISCAL YEAR 2001

## *TABLE OF CONTENTS*

**BUDGET SUMMARY** ........ 1

**FY 2001 Request — Department of State** ........ 5

**Part One: Administration of Foreign Affairs**

Overview Table ........ 9

State Programs

Diplomatic & Consular Programs ........ 11

Worldwide Security Upgrades ........ 32

Capital Investment Fund ........ 35

Border Security Program ........ 39

Embassy Security, Construction and Maintenance........ 49

Worldwide Security Upgrades ........ 55

Other Administration of Foreign Affairs

Office of Inspector General........ 59

Educational & Cultural Exchanges........ 61

Representation Allowances ........ 65

Buying Power Maintenance Fund........ 67

Protection of Foreign Missions and Officials ........ 69

Emergencies in the Diplomatic and Consular Service ........ 71

Repatriation Loans Program Account ........ 73

Payment to the American Institute in Taiwan ........ 75

Payment to Foreign Service Retirement & Disability Fund ........ 79

**Part Two: International Organizations and Conferences**

Overview Table ........ 81

Contributions to International Organizations........ 83

Contributions for International Peacekeeping Activities ........ 87

CIO/CIPA Arrearage Payments ........ 93

# THE BUDGET-IN-BRIEF — FISCAL YEAR 2001

## Part Three: International Commissions

Overview Table ........ 95
International Boundary and Water Commission – S&E ........ 97
International Boundary and Water Commission – Construction, O&M ........ 99
International Fisheries Commissions ........ 105
International Boundary Commission ........ 107
International Joint Commission ........ 109
Border Environment Cooperation Commission ........ 113

## Part Four: Related Appropriations

Overview Table ........ 115
The Asia Foundation ........ 117
National Endowment for Democracy ........ 119
East-West Center ........ 121
North-South Center ........ 123
Eisenhower Exchange Fellowship Program ........ 125
Israeli Arab Scholarship Program ........ 127

## Part Five: Foreign Assistance Appropriations

Overview Table ........ 129
Migration and Refugee Assistance ........ 131
Emergency Refugee and Migration Assistance ........ 137

## Appendix:

Schedule of Fee Collections ........ 139
Explanation of Language Changes ........ 141

February 7, 2000

*This document is available on-line at www.state.gov*

## EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE

- Physical Security Upgrade Program - $16,700,000. The ongoing Physical Security Upgrade Program provides appropriate and cost-effective perimeter and public access control systems at all overseas posts to protect U.S. Government employees and non-residential property against the threat of violence. The FY 2001 request provides $5.8 million to maintain the ongoing program of surveys, designs, and construction of physical access control and perimeter security upgrades, as well as minor improvements and maintenance and repair of physical security assets at posts. In addition, $10.9 million is requested for the Department's share of the joint program of facility upgrades necessary to enable the deployment of Marine Security Guards to posts that currently lack such support.

- Safety and Fire Programs - $8,643,000. This program provides fire safety education and training, safety inspection activities, fire alarm detection system installation, acquisition of critical fire and life safety equipment for use in overseas office and residential properties, education, training, and inspections to reduce safety hazards at post, and provides assistance to posts in an effort to minimize mishaps and operational disruptions. FY 2001 funding is requested at a level appropriate to ensure that the Department protects employees overseas by providing fully-automatic early-warning fire alarm detection for all principal buildings (i.e., chanceries, consulate office buildings, and buildings supporting post communications centers). In addition, funding for the Safety, Health and Environmental Management (SHEM) Program will allow safety personnel to continue their efforts to minimize major mishaps and operational disruptions at posts.

- Post Communications Support Program - $6,000,000. The Post Communications Support Program provides funding for the procurement of telephone systems in U.S. Government-owned and long-term leased chanceries and other non-residential facilities. Over half of the Department's overseas missions are operating with obsolete telephone systems. The FY 2001 request will fund the replacement of obsolete telephone systems with modern, reliable digital systems at six of the highest priority posts.

- Maintenance of Buildings Program - $80,800,000. The request of $80.8 million will be used for continuing routine maintenance and repair requirements and for priority special maintenance and improvement projects for approximately 3,000 Government-owned and long-term leased properties. Requirements identified by posts always exceed funding available. In determining priorities and to allocate available funds, the Department emphasizes security, fire/life safety, and requirements to maintain structural integrity of buildings. Other considerations include the importance of the project to post operations and the feasibility of executing the project in a timely manner. This activity also provides funding necessary to preserve, maintain, and repair buildings that are owned or directly leased by the Department of State in the United States. Funding is also provided for the Interior Planning, Design and Furnishings (IDF) Program, which consists of two major components: interior planning and design for new office buildings and major rehabilitations of existing facilities; and the replacement and repair of equipment, furniture, and furnishings at

The State Department web site below is a permanent electro
information released prior to January 20, 2001. Please see v
material released since President George W. Bush took offic
This site is not updated so external links may no longer func
us with any questions about finding information.

NOTE: External links to other Internet sites should not be co
endorsement of the views contained therein.

**Under Secretary for Management Bonnie R. Cohen and Assistant Secretary for Diplomatic Security David Carpenter**
Testimony before the Commerce, Justice, State Subcommittee, House Appropriations Committee
February 24, 1999, Washington, D.C.

---

## Department of State Security Requirements

**UNDER SECRETARY COHEN:** Thank you very much. I am pleased to be here this morning to speak with you about the Department of State's security requirements.

In the last seven years, the real dollar budget of the Department of State has declined by 22% while over 20 new posts have been opened - a 14% increase - in response to the creation of new states in the former Soviet Union and Eastern and Central Europe. At the same time our workload in some areas like passport and visa issuance has increased by more than 20%.




This geographic expansion with no reduction in functions has clearly stretched State resources to the breaking point, and the impact of this severe erosion is felt not just in the State Department. State, as you know better than I, is the overseas platform on which

America conducts its trade policy, encourages agricultural exports, and combats international terrorism and drugs, among many other activities.

In the last two years, with your help, we have begun to reverse this erosion of the base. In particular, I would like to thank you for your bipartisan support of the $1.4 billion in the FY 1999 Emergency Supplemental Appropriation. In the aftermath of the horrible terrorist bombings of our embassies in Nairobi and Dar es Salaam last August, your help made it possible to respond quickly to provide medical and other assistance to the bombing victims, begin the restoration of our operations in Kenya and Tanzania, and implement important additional security measures worldwide. David Carpenter, the Assistant Secretary for Diplomatic Security, and I have briefed your staffs in detail on our implementation of this supplemental.

I am here today to discuss with you the Department's request for critical and sustained funding for the security of our missions and personnel. But first, let me give some context to our discussion.

America is the foremost power in the world today. The Cold War may be over, but global issues challenge the fundamental tenets of democracy and free trade. International organized crime, terrorists and narco-traffickers threaten the global system, a system on which our nation's prosperity depends. We must be active and vigilant, as the Secretary has said, to confront these issues in order to preserve and protect America's power and position in the new century.

- When we discuss the operations of our missions, we are talking about helping the more than 6 million Americans who are issued passports annually in the U.S. and the almost quarter million Americans who need passports while overseas, often to replace ones lost while traveling.

- Our embassies assist with over 2,000 child custody cases, over 6,000 missing person searches, close to 3,000 repatriations, more than 400 emergency medical evacuations, and more than 15,000 adoptions a year. They also handle the deaths of thousands of Americans abroad a year - about 6,000 cases in 1997 - helping families and other loved ones as they deal with foreign regulations. They make thousands of prison visits to Americans arrested abroad - about 5,700 prison visits by consular officers in 1997.

- Our missions issue visas to the almost 6 million foreigners who visit the U.S. as tourists each year, important for the U.S. balance of trade, and screen each visa applicant to prevent illegal immigration and protect us against terrorism and felons. Over one and a half million non-immigrant visas were refused in FY 1998.

- We support American businesses overseas, reducing trade barriers, assuring a level playing field and increasing opportunities for U.S. business in foreign markets. In 1970, trade with other countries contributed only 11 percent of total Gross Domestic Product (GDP). In 1997 it accounted for 25 percent of GDP. As the world's largest exporter, the U.S. exported a total of $932 billion in goods and services during 1998, a 51% increase from the 1992 level of $617 billion. Supporting our exports and our companies overseas makes a direct contribution to our prosperity and our position as a global power.

- The U.S. Government, at home and operating under the State Department umbrella overseas, fights crime and combats terrorism on an international scale. Through law enforcement training, technical assistance, extradition treaties, mutual legal assistance agreements, and information exchanges, we combat firearms trafficking, alien smuggling, money laundering, and more.

- We are fighting illegal drugs with our colleagues in other branches of government. Currently over 6% of Americans operating in U.S. missions overseas are involved in law and drug enforcement.

As you can see, today, more than ever before, U.S. diplomacy is a direct reflection of our domestic self interest and well being. Our presence around the globe is represented by a wide variety of agencies, not just the traditional foreign affairs agencies. Today, agencies from EPA to Defense and Transportation to HHS and CDC are resident in our embassies. The Department of State provides the platform for about 30 agencies as they pursue the interests of the United States around the world, and Department employees comprise only one third of our diplomatic presence abroad. Our obligation to improve security benefits not just State Department employees but <u>all</u> employees of the U.S. Government stationed abroad, as well as American citizens and foreign nationals seeking services at our embassies.

I would now like to turn to Assistant Secretary for Diplomatic Security David Carpenter, who will speak to you about the threat environment we are currently facing worldwide at our posts.

## U.S. DIPLOMATIC INTERESTS -- A SNAPSHOT OF THE CURRENT SECURITY ENVIRONMENT

**ASSISTANT SECRETARY CARPENTER:** As George Tenet has briefed Congress, the current terrorist threat to U.S. diplomatic facilities and personnel overseas is global, lethal, multi-dimensional, and growing. The threat is generated by indigenous and transnational anti-American terrorist groups and by state sponsors of terrorism. The last significant public manifestation of this threat was the August 1998 suicide attacks by Islamic extremists against the U.S. embassies in Nairobi and Dar es Salaam that killed twelve Americans. The daily byproducts of this threat are the countless walk-ins, threat letters, anonymous phone calls, intelligence reports, and surveillance incidents directed at U.S. diplomatic facilities. For example, from August 1998 to the end of January 1999, U.S. diplomatic facilities received over 650 threats related to the Usama bin-Ladin organization and the East African bombings, and these threats were received on every continent. We emphasize that this figure does not include threats from indigenous terrorist groups, state sponsors of terrorism, or threats generated from U.S. foreign policy or military actions such as those involving Serbia and Iraq. To understand the level and scope of the current security threat that confronts U.S. diplomatic facilities and personnel overseas, it is necessary to examine each of the four major components of this threat.

### 1. The Threat from Indigenous Terrorist Groups

Indigenous or domestic terrorist groups are those that operate only within their country of origin. Such groups have a low threat projection in that their operational reach is restricted to a single country. They have been a constant threat to our facilities since the 1970s when

many of the Marxist terrorist groups first surfaced. In general, these groups use tactics such as firing anti-tank rockets, throwing molotov cocktails, planting car bombs, or close-order assassinations. Specific, credible threats from these indigenous terrorist groups are rare. From August 1998 to the end of January 1999, we recorded less than two dozen specific threats from these groups. However, the absence of a large number of threats from the indigenous groups should not be misinterpreted as a decline in this threat. For example, from 1987-1997, there were 232 indigenous terrorist attacks on U.S. diplomatic facilities. Very few of these attacks were preceded by threats or intelligence reports suggesting a threat. The threat from these groups is a general one and is based on their anti-American rhetoric and past attacks on U.S. targets. It should also be emphasized that the indigenous terrorist groups have the tendency to carry out anti-American attacks in response to U.S. foreign policy decisions or military actions. For example, during Operation Desert Storm in 1991, U.S. targets were frequently attacked by indigenous terrorist groups in Europe and Latin American to protest U.S. air operations over Iraq.

**2. The Threat from Transnational Terrorist Groups**

A transnational terrorist group is one that has or can operate in multiple countries. This type of group poses a more complicated threat since its threat projection is much wider than the indigenous terrorist group and consequently requires a wider dispersal of security resources. Historically, these groups are fewer in number than indigenous groups. In the 1980s, there were three anti-American transnational terrorist groups. Today, there are at least three - Egyptian Islamic elements, Lebanese Hezbollah, and the Usama bin-Ladin organization (UBLO). These groups generally employ indiscriminate, mass-casualty tactics such as vehicle-borne improvised explosive devices. While all three groups are doctrinally anti-American, only the UBLO has carried out an attack on a U.S. target within the past five years.

The UBLO has been the primary generator of threat information against U.S. diplomatic facilities overseas. As I mentioned, over 650 threats have been linked to this organization or to the East African bombings since August 1998. Our analysts believe that about 33% of these threats are "viable" threats, that is, they are either logical, consistent with previous reporting of UBLO tendencies, or based on credible intelligence reports or walk-ins.

Currently, the UBLO appears to be the most dangerous terrorist threat to U.S. diplomatic facilities and personnel overseas. This organization reportedly has a presence in over 25 countries and its tentacles may spread to many more. It is dangerous because it has a potentially global reach, it appears well-financed, it has the protection of one and possibly two states, it has a dedicated cadre, it engages in suicide attacks, it has an avowedly anti-American ideology, and it appears to have plugged into or provides support to over a half-dozen indigenous terrorist groups around the world.

As George Tenet has testified, "there is not the slightest doubt that Usama Bin Ladin, his worldwide allies, and his sympathizers are planning further attacks against us. Despite progress against his networks, Bin Ladin's organization has contacts virtually worldwide, including in the United States - and he has stated unequivocally...that all Americans are targets."

**3. The Threat from State Sponsors of Terrorism**

The U.S. Government currently lists seven states as sponsors of terrorism. Some of these states currently cause us more concern than others. The threat to our diplomatic interests from these state sponsors has not been realized, but given the nature of their relationship with the United States and their record of state sponsorship of terrorism, we cannot dismiss this threat.

**4. Threats Triggered by U.S. Actions Overseas**

There are a number of U.S. foreign policy or military actions that might engender reactions which would increase security concerns for our diplomatic facilities and personnel. This could be Kosovo developments, the bombings of facilities in the Sudan and Afghanistan, or responses to Iraqi behavior. In some cases, such actions trigger an outburst of anti-American activity that ranges from telephonic threats to demonstrations, bombings or assassinations.

For example, anti-American fallout occurred during our military buildup in the Persian Gulf in February of last year and again from our joint action with Britain against Iraq in December. From February 1 to March 1 last year, during a period of heightened tensions with Iraq, over 130 anti-American threats and incidents were recorded worldwide. In early December, after U.S/U.K. airstrikes on Iraq began, we recorded during a ten-day period 18 threats and 15 anti-U.S. incidents directed at U.S. diplomatic facilities in 19 countries.

Unfortunately, U.S. diplomatic facilities serve as a very visible target for anti-American militants or hostile governments who want to send a more violent message to the U.S. Government.

**Conclusion**

U.S. diplomatic facilities and personnel overseas have been, are, and will continue to be threatened by anti-American terrorist groups, which see our presence as prominent overseas symbols of the United States Government. They are perceived by terrorists as more accessible than U.S. military facilities. The emergence of the Usama bin-Ladin organization as a transnational terrorist group willing to engage in suicide attacks against U.S. diplomatic facilities has dramatically increased the security threat -- a threat that unfortunately has all the attributes of a long-term security problem.

**UNDER SECRETARY COHEN:** Let me now look at some of the management steps the Department is taking to develop a comprehensive and long-term strategy to deal with this challenging environment, and in particular with the implementation of the Emergency Supplemental Appropriation. We know that no amount of effort on our part can guarantee security of our people and our buildings against a determined opponent. The key word here is "guarantee." With these security measures, however, our hope is to deter and to diminish the effect of those future actions to the best of our ability, remembering there can be no 100% security guarantee. I thank you again for your support and assure you we intend to justify that continued support.

To effectively implement the measures funded in the supplemental, the Department of State has consulted with OMB, GSA, the Inspector General, the Army Corps of Engineers and others to benefit from their expertise. We have met with major multinational companies on their approaches to large scale, cost effective construction. We have met with those who

implemented the earlier Inman program. We have detailed month-by-month plans for obligating funds and implementing programs, and we are providing careful oversight through weekly status meetings and quarterly offsites.

In Nairobi and Dar es Salaam, we are moving ahead with the construction of our new chanceries. On Monday, February 8, 1999, only six months after the bombing, we were proud to raise the American flag over the new interim office building in Dar es Salaam, after acquiring five parcels of land, renovating 38,000 square feet of space, and constructing 10,000 square feet of new space. In Nairobi, we began renovation of the interim office building in January 1999. It should be completed by July. Planning for the new office buildings is on schedule, with site acquisition scheduled this spring.

We have also begun a Model Embassy project to determine what the "new" Nairobi mission should look like. As we then build new facilities in East Africa, they will be tailored to the conclusions from this project. The overall goal is to reduce the number of employees and others exposed to potential violence, and to identify the resources needed to protect those who remain. The Model Embassy Project will review:

-- existing and potential regional service and program relationships, seeking to minimize, for example, the number of employees in the East Africa region;

-- the nature and layout of replacement facilities, keyed to projected staff levels and functions;

-- opportunities to improve efficiency and reduce staff presence through enhanced communications and information processing;

-- improved cooperation and cross-servicing among agencies to reduce redundancies; and

-- prospects for shifting certain functions back to the United States.

We expect to have recommendations in late May.

With your support for the Emergency Supplemental Appropriation, the Department of State has:

- Sent Emergency Security Assessment Teams (ESATs) to 32 posts to assess security needs;
- Deployed 120 DS Special Agents overseas on temporary duty;
- Increased local guards by over 1,000 around the world;
- Worked with local governments to close or change traffic patterns in several cities;
- Enhanced physical security with bollards, delta barriers, video cameras and other measures;
- Acquired or placed under contract six surrounding properties to increase setback at five posts. We are negotiating for properties at 25 more posts.

Within days of the bombings in East Africa, we conducted a top-to-bottom review of the security posture of all of our diplomatic facilities around the world. The seven inter-agency ESATs recommended that 19 of the 32 posts surveyed required moving the embassies or consulates to new or newly acquired buildings. The key reason for this recommendation

was the lack of adequate setback needed to protect posts from an explosive blast. We continue to dispatch DS Security Augmentation Teams (SATs) and Mobile Training Teams (MTTs) around the globe to augment security and provide training to our personnel.

Host governments have been responsive to our requests for the assignment of additional security personnel to protect our buildings and staffs. They have allowed us to close streets, install jersey barriers and bollards and employ embassy vehicles at key checkpoints around our embassies. Overall host government support has been excellent; however, many countries are limited in what they can provide. The Emergency Supplemental Appropriation has therefore been invaluable in addressing our immediate, short-term security needs.

We are implementing a global surveillance detection program. This initiative is ongoing and 90 posts now have an up-and-running surveillance detection program. Also in place now is mandatory security inspection of all vehicles entering overseas facilities, regardless of threat level.

Fifty-three new bomb detection units have been shipped to posts, and we plan to ship 200 more by the end of this fiscal year. 300 new metal detectors have been shipped to posts with 300 more to be shipped by the end of this fiscal year. We have deployed 16 "back scatter" x-ray units with 82 more ordered and to be shipped by the end of this year. The "back scatter" system detects metal and density for explosives.

Additional physical and technical security upgrades are ongoing, such as delta barriers, blast walls, closed-circuit event recording cameras with VCR control, and security radios - all designed to enhance the perimeter security of our facilities. To date, over 200 additional time-lapse VCRs have been deployed overseas.

The key to the success of our security programs, however, is trained and experienced professionals. We are in the process of hiring and training 200 new Diplomatic Security agents in FY-99, as well as 17 security engineers, 34 security technicians and 20 diplomatic couriers. DS has established 140 new special agent positions overseas--75 to be assigned in 1999 and the remaining 65 in early 2000. The Department's FY 2000 request includes $41 million to provide ongoing salary, training and support costs for these direct hire U.S. Government employees hired and trained under the FY 1999 Emergency Supplemental Appropriation.

Overall we will hire and train an additional 391 employees, which include the new DS special agents, as well as critical technicians, construction project managers, support specialists, and security inspectors. In order to be able to maintain the security enhancements already funded and respond to the increased threat levels that Assistant Secretary Carpenter has outlined, we must sustain the number of security and support personnel in future years.

We are making a dramatic effort to expand our crisis management training programs both domestically and overseas. 100 crisis management exercises will take place at posts this year and 100 more in FY 2000. We have also trained about 700 employees domestically so far this fiscal year. This ambitious overseas training schedule, coupled with the crisis management training we provide domestically, will help ensure that our personnel are fully prepared to respond to future crisis situations.

In fact, we are already benefiting from a heightened awareness about how to react in a crisis. Just last week, in Tashkent, Uzbekistan, a series of blasts directed at the Uzbekistan Parliament Building went off near one of our facilities. During one car bomb blast, the building's windows shattered, but not a single employee was injured, thanks to this training.

In our FY 2000 budget, we are requesting a total of $268 million to fund the recurring costs of these programs begun under the FY 1999 Emergency Supplemental Appropriation. Our goal must be to improve security over the long term, not to provide just a temporary fix. Without funding for the recurring costs and continuing support to sustain our initial investment, these programs will not be viable in the long term.

The FY 1999 Emergency Supplemental Appropriation also provides $150 million in funding for post relocation, site acquisition, design, and construction for some of our highest risk posts. With these funds, we are simultaneously working on several posts. Since the funds became available, we have acquired land at one post and have started construction. We have made substantial progress toward acquiring four more sites.

For new construction projects, we will employ best practices to reduce time and money. These include:

- Using design/build to reduce costs and time;
- Using a single design for new office buildings in multiple locations;
- Prequalifying a pool of A/E firms to reduce delivery time and procurement effort;
- Packaging multiple projects under a single design/build contract in outyears;
- Employing a single design/construction contractor for both Dar es Salaam and Nairobi.

Unfortunately, the needs go far beyond these few highly vulnerable posts. As Assistant Secretary Carpenter described, we are now confronting an unprecedented level of credible security threats. Today over 80% of our embassies do not have at least 100 foot setback from the street, and many are in desperate need of security improvements beyond what these "quick fixes" can accomplish.

In approximately seven weeks, the Secretary will be submitting to you a report on the Department's actions taken in response to the Accountability Review Board (ARB) recommendations. The Accountability Review Board investigation of the bombing incidents in East Africa, chaired by Admiral Crowe, concluded that the Department "must undertake a comprehensive and long-term strategy for protecting American officials overseas, including sustained funding for enhanced security measures, for long-term costs for increased personnel, and for a capital building program based on an assessment of requirements to meet the new range of global terrorist threats."

The Department of State agrees with virtually all of the Boards' recommendations, and we are taking a very careful look at how they can be implemented. We must look at our presence abroad and ensure that we are defining and operating under the appropriate parameters. To fund the construction costs for these projects and pursue the long-term, sustained, security-driven capital building program recommended by the ARB report, the Department is seeking a FY 2000 appropriation as well as an advance appropriation totaling $3 billion for FY 2001 through FY 2005. The advance appropriation will enable the Department to begin to fund site acquisition, design, and construction of new embassies at

Case 1:05-cv-01245-EJD Document 8-5 Filed 04/07/2006 Page 12 of 30

the highest risk locations.

There is no doubt that we need setback to protect adequately our people overseas, and acquiring setback - whether by purchasing adjacent land or building new facilities - costs money. If we cannot protect our people, we will not be able to attract and retain them. Without people, we cannot represent America and our nation's interests around the world. And I can assure you, as the Secretary has said, we will not be intimidated by terrorists.

With funding budgeted within the supplemental appropriation, State has also joined with representatives from other agencies to establish a high-level panel to review overseas presence. We expect this panel to begin its work in early March and conclude during the summer of 1999. It will be chaired by Lewis Kaden, a prominent New York attorney, and includes distinguished representatives from the private sector and government, including Admiral Crowe and Ambassador Felix Rohatyn. The panel's mandate is to look at the level and type of representation required abroad to carry out America's foreign policy interests given resource constraints, advances in technology, and the worldwide security situation. This will include a close look at the idea of "regional embassies" and the trade-offs entailed in such an approach. The panel will also recommend criteria for reshaping our missions overseas to maximize effectiveness and security, and outline a multi-year funding program for construction and related costs to achieve those ends.

As we have outlined, the Department is already making great strides to effectively implement the FY 1999 Emergency Supplemental Appropriation and to protect the American citizens and foreign nationals who serve us overseas. With your assistance, we will develop the type of budget for the future that can sustain the security program we need and provide assurances to our employees and to all those Americans abroad -- our customers -- who use our services. Thank you very much.

[End of Document]

---

Department of State Home Page
This is an official U.S. Government source for information on the WWW. Inclusion of non-U.S. Government links does not imply endorsement of contents.

The State Department web site below is a permanent electro
information released prior to January 20, 2001. Please see
material released since President George W. Bush took offic
This site is not updated so external links may no longer func
us with any questions about finding information.

NOTE: External links to other Internet sites should not be c
endorsement of the views contained therein.

**Secretary of State Madeleine K. Albright**
Statement before the House Appropriations Subcommittee on
Commerce, Justice, State, and Judiciary (CJS)
Washington, D.C., March 10, 1999
As released by the Office of the Spokesman
U.S. Department of State

---

As Prepared for Delivery

**Department of State Fiscal Year 2000 Budget Request**

I. AMERICAN LEADERSHIP AROUND THE WORLD
- A. The Asia Pacific
- B. Europe
- C. The Middle East
- D. The Western Hemisphere
- E. Africa

II. MANAGING FOR THE TWENTY-FIRST CENTURY
- A. Security and Infrastructure
- B. Y2K and Information Technology
- C. Personnel and Training
- D. Border Security
- E. Sale of Property
- F. Reorganization

III. LEADING THROUGH INTERNATIONAL ORGANIZATIONS
- A. Contributions to International Organizations (CIO)
- B. International Peacekeeping Activities (CIPA)

IV. CONCLUSION

Good morning, Mr. Chairman and members of the Subcommittee. I am pleased to be here to testify on behalf of President Clinton's Fiscal Year 2000 budget request for the Department of State and related programs.

Let me begin by thanking this Subcommittee for its support last year, and for the

cooperative spirit in which we have always worked together.

Today, as we meet, our nation is respected and at peace. Our alliances are vigorous. Our economy is strong. And -- from the distant corners of Asia, to the emerging and struggling democracies of Central Europe and Africa, to the almost complete community of democracies in our own hemisphere -- American institutions and ideals are a model for those who have, or who aspire to, freedom.

All this is no accident, and its continuation is by no means inevitable. Democratic progress must be sustained as it was built: by American leadership. And our leadership must be sustained if our interests are to be protected around the world.

As Secretary of State, one of my most important tasks is to work with Congress to ensure that we have the superb diplomatic representation that our people deserve and our interests demand. We cannot have this on the cheap. We must invest the resources needed to maintain American leadership.

Unfortunately, a serious gap has opened during this decade between the resources we need to repel the dangers and seize the opportunities of this new era, and the resources we have.

Over this period, while funding for international programs has fallen in real terms, our State Department workload has risen. We operate more embassies, process more visas, receive more visitors, battle for more market openings and report to Congress and the public on many more issues than our predecessors; yet the number of our people has gone down. Consider that three decades ago, when turbulence last struck the important country of Indonesia, the State Department presence was more than twice as large as it is today.

Going further back, think of the Marshall Plan and the other measures undertaken half a century ago to spur European recovery and strengthen freedom in an unsettled world. In that era, America devoted more than a dozen times the share of its wealth to international programs compared to what we allocate today. It is true that we do not face the threat posed by Stalin; but scanning the horizon from the Middle East to the Balkans to the Korean Peninsula to Central Africa to flood-stricken Central America should tell us that the challenges we face are serious, substantial -- and growing.

So I ask your help. I urge you to support the President's request for programs under the Subcommittee's jurisdiction strongly and in full.

Mr. Chairman, I do not intend, nor would you want me, to detail every aspect of the budget we have presented. I would, however, like to discuss with you some of its major elements and goals.

## I. AMERICAN LEADERSHIP AROUND THE WORLD

### A. The Asia Pacific

Let me begin with Asia, where I traveled just last week. As a result of the financial crisis, the past 20 months have been extremely painful for many in Asia. Governments have been challenged and millions of people face the prospects of unemployment, reduced living standards and a more uncertain future.

One of the central lessons of this crisis is that nations with strong democratic institutions are better able to withstand the turbulence of the new global economy. Last week I carried that message to Thailand, whose people are making wise and courageous efforts to rebuild their economy and strengthen democratic institutions.

I also traveled to Indonesia, which has embarked on a demanding transition to democracy. Because of its strategic location, influence and size, what happens in Indonesia matters a great deal to Asia and the United States. I told Indonesian leaders that America is ready to assist as they proceed with democratic elections, economic recovery, and efforts to improve respect for human rights and the rule of law.

I also discussed the future of East Timor, where the Habibie Government deserves credit for its willingness to consider new alternatives, including autonomy and independence. The need now is for hard work on transitional arrangements and preventing further violence. I called for efforts to disarm paramilitary forces on East Timor, and for confidence building measures such as a reduction in the number of Indonesian troops and an international presence to reduce the prospects for future violence.

In Indonesia and across the region, the United States is working with allies and partners to improve security cooperation, re-start economic growth, and promote democracy.

Our alliance with Japan remains the cornerstone of regional security. And with the world's second-largest economy, Japan is also a key to Asian growth and stability. On the security side, our relationship is solid and growing stronger. And on economic issues, we are encouraging Tokyo to expand its program of deregulation, open its markets, and take other steps that will allow growth to resume at home.

On the Korean Peninsula, we have reason for optimism in the courageous and principled leadership of South Korean President Kim Dae Jung. But we also face a threat to peace and stability from the North.

With our Korean and Japanese allies, and China, we are discussing with North Korea the prospects for achieving a permanent end to tensions.

We are also engaged in direct talks with North Korea on ways to resolve our concerns regarding its suspicious underground construction activities at Kumchang-ni and its long-range missile development, deployment and exports.

There can be no improvement in our relations until our concerns about Kumchang-ni are resolved.

North Korea must also address our concerns about its missile program if it wishes to enjoy good relations with nations in its region and improve its standing in the world. Further, the Agreed Framework to freeze and dismantle North Korea's ability to produce fissile material must be implemented in good faith and by all sides--and we will need the help of Congress in ensuring that our own obligations to the Korean Peninsula Energy Development Organization are met.

Also in East Asia, we have continued our policy of principled and purposeful engagement with China.

During the past several years, this policy has yielded dividends for both our countries. For example, China has supported peace talks for the Korean Peninsula, and pressed India and Pakistan to adhere to nonproliferation norms. It has endorsed extension of the Nuclear Non-Proliferation Treaty, signed the Comprehensive Test Ban Treaty and become party to the Chemical Weapons Convention. And it has played a responsible role in the aftermath of the Asian financial crisis.

While in Beijing this past week, I stressed our continued commitment to working with the Chinese on issues of mutual concern.

I also made clear, however, that we still have sharp differences with China.

The most difficult topic in our meetings was human rights. The Chinese expressed unhappiness with our condemnations of recent unjustified arrests and trials and with our recently-released State Department Human Rights report.

I replied that we would continue to condemn human rights abuses and that every nation has an obligation to comply with international norms.

Let me stress that, in our relations with China, engagement is not endorsement. But we also believe that the best way to narrow those differences, and to make progress where our interests coincide, is through regular contacts and dialogue.

**B. Europe**

We will mark this year the tenth anniversary of the fall of the Berlin Wall and the birth of a new Europe--undivided, democratic and working together for peace.

With allies and partners, we are creating new institutions and adapting old ones to meet the challenges of the new era.

We are assisting Russia's government and civil society as it makes the slow and difficult transition to democracy and a true market economy. And we are working with Russia to pursue the many interests we have in common.

We have signed the U.S.-Baltic Charter with Estonia, Latvia and Lithuania, to show support for the freedom and security of those nations and for their efforts to join western institutions.

We are working to conclude negotiations on an adapted Treaty on Conventional Forces in Europe by the time of the OSCE Summit later this year.

We strongly support the expansion of the European Union (EU) into central and eastern Europe, and Turkey's desire to be part of that process.

We are working hard to ease tensions in the Aegean and continue to explore every opportunity for progress towards a settlement on Cyprus.

With the President's personal leadership, and invaluable help from former Senator George Mitchell, we have supported the people of Ireland in their desire to end terror and live in

peace.

And next month, here in Washington, we will meet with our allies to set the course for NATO's second fifty years.

The Washington Summit will be the largest diplomatic gathering at the head-of-state level in the history of our nation's capital. Together, we will affirm NATO's success in safeguarding freedom. We will formally welcome the three new nations which this week join our alliance--a step made possible by strong congressional support.

Together, we will recognize collective defense as the core mission of the Alliance; prepare to respond to the full range of threats the Alliance may face; further develop our partnerships with other European democracies; and coordinate our activities with key international institutions.

As we do so, we will bear in mind that although NATO stands tall, it does not stand alone. NATO and its partners, the OSCE, and the EU form the core of a broader system for protecting vital interests and promoting shared values. We learned in Bosnia earlier this decade that such a system is vital. We face a test now in Kosovo to see how effective the system we are developing can be under demanding and complex circumstances.

In recent weeks, we have hammered out a viable plan for autonomy and democracy in Kosovo through a proposed interim political settlement.

All indications are that the Kosovo Albanians will formally accept the agreement in the days ahead, because it is in their best interest to do so. And I am very grateful to Senator Dole for his help in working with the leaders of this community.

We have also continued to make it clear to Belgrade that the proposed interim agreement is the best deal it will get. And I am not without hope that President Milosevic will agree to what the international community has on offer.

We expect the parties to meet again with the negotiators on March 15. Meanwhile, we call upon both sides to refrain from acts of provocation and violence, and to respect fully the security of the Kosovo Verification Mission. Officials in Belgrade know that NATO's authority to use force, if necessary, remains in effect.

If a settlement is reached, the United States plans to participate with NATO and its partners in implementing it. There are compelling reason for this. Kosovo lies within the Balkans--where there is no natural boundary to conflict. A new explosion of fighting in Kosovo could expand into regional hostilities that could cause massive suffering, displace tens of thousands of people, undermine stability throughout South Central Europe and directly affect key allies.

I can also tell you, Mr. Chairman, that there is no chance that the Kosovar Albanians will sign on to this deal if the U.S. does not participate in its implementation. The President has made it clear that others must provide the lion's share of troops and assistance, and we have seen our allies step forward and offer to do just that.

In Bosnia, we remain deeply committed to full implementation of the Dayton Accords.

Success here will remove a major threat to European security and establish a model for inter-ethnic collaboration that is needed throughout the Balkans and around the world.

Since the peace accords were signed three years ago, enormous progress has been made, and we have been able to steadily reduce our military presence.

But the nation's bitter divisions are only partially healed. Important tasks remain. For example, an independent arbiter ruled last week that the strategically-important city of Brcko will belong to both Bosnian entities -- the Serb Republic and the Federation. Its government will be delegated to an internationally-supervised, democratically-elected, multi-ethnic body. Now that decision must be implemented in good faith by all sides.

In Bosnia and Kosovo, our European partners are sharing the work and contributing the bulk of the resources. But if the promise of Dayton is to be achieved, the United States must continue to help the people of Bosnia realize the benefits of peace. The President's budget ensures that we will.

**C. The Middle East**

In the Middle East, our primary objective remains a just, lasting, and comprehensive peace between Israel and its Arab neighbors.

Last month, this cause lost one of its great champions with the passing of Jordan's King Hussein. As Secretary of State, I knew King Hussein as an eloquent and deeply committed partisan of peace. I hope his death will inspire us all to even greater efforts.

In the months ahead, we will persist in our efforts to help the peace process move forward. We are in regular contact with Israeli and Palestinian leaders, encouraging them to focus on implementing the Wye River Memorandum.

In the Gulf, we will continue to work with our allies and friends, and within the United Nations Security Council, to confront the threats that the Iraqi regime's aggression and weapons of mass destruction (WMD) capability pose to Iraq's own people, its neighbors, the international community and our own vital interests.

In mid-December, we joined our British allies in a military operation that degraded Iraq's WMD capacity and its ability to threaten its neighbors. We have since continued to enforce the southern and northern No-Fly Zones and have repeatedly acted against Iraqi military assets in the zones that threaten our pilots and aircraft.

At the United Nations, we are working within the Security Council to develop a basis for resuming inspection and monitoring of Iraq's remaining WMD capabilities. We will insist that sanctions against the regime continue until Iraq meets its obligations, although we support easing the burdens on the Iraqi people through an enhanced oil-for-food program.

Our policy towards Iraq is to counter the threat Saddam Hussein poses to his people, his neighbors, our allies, and our interests in the region. We must and will persist in thwarting Iraq's potential for aggression. And we will support the Iraqi people's desire to reintegrate themselves into the international community and free themselves from a leader they do not want, do not deserve, and never chose.

Across the border from Iraq in Iran, there are signs of growing popular support for a society based on the rule of law and a more open approach to the world. We welcome that, though we are concerned that the Government of Iran continues to pursue policies--on proliferation, terrorism, and human rights--that violate international norms. And we stand ready for a dialogue in which both sides would be free to discuss all issues of concern.

This year we will also be watching the presidential campaign in Algeria, where free, open elections are critical to future stability. We urge all parties to shun radicalism and violence and carry out President Zeroual's stated commitment to economic and political liberalization.

**D. The Western Hemisphere**

The past year in our own hemisphere has been marked by sustained political progress and by economic uncertainty, but above all by a string of natural disasters from the Caribbean to Colombia.

This week, the President is in Central America, where I will join him later today, sending a message of American friendship and support for the hard work of rebuilding in the wake of Hurricane Mitch.

Although it is not within this subcommittee's jurisdiction, I hope you will support the President's request for emergency supplemental funds to help our neighbors plant crops, replace schools, reconstruct communities and resume normal lives.

An early and sustained recovery in Central America matters to us both for humanitarian reasons and because economic dislocations in that region could contribute to social conflict, illegal immigration and crime. We have a strong interest in helping Central America strengthen its democracies and provide a good life for its people at home. Sustained recovery means expanding trade and creating jobs. These are the goals of the enhanced Caribbean Basin Initiative legislation the Administration will soon submit and for which I seek your support.

Efforts to help our neighbors in time of need are a reflection of the flourishing partnership that has grown out of the Summit of the Americas process.

That process began in Miami in 1994 and gained momentum in Santiago last year. Its purpose is to build a hemispheric community based on shared interests and democratic values.

On the economic front, we have forged a commitment to growth and integration based on open markets, open books, better schools and broader participation. Already, we export more to the Americas than to any other part of the world. And the United States is firmly committed to achieving a Free Trade Area of the Americas by 2005.

We are also working closely with Brazil and other countries in the region to prevent the further spread of financial instability.

But at the heart of the Summit of the Americas process is a commitment to democracy.

In nations such as Venezuela and Peru, Paraguay and the Dominican Republic, we are helping democratic forces to assemble the nuts and bolts of lasting freedom.

In Colombia, we are supporting President Pastrana's efforts to end his nation's bloody civil conflict and secure a future of peace for his people. We condemn in the strongest possible terms the brutal murder last week of three Americans, apparently by Colombian guerrillas. We have called upon the government of Colombia to arrest those responsible and extradite them to the United States for trial.

In Haiti, a protracted political impasse has stalled economic reforms and led to the de facto dissolution of Parliament. The Haitian people deserve better. We understand that an agreement was reached earlier this week between President Preval and most of the opposition parties. We hope that this effort will begin to establish the basis for credible, inclusive elections, but at this point it is too early to tell.

Finally, in Cuba, we have taken a series of steps designed to help the Cuban people without strengthening their repressive and backward-looking rulers.

Our goal is to do what we can to help Cubans lay the groundwork for civil society and prepare for a peaceful transition to democratic rule. To this end, we are promoting a variety of people-to-people contacts which we believe will help promote such a transition. And we have sought to make it easier for the people of Cuba to be in touch with family and friends here in the United States; and easier for the Cuban-American community to help those who remain on the island.

**E. Africa**

The new century will demand from us a new approach to the vast and diverse African continent, where both exciting opportunities and grave dangers are present. Africa's potential as a participant in world trade has barely been tapped, and yet the United States already exports more to Africa than to the entire former Soviet Union. Moreover, we import almost as much oil from Africa as from the Middle East.

The good news is that dozens of countries are implementing political and economic reforms. Overall economic growth is a healthy 4.5%.

A majority of governments in sub-Saharan Africa were democratically elected. Last week, Nigeria moved to join the ranks by choosing its first elected President in fifteen years. The elections were far from perfect -- but, as foreign and domestic observers agreed, the people's choice was clear. We will support Nigeria's new government as it moves to make Africa's most populous country again one of its most influential and respected.

On the negative side, Africa is a major battleground in the global fight against disease, crime, drugs and terror -- as we were reminded by the shocking abduction and murder last week of Americans and other tourists by Hutu rebels in Uganda.

An array of immediate crises in Africa threatens the progress which has been made and demands our attention. We are actively engaged with regional leaders and the United Nations in efforts to end the senseless war in the Horn of Africa, salvage the peace process in Angola, achieve a lasting settlement in the Democratic Republic of Congo, find a

solution to the decades-long strife in Sudan, and help stop the brutal fighting in Sierra Leone.

It is vital, however, that we not allow immediate crises to cause us to neglect long-term goals. In Africa, as elsewhere, we can and must build relationships and forge institutions that will serve as the foundation for future progress.

Looking ahead, we know that progress towards stability, prosperity and democracy in Africa will be neither constant, nor universal, nor as swift as we would wish. But we owe it to those striving to build the new Africa, and to ourselves, to assist their efforts when and where we can, understanding that our strategies must be based less on the promise of short-term breakthroughs, and more on the potential for long-term results.

**II. MANAGING FOR THE TWENTY-FIRST CENTURY**

Mr. Chairman, with the bipartisan support of this Subcommittee, in Fiscal Year 1998 we broke the long and dangerous decline in funding to protect American interests abroad. This year, our request covers the new integrated foreign affairs agency. And the very modest program increase we propose is essential to respond to challenges and opportunities that directly affect the lives of our citizens.

We must recruit and retain talented people. We must enhance the training and technology they receive. Above all, we must upgrade the security of our overseas posts.

And to make progress in these areas, we need to make some well-chosen investments.

This year our request for State Department Operating funds is $2.928 billion. This reflects a small adjustment for inflation and roughly $40 million in program increases.

**A. Security and Infrastructure**

Mr. Chairman and members of the Subcommittee, our most fundamental duty is to safeguard our people, territory, allies and friends from the security challenges of this era. And as I know you agree, this includes the imperative of protecting America's diplomatic and other representatives abroad from the forces of international terror.

Last August, I had the sad honor of bringing back to U.S. soil the bodies of Americans who perished in the embassy bombing in Kenya.

As the Africa embassy bombings so tragically reminded us, the idea of a safe diplomatic post abroad is a thing of the past.

In the aftermath of the bombings, I established Accountability Review Boards, chaired by Admiral William Crowe, to investigate and recommend improved security systems and procedures. I received their report in January and will be submitting a formal response this spring.

As you probably know, Mr. Chairman, the Boards found that the security systems and procedures followed by the two embassies involved were in accord with State Department policy. In both cases the terrorists were kept from breaching the perimeter of the post. In

neither case did U.S. employees or members of the military breach their duty.

The Boards did, however, identify what they called "a collective failure" by the Executive and Legislative branches of our government, over the past decade, "to provide adequate resources to reduce the vulnerability of U.S. diplomatic missions."

Their report concluded that responsibility for this failure must be broadly shared, including by the Secretary of State; and I have accepted that. It reminds us all that no matter how much we care, no matter how much we do, we can always do more when the lives of our people are on the line.

The report cites some of the steps we have taken, particularly since August, to strengthen perimeter defense, increase security personnel and speed necessary construction and repairs.

It notes, as well, Congressional approval of the security-related emergency appropriation late last year. We were, and are, very grateful for your swift action on that essential measure.

And we hope the Subcommittee will resist the move, recently advanced in the Senate, to take back part of that emergency appropriation to fund an unrelated supplemental to respond to Hurricane Mitch, as deserving as that is on its own merits. This kind of "rob Peter to pay Paul" reasoning would be bad budgeting. And it would be bad policy as well -- for it is plainly wrong to pit the suffering of our neighbors to the south against the safety of our own people abroad.

The Crowe report goes on to recommend, and I concur, that we undertake a broader program that includes sustained funding for enhanced security and new construction reflecting the full range of terrorist threats.

The report also recommends -- and again I concur -- that the additional funds for security should not come at the expense of other major foreign affairs programs. This is a critical point. For it would make no sense to enhance the security of our people overseas, while at the same time depriving them of the resources they need to represent American interests effectively.

The State Department is determined to go forward with a comprehensive, multi-year program to upgrade security at all posts. The President's budget for Fiscal Year 2000, released last month, proposes the minimum amount required to move ahead with such a program.

First, it includes $268 million to fund the recurring costs of last year's emergency security appropriation: the funds required in FY 2000 to continue the jobs begun by the 1999 emergency appropriation. This covers such needs as local guard services, armored vehicles, security equipment, and other spending not addressed last fall. We expect such costs to run about $300 million annually in subsequent years.

Second, it includes $3 billion in advanced appropriations to begin a sustained, robust multi-year construction program for secure new embassies and consulates through 2005. FY 1999 emergency funds augmented by our FY 2000 request will allow for the full construction of five new embassies and site/design work on twelve additional posts.

Our utmost concern is ensuring that the Administration and Congress work together to establish a security construction program that is both sound and sustained.

In our part of the budget, an advanced appropriation request is rather extraordinary. But as the Crowe report emphasizes, we have a great deal of catching up to do. It would not be sound budgeting to leave the fate of such a program to piecemeal annual requests in the future, when attention may have shifted to crises other than these unacceptable vulnerabilities abroad.

Mr. Chairman, I feel strongly that in order to have a viable security upgrade program, we need a long-term commitment of resources. The President's request proposes that this be done by advanced appropriations. We have been able to work together on such arrangements in the past and I hope very much that we will able to do so in this case.

Earlier this month, the members of this Subcommittee questioned the adequacy of the Administration's FY 2000 request for embassy construction. The Administration has established a special White House group to work with the State Department on this matter. We need to fit the best program we can within the constraints of the budget.

Last month, President Clinton told the joint congressional leadership that he is looking forward to working together on this issue. Mr. Chairman, I look forward to working with you as part of that dialogue.

The Crowe report raised important policy issues that deserve urgent and thorough consideration. In making these judgments, I am pleased that we will be aided by a new Overseas Presence Advisory Panel, to be chaired by a prominent New York attorney, Lewis Kaden, and comprised of distinguished representatives from the private sector and government, including Admiral Crowe and Ambassador Felix Rohatyn.

The Panel will look at the level and type of our representation abroad, in light of the international security situation, resource constraints, and changes in technology and world politics. Its recommendations will be factored into our decisions on the size and composition of our overseas posts. We have asked the Panel to begin its work this month and conclude it this summer.

Let me add that our request today is not special pleading. America's diplomatic posts serve as the overseas platform for a broad range of our country's personnel, functions and interests -- from interdicting illegal narcotics to promoting agricultural exports to halting the spread of weapons of mass destruction.

Today, only a third of our civilian presence overseas consists of State Department employees; the fastest-growing contingent is law enforcement. Our posts host a constant flow of U.S. citizens who turn to our people for help on everything from business advice to travel tips to emergency medical aid. And they are open to foreign nationals who wish to come to our country as tourists or students or for business reasons.

In this age of advanced technology and suicide bombers, no one can guarantee perfect security. But our embassies represent America. They should not be easy targets for anyone. We owe our people and all who make use of our facilities the best security possible.

Members of the Subcommittee, in light of the embassy bombings last summer, it would be easy to overlook the non-security related infrastructure needs that are addressed in the FY 2000 request. For example, we still require resources for ongoing maintenance of our facilities and decent housing for our colleagues overseas.

Some of these needs can be met by the sale of existing property. But others cannot. This year's request reflects prudent planning to match our most immediate needs with scarce available resources.

**B. Y2K and Information Technology**

Mr. Chairman, we have spoken before about the State Department's need to employ 21st century information technology to meet 21st century challenges. But we are also focusing intently on the Y2K problem, so that our existing technology continues to function smoothly as we cross the threshold of the new century.

This issue concerns us at home and -- given the interdependence of world trade and travel, communication and information flows -- it concerns us abroad, as well. So I have made it a priority not only within the Department but in my discussions with foreign leaders.

The Department will be ready for Year 2000. And we are grateful for the emergency funding the Congress has approved to help us. It has helped energize our Y2K efforts, and the Administration has recognized our progress.

Our command and control telecommunications are already compliant. By the Administration deadline at the end of this month, 55 of our 59 mission-critical systems will be as well. And all systems will be compliant in time for the new millennium.

Meanwhile, we have taken concrete steps to keep our Y2K program on track, such as accelerating security clearances for Y2K experts. And we are working with the National Intelligence Council, our Chiefs of Mission abroad, and the Department of Defense, among others, in an effort to ensure that Y2K problems do not diminish America's security or prosperity.

With the funds received in FY 1997 and 1998 for information technology, we have focused domestically on upgrading our messaging, mainframe computer, and network systems. Overseas, we are replacing obsolete telephone systems and all radio systems used for emergency and evacuation purposes. And Department-wide, we are modernizing our e-mail capabilities and greatly expanding our use of the Internet.

Our request for FY 2000 will allow us to continue this progress, so that America's diplomats can take advantage of the same advances that have made our private sector the most productive in the world.

**C. Personnel and Training**

On the personnel front, Mr. Chairman, the Department is desperately short of people. We downsized during the 1990s by 11 percent, while handling additional crises and reporting requirements. We estimate that we are short more than 300 people, with one major consequence being in the area of training.

We have found, for example, that up to one-half of our personnel who took assignments abroad last year did so without the desired training. And almost half of our language-designated positions had to be filled with officers lacking the requisite language skills.

This is no reflection on the Department's Foreign Service, Civil Service, or foreign national employees. During the past year they have performed with skill and even heroism, under working conditions that are frequently difficult or dangerous, and where overwork is all too often the norm. I wish that every American had the opportunity to see them in action as I have -- for never have I been associated with a more professional or dedicated group of people.

But to maintain the highest standards of diplomatic representation in an era of unprecedented complexity, we must continue to emphasize the highest standards in recruiting, retaining, training and managing our personnel. We face severe competition for talent from the private sector. We must provide our employees the necessary support to retain the expertise America needs in its diplomatic service.

We are taking steps to deal with a significant increase in Civil Service retirements that looms on the horizon. We are actively recruiting information technology specialists and taking steps to stabilize our employment at FY 1997 levels. We are reaching out to the private sector for managerial talent and ideas.

And both here and abroad, we are constantly striving to improve our training -- so that the Department's men and women will be as comfortable surfing the web as consulting traditional "diplomatic sources," and feel as much at home in Lusaka or Bombay as in Louisville or the Bronx.

This Subcommittee has been supportive of our personnel efforts in prior years. I hope I can count on you as a partner this year as well.

**D. Border Security**

Mr. Chairman, we are continuing to put in place a comprehensive border security strategy to improve consular services and systems, now supported by the retention of Machine Readable Visa (MRV) fees.

Consular systems are America's first line of defense against the flow of international crime and terror across our borders. Our mandate is to screen out the few visa applicants who would break our laws or endanger our people, without hindering the millions of welcome visitors who enrich our lives and pump tens of billions of dollars into the U.S. economy every year.

Under Section 104 of the 1996 Illegal Immigration Reform and Immigrant Responsibility Act, we have now adjudicated nearly a quarter million cases. Nearly as many very secure MRV documents are now being used, in place of the old and easily forged cards, by people crossing our border with Mexico.

Card production by the Immigration and Naturalization Service was boosted dramatically by the opening of the facility in Corbin, Kentucky, and we are raising our issuances to match that new INS capacity.

Nevertheless, the statutory target of October 1, 2001 for completing this project is unlikely to be met without substantial further increases in the ability of INS to produce the cards. We work closely with INS to align our adjudications with their production capacity, but even with Corbin, the job is simply too large to finish by the deadline given us last year. We look forward to working with the INS and the Subcommittee to bring this project to a satisfactory conclusion.

And I want to thank the Subcommittee for having the foresight to extend, through Fiscal Year 2000, the legislation which allows the Department to retain MRV fees.

**E. Sale of Property**

With the Department of State managing an estimated $10 billion worth of U.S. Government-owned real property abroad, the sale of such selected properties is becoming an increasingly valuable source of funding for our foreign operations.

Our judgments in this area now benefit from the advice of a Real Property Advisory Board consisting of real estate executives. We now account for such sales as the Government Accounting Office has requested. Our Office of the Inspector General is independently identifying possible surplus property overseas. And a case study done at the Harvard Business School last year favorably compared our real estate disposal practices with those in the U.S. multinational private sector.

**F. Reorganization**

Mr. Chairman, our FY 2000 budget request reflects the integration of USIA and ACDA into the Department of State, as well as the strengthening of the State-USAID relationship. This historic reorganization places public diplomacy, arms control and nonproliferation, and sustainable development right where they belong -- at the center of our foreign policy.

For FY 2000, most of the funding in USIA's and ACDA's operating accounts is merged into State's Diplomatic and Consular Programs appropriation, with certain sums transferred to the Security and Maintenance of U.S. Missions and Representation accounts. The appropriation for Educational and Cultural Exchanges will remain separate, as at present.

On December 30, pursuant to the Foreign Affairs Reform and Restructuring Act, the President submitted a Plan and Report detailing how we intend to implement the reorganization. We appreciate the comments we have received from the Congress and elsewhere. The President may submit some revisions to the Plan within the 90-day period provided in the Act.

Our FY 2000 request includes over $210 million for educational and cultural exchanges -- a net increase of almost $10 million over the amount appropriated to USIA in FY 1999. This includes an increase of $8.5 million to enhance the Fulbright Exchange Program. The separate appropriation for educational and cultural affairs, and a separate internal budget allotment for international information activities, will help ensure that these public diplomacy efforts retain high priority.

We look forward to maintaining productive ties with the Broadcasting Board of Governors as it becomes a separate Executive Branch entity. We will respect the professional

independence and integrity of U.S. international broadcasting, even as it continues to play an essential foreign policy role and receives foreign policy guidance from the Secretary of State.

The integration of ACDA will facilitate the use of diplomatic tools to pursue vital international security goals. And the closer State-USAID relationship will enhance the cohesiveness of sustainable development, humanitarian and transition assistance programs with the rest of our foreign policy.

Mr. Chairman and members of the Subcommittee, the foreign affairs challenges of the 21st century demand a 21st century foreign policy apparatus. So I have made reorganization a personal priority -- holding town meetings on its progress with employees here and abroad, and consulting closely with relevant officials, including the heads of the affected agencies.

We are doing everything we can to ensure that, within the tight time constraints we face, the restructuring of our foreign affairs agencies is carried out both effectively and humanely. And we mean to succeed.

## III. LEADING THROUGH INTERNATIONAL ORGANIZATIONS

Mr. Chairman, many of the important goals I have mentioned cannot be accomplished by the United States alone -- or cannot be accomplished at a price we would wish to pay.

Only through cooperation and coalition, for example, can we share the costs and risks of ending wars and keeping the peace.

Only broad international action can shut down drug trafficking and deny safe havens to criminals and terrorists.

Only by working with others can we extend American leadership to all the places it is needed -- from ensuring aviation safety to improving child survival.

And only by participating fully in the work of international organizations -- particularly the United

Nations -- can the United States make use of all the possibilities for partnership in pursuit of shared goals.

### A. Contributions to International Organizations (CIO)

Mr. Chairman, we have been trying, it seems forever, to find a way to encourage further reform of the United Nations system while meeting America's obligation to pay our arrears to international organizations.

This stalemate has dragged on far too long. We need to stop treating the United Nations like a political football. We need a fresh start based on a bipartisan consensus that falls somewhere between those who have nothing but praise for the UN and those who would like nothing better than to bury it. Most Americans are in this mainstream.

With their backing in mind, we need an approach that is realistic, grounded in U.S.

interests, and based on a small number of constructive and pragmatic principles, of which I would offer four.

First, we should recognize that the United States has important interests in the work of the UN and other international organizations. These range from our security interest in UN peacekeeping and multilateral sanctions against Iraq and Libya; to our economic interest in the protection of intellectual property rights and fair worker standards; to our humanitarian interest in feeding children, fighting disease and caring for the world's refugees.

Second, we should be realistic in our demands and expectations of the UN. The UN provides no guarantee of global peace or prosperity. But in peacekeeping, development and other areas, it plays a vital role as catalyst and coordinator, and as a bridge spanning the gaps between the contributions of others.

Third, we must maintain pressure for reforms that will make the UN more effective. With help from the United States and other leading nations, the UN system has achieved more reform in the last half decade than in the previous 45 years. It is better led, more ably managed and far more disciplined that it was when I arrived in New York as our Permanent Representative to the UN in 1993. We should do all we can to see that this process of modernization and reform continues.

Finally, while insisting that others do the same, we must--as the President proposes in his budget--pay our bills. This is not just a question of dollars and cents. It is a matter of honor, of keeping our word. It is also a question of national interest because we will be far more influential--and far better able to spur further reform--within the UN system and other international organizations if we are meeting our obligations to them.

I thank you, Mr. Chairman, for your efforts and those of your colleagues to appropriate the full amount of President Clinton's request for arrearage payments for the current fiscal year.

I ask that you do the same for Fiscal Year 2000, which will bring us up to the full $1.021 billion of arrears payments foreseen by Congress and the Administration in the Balanced Budget Act of 1997.

More broadly, I ask your support for the entire CIO account for FY 2000. The President's request represents full funding of our obligations, subject to the requirements of U.S. law. By paying our dues in full, we can stay on the path to regaining the broadest influence in these bodies -- and avoid new arrears which would cause us even greater difficulties in years to come.

The CIO account funds forty-seven international organizations, many of which are affiliated with the United Nations. Their activities contribute in a material way to the safety and quality of life Americans enjoy.

The International Atomic Energy Agency (IAEA) helps protect Americans from the dangers of nuclear proliferation.

The World Health Organization (WHO) helps research, contain and prevent disease and health problems, keeping our own and other societies safer and stronger. For example, WHO works with USAID to slow the spread of HIV/AIDS, which is causing incalculable

human suffering and creating new obstacles to development in many countries, especially in Africa.

The Food and Agriculture Organization makes trade in agricultural products safer and more predictable, while its disease control programs protect American agriculture from massive potential losses.

The International Labor Organization promotes respect for human rights and core labor standards in workplaces all over the world. It is a crucial partner in America's fight to make sure that global trade is fair as well as free -- that it does not deprive workers of their rights, or put American workers at a disadvantage.

This account also funds several organizations I have mentioned earlier -- the North Atlantic Treaty Organization (NATO), the Organization of American States (OAS) and the World Trade Organization (WTO). They are fundamental to America's ability to protect our interests and promote our ideals -- and they are the best examples you could ask for of why this account is such a good investment for the American people.

**B. International Peacekeeping Activities (CIPA)**

I also ask your support for the President's request for $235 million for the CIPA Account.

Our CIPA request includes funds to pay our assessments for critical operations along Iraq's border with Kuwait, on the Golan Heights, and in Bosnia, to name three.

And our request reflects one of the greatest successes of UN reform efforts -- the new stress on discipline and planning in UN peacekeeping operations. The number of UN peacekeepers in the field -- and the corresponding U.S. financial obligations -- have declined by more than two-thirds during the last five years. And the Administration maintains a strong commitment to consult carefully with this Subcommittee when new operations are being considered.

Mr. Chairman, UN peacekeepers are serving in some of the toughest places on Earth -- such as Sierra Leone, Georgia and Tajikistan. They serve as a buffer between opposing forces in such strategic areas as Cyprus and Lebanon. And where possible, they are showing the way forward to demilitarization and reconciliation, as in Bosnia and Croatia.

They are doing a job that American forces alone should not have to do alone. By containing and resolving conflicts, easing the flow of refugees, and stabilizing fragile governments, UN peacekeepers contribute directly to America's interests around the world. They deserve our full support.

Both the CIO and CIPA accounts also fund our contributions to the War Crimes Tribunals for Yugoslavia and Rwanda. Both of those bodies play a critical role in seeing that justice is done for the victims of conflict and in deterring others tempted to pursue political ends by unspeakable means. Both have had important successes in the past year. And both have shown that they will be as important in the year ahead -- whether investigating atrocities in Kosovo or setting the record straight in Africa.

**IV. CONCLUSION**

Mr. Chairman, it costs money to counter modern terrorists; protect American jobs; cool regional disputes; aid child survival; and spread the gospel of freedom. But these costs do not begin to compare to the ones we would incur if we stood aside while conflicts raged, terrorists struck, democracies unraveled and weapons of mass destruction spread unhindered around the globe.

In the weeks and months ahead, I am sure that we will have differences over details. But I very much hope that we will have the support of every member of the Subcommittee for the fundamental objectives of this budget request.

I know that you will act with America's best interests in mind. I feel confident that when you do, you will bear in mind both the many challenges in our future and the best bipartisan traditions of our past. And I look forward to working with you to carry the best of those traditions into the century ahead.

Thank you.

[End of Document]

---

Return to the Secretary's Home Page. Return to the DOSFAN Home Page.
This is an official U.S. Government source for information on the WWW. Inclusion of non-U.S. Government links does not imply endorsement of contents.