# CONSULAR INFORMATION SHEET -- UZBEKISTAN

1. COUNTRY DESCRIPTION: UZBEKISTAN IS A NEWLY INDEPENDENT NATION IN THE MIDST OF PROFOUND POLITICAL AND ECONOMIC CHANGE. THE CAPITAL CITY IS TASHKENT. TOURIST FACILITIES ARE NOT HIGHLY DEVELOPED, AND MANY OF THE GOODS AND SERVICES TAKEN FOR GRANTED IN OTHER COUNTRIES ARE NOT YET AVAILABLE. INTERNAL TRAVEL AND TRAVEL TO OTHER NEW INDEPENDENT STATES (NIS), INCLUDING BOTH AIR AND LAND ROUTES, CAN BE ERRATIC AND DISRUPTED BY FUEL SHORTAGES, OVERCROWDING AND OTHER PROBLEMS.

2. ENTRY REQUIREMENTS: A PASSPORT AND VISA ARE REQUIRED. PRIVATE TRAVEL MUST BE ARRANGED IN ONE OF THREE WAYS: FIRST, THROUGH A TRAVEL AGENCY THAT HAS A RELATIONSHIP WITH UZBEKTOURISM; SECOND, VIA AN INVITATION FROM A LOCALLY REGISTERED FIRM OR ORGANIZATION REQUESTING VISA ISSUANCE THROUGH THE MINISTRY OF FOREIGN AFFAIRS; OR, THIRD, VIA AN INVITATION FROM AN UZBEK INDIVIDUAL REQUESTING VISA ISSUANCE THROUGH HIS/HER LOCAL OFFICE OF EXIT, ENTRY, AND CITIZENSHIP. ALL THREE METHODS MAY TAKE UP TO A MONTH TO PROCESS. VISAS ARE ISSUED AT UZBEKISTAN

EMBASSIES AND CONSULATES ABROAD. VISITORS COMING FROM COUNTRIES WHERE UZBEKISTAN DOES NOT HAVE DIPLOMATIC REPRESENTATION CAN OBTAIN VISAS UPON ARRIVAL AT TASHKENT AIRPORT, BUT ONLY THROUGH THE PRIOR ARRANGEMENT OF THE SPONSORING ORGANIZATION OR INDIVIDUAL. THE U.S. EMBASSY CANNOT ACT AS A SPONSOR FOR PRIVATE AMERICAN TRAVELERS.

NOTE: UZBEKISTAN DOES NOT HONOR THE 72-HOUR TRANSIT RULE A1LOWING TRAVELERS WITH OTHER NIS VISAS TO TRANSIT UZBEKISTAN. THE U.S. EMBASSY RECOMMENDS THAT ALL TRAVELERS, EVEN THOSE SIMPLY TRANSITING UZBEKISTAN FOR LESS THAT 72 HOURS, OBTAIN UZBEK VISAS BEFORE TRAVELING TO UZBEKISTAN.

TRAVELERS WITHOUT A PROPER VISA CANNOT REGISTER IN HOTELS AND WILL BE FINED AND REQUIRED TO LEAVE THE COUNTRY IMMEDIATELY. FURTHER VISA INFORMATION IS AVAILABLE AT THE EMBASSY OF THE REPUBLIC OF UZBEKISTAN, 1746 MASSACHUSETTS AVE., N.W., WASHINGTON, D.C. 20036; TELEPHONE (202) 887-5300, OR THE UZBEKISTAN CONSULATE,

866 UNITED NATIONS PLAZA, SUITE 327A, NEW YORK, N.Y. 10017; TELEPHONE (212) 754-6178 OR (212) 754-7403.

3. REGISTRATION REQUIREMENTS: ALL TRAVELERS PRESENT IN UZBEKISTAN FOR OVER THREE DAYS MUST REGISTER WITH THE OFFICE OF ENTRY, EXIT, AND CITIZENSHIP. HOTEL GUESTS ARE REGISTERED AUTOMATICALLY, BUT ALL OTHER TRAVELERS ARE RESPONSIBLE FOR REGISTERING THEMSELVES. VISITORS WITHOUT PROPER REGISTRATION ARE SUBJECT TO FINES AND POSSIBLE HARASSMENT BY LOCAL AUTHORITIES. VISITORS ARE REQUIRED TO CARRY A MEDICAL CERTIFICATE PROVING THEY ARE NOT HIV-INFECTED, BUT THIS REQUIREMENT IS ONLY SPORADICALLY ENFORCED.

4. SAFETY/SECURITY: DUE TO RECENT EVENTS, BOTH IN

UZBEKISTAN AND WORLDWIDE, VISITORS ARE REMINDED TO REMAIN VIGILANT WITH REGARD TO THEIR PERSONAL SAFETY. IN PARTICULAR, TRAVELERS SHOULD STRIVE TO MAINTAIN A LOW PROFILE, AVOID COMMERCIAL ESTABLISHMENTS THAT CATER TO WESTERNERS AND WHICH MIGHT BE TARGETS OF TERRORIST ATTACKS, AND MAINTAIN CLOSE CONTACT WITH THE U.S. EMBASSY FOR UPDATES ON THE SECURITY SITUATION.

5. CRIME INFORMATION: UZBEKISTAN HAS A LOW RATE OF VIOLENT CRIME, BUT COMMON STREET CRIME HAS INCREASED, ESPECIALLY AT NIGHT. IN URBAN AREAS, TRAVELERS ARE URGED TO TAKE THE SAME PRECAUTIONS AGAINST CRIME THAT THEY WOULD TAKE IN A LARGE AMERICAN CITY. THE LOSS OR THEFT ABROAD OF A U.S. PASSPORT SHOULD BE REPORTED IMMEDIATELY TO THE LOCAL POLICE AND THE NEAREST U.S. EMBASSY OR CONSULATE. U.S. CITIZENS CAN REFER TO THE DEPARTMENT OF STATE'S PAMPHLET "A SAFE TRIP ABROAD" FOR WAYS TO PROMOTE A MORE TROUBLE-FREE JOURNEY. THE PAMPHLET IS AVAILABLE BY MAIL FROM THE SUPERINTENDENT OF DOCUMENTS, U.S. GOVERNMENT PRINTING OFFICE, WASHINGTON, DC 20402, VIA THE INTERNET AT HTTP://WWW.ACCESS.GPO.GOV/SU-DOCS, OR VIA THE BUREAU OF CONSULAR AFFAIRS HOME PAGE AT HTTP://TRAVEL.STATE.GOV.

6. MEDICAL FACILITIES: MEDICAL CARE IN UZBEKISTAN IS BELOW WESTERN STANDARDS, WITH SEVERE SHORTAGES OF BASIC MEDICAL SUPPLIES, INCLUDING DISPOSABLE NEEDLES, ANESTHETICS, AND ANTIBIOTICS. ELDERLY TRAVELERS AND THOSE WITH EXISTING HEALTH PROBLEMS MAY BE AT PARTICULAR RISK DUE TO INADEQUATE MEDICAL FACILITIES.

MOST RESIDENT AMERICANS TRAVEL TO THE WEST FOR THEIR MEDICAL NEEDS; SERIOUS MEDICAL PROBLEMS REQUIRING HOSPITALIZATION AND/OR MEDICAL EVACUATION TO THE UNITED STATES CAN COST THOUSANDS OF DOLLARS OR MORE. DOCTORS AND HOSPITALS OFTEN EXPECT IMMEDIATE CASH PAYMENT FOR HEALTH SERVICES.

7. MEDICAL INSURANCE: U.S. MEDICAL INSURANCE IS NOT ALWAYS VALID OUTSIDE THE UNITED STATES. U.S. MEDICARE AND MEDICAID PROGRAMS DO NOT PROVIDE PAYMENT FOR MEDICAL SERVICES OUTSIDE THE UNITED STATES. UNINSURED TRAVELERS WHO REQUIRE MEDICAL CARE OVERSEAS MAY FACE EXTREME DIFFICULTIES. PLEASE CHECK WITH YOUR OWN INSURANCE COMPANY TO CONFIRM WHETHER YOUR POLICY APPLIES OVERSEAS, INCLUDING PROVISION FOR MEDICAL EVACUATION. PLEASE ASCERTAIN WHETHER PAYMENT WILL BE MADE TO THE OVERSEAS HOSPITAL OR DOCTOR OR WHETHER YOU WILL BE REIMBURSED LATER FOR EXPENSES THAT YOU INCUR. SOME INSURANCE POLICIES ALSO INCLUDE COVERAGE FOR PSYCHIATRIC TREATMENT AND FOR DISPOSITION OF REMAINS IN THE EVENT OF DEATH. USEFUL INFORMATION ON MEDICAL EMERGENCIES ABROAD, INCLUDING OVERSEAS INSURANCE PROGRAMS, IS PROVIDED IN THE DEPARTMENT OF STATE'S

BUREAU OF CONSULAR AFFAIRS BROCHURE "MEDICAL INFORMATION FOR AMERICANS TRAVELING ABROAD," AVAILABLE VIA THE BUREAU OF CONSULAR AFFAIRS HOME PAGE OR AUTOFAX: (202) 647-3000.

8. OTHER HEALTH INFORMATION: TRAVELERS ARE ADVISED TO

DRINK ONLY BOILED WATER, TO PEEL ALL FRUITS AND VEGETABLES, AND TO AVOID UNDERCOOKED MEAT. DUE TO INAPPROPRIATE SANITATION CONDITIONS, TRAVELERS SHOULD AVOID EATING DAIRY PRODUCTS AND MOST FOOD SOLD IN THE STREETS. INFORMATION ON VACCINATIONS AND OTHER HEALTH PRECAUTIONS MAY BE OBTAINED FROM THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S HOTLINE FOR INTERNATIONAL TRAVELERS AT 1-877-FYI-TRIP (1-877-394-8747); FAX 1-888-CDC-FAXX (1-888-232-3299), OR VIA THEIR INTERNET SITE AT HTTP://WWW.CDC.GOV.

9. TRAFFIC SAFETY AND ROAD CONDITIONS: WHILE IN A FOREIGN COUNTRY, U.S. CITIZENS MAY ENCOUNTER ROAD CONDITIONS THAT DIFFER SIGNIFICANTLY FROM THOSE IN THE UNITED STATES. THE INFORMATION BELOW CONCERNING

UZBEKISTAN IS PROVIDED FOR GENERAL REFERENCE ONLY, AND MAY NOT BE TOTALLY ACCURATE IN A PARTICULAR LOCATION OR CIRCUMSTANCE.

SAFETY OF PUBLIC TRANSPORTATION: GOOD
URBAN ROAD CONDITIONS/MAINTENANCE: POOR
RURAL ROAD CONDITIONS/MAINTENANCE: POOR
AVAILABILITY OF ROADSIDE ASSISTANCE: POOR

UZBEKISTAN HAS A DEVELOPED, BUT DETERIORATING TRAFFIC INFRASTRUCTURE. ALTHOUGH ROADS IN TASHKENT, THE CAPITAL, ARE RELATIVELY WELL-MAINTAINED, MANY ROADS OUTSIDE TASHKENT, AND PARTICULARLY THOSE IN THE TIEN SHAN AND FAN MOUNTAINS, ARE IN POOR CONDITION AND MAY BE PASSABLE ONLY BY FOUR-WHEEL DRIVE VEHICLES. DRIVING AT NIAHT CAN BE QUITE DANGEROUS, BECAUSE ONLY THE MAIN ROADS IN TASHKENT ARE LIT, AND RURAL ROADS AND HIGHWAYS GENERALLY ARE NOT ILLUMINATED. VISITORS ARE STRONGLY URGED TO AVOID DRIVING AT NIGHT OUTSIDE TASHKENT. LIVESTOCK, FARM EQUIPMENT, AND CARTS DRAWN BY ANIMALS ARE FOUND ON BOTH URBAN AND RURAL ROADS AT ANY HOUR. LOCAL DRIVERS ARE NOT FAMILIAR WITH SAFE DRIVING TECHNIQUES. PEDESTRIANS IN CITIES AND RURAL AREAS CROSS STREETS AT WILL, WITHOUT LOOKING FOR ONCOMING

TRAFFIC. UZBEKISTAN HAS A LARGE ROAD POLICE FORCE, WHICH FREQUENTLY STOPS DRIVERS FOR MINOR INFRACTIONS OR SIMPLE DOCUMENT CHECKS. FOREIGN DRIVERS MAY FACE HARASSMENT FROM ROAD POLICE, AMONG WHOM MINOR CORRUPTION IN THE FORM OF SOLICITATION OF BRIBES IS COMMONPLACE.
FOR SPECIFIC INFORMATION CONCERNING UZBEKISTAN DRIVER'S PERMITS, VEHICLE INSPECTION, ROAD TAX AND MANDATORY INSURANCE, PLEASE FAX YOUR QUESTION TO THE EMBASSY OF UZBEKISTAN IN WASHINGTON, D.C. AT (202) 293-9633 OR THE CONSULATE GENERAL OF UZBEKISTAN IN NEW YORK AT (212) 838-9812.

10. AVIATION SAFETY OVERSIGHT: THE U.S. FEDERAL AVIATION ADMINISTRATION (FAA) HAS ASSESSED THE GOVERNMENT OF UZBEKISTAN'S CIVIL AVIATION AUTHORITY AS CATEGORY ONE -- IN COMPLIANCE WITH INTERNATIONAL AVIATION SAFETY STANDARDS FOR OVERSIGHT OF UZBEKISTAN'S AIR CARRIER OPERATIONS. FOR FURTHER INFORMATION, TRAVELERS MAY CONTACT THE DEPARTMENT OF TRANSPORTATION

WITHIN THE U.S. AT 1-800-322-7873, OR VISIT THE FAA'S INTERNET WEBSITE AT HTTP://WWW.FAA.GOV/AVR/IASA.HTM. THE U.S. DEPARTMENT OF DEFENSE (DOD) SEPARATELY ASSESSES SOME FOREIGN AIR CARRIERS FOR SUITABILITY AS OFFICIAL PROVIDERS OF AIR SERVICES. FOR INFORMATION REGARDING THE DOD POLICY ON SPECIFIC CARRIERS, TRAVELERS MAY CONTACT THE PENTAGON AT TELEPHONE 1-703-697-7288.

11. CUSTOMS REGULATIONS: UZBEKISTAN CUSTOMS AUTHORITIES MAY ENFORCE STRICT REGULATIONS CONCERNING TEMPORARY IMPORT OR EXPORT OF ITEMS SUCH AS ARMAMENTS AND AMMUNITION, SPACE TECHNOLOGY, ENCRYPTION DEVICES, X-RAY AND ISOTOPE EQUIPMENT, NUCLEAR MATERIALS, POISONS, DRUGS, PRECIOUS AND SEMI-PRECIOUS METALS, NULLIFIED SECURITIES, PIECES OF ART AND ANTIQUES OF HISTORICAL VALUE. PLEASE CONTACT THE EMBASSY OF UZBEKISTAN IN WASHINGTON, D.C. OR THE CONSULATE GENERAL OF UZBEKISTAN IN NEW YORK FOR SPECIFIC INFORMATION REGARDING CUSTOMS REQUIREMENTS.

12. CRIMINAL PENALTIES: WHILE IN A FOREIGN COUNTRY, A U.S. CITIZEN IS SUBJECT TO THAT COUNTRY'S LAWS AND REGULATIONS, WHICH SOMETIMES DIFFER SIGNIFICANTLY FROM

THOSE IN THE UNITED STATES AND MAY NOT AFFORD THE PROTECTIONS AVAILABLE TO THE INDIVIDUAL UNDER U.S. LAW. PENALTIES FOR BREAKING THE LAW CAN BE MORE SEVERE THAN IN THE UNITED STATES FOR SIMILAR OFFENSES. PERSONS VIOLATING UZBEKISTAN'S LAWS, EVEN UNKNOWINGLY, MAY BE EXPELLED.

13. CURRENCY INFORMATION: MOST TRANSACTIONS ARE CONDUCTED ON A CASH-ONLY, LOCAL CURRENCY (SOM) BASIS. CREDIT CARDS ARE ACCEPTED ONLY AT THE MAIN HOTELS AND A FEW SHOPS AND RESTAURANTS; TRAVELER'S CHECKS CAN BE CASHED ONLY INTO LOCAL CURRENCY AT THE NATIONAL BANK OF UZBEKISTAN. TRAVELERS MAY WISH TO BRING SUFFICIENT DOLLARS TO EXCHANGE INTO LOCAL CURRENCY TO COVER THEIR EXPENSES. IMPORTATION OF CURRENCY EXCEEDING U.S. $10,000 IS SUBJECT TO A 1& DUTY. FOREIGNERS MUST FILL OUT A CUSTOMS DECLARATION UPON ENTERING UZBEKISTAN AND MAY FACE FINES UPON DEPARTURE, IF UNABLE TO PRODUCE CERTIFICATES VERIFYING LEGAL CONVERSION OF FOREIGN CURRENCY.

OLD U.S. DOLLAR BILLS (PRIOR TO 1990), OR THOSE IN POOR CONDITION (WITH TEARS, WRITING, OR STAMPS), ARE NOT ACCEPTABLE FORMS OF CURRENCY IN UZBEKISTAN. ALTHOUGH PAYMENT IN U.S. DOLLARS IS REQUIRED FOR CERTAIN HOTEL CHARGES, PLANE TICKETS, AND VISA FEES, OTHER DOLLAR TRANSACTIONS, AS WELL AS BLACK MARKET CURRENCY EXCHANGES, ARE PROHIBITED.

14. Y2K INFORMATION: U.S. CITIZENS CONTEMPLATING TRAVELING OR RESIDING ABROAD IN LATE 1999 OR EARLY 2000 SHOULD BE AWARE OF POTENTIAL DIFFICULTIES. THEY MAY WISH TO CONSIDER TAKING PRACTICAL PRECAUTIONS AGAINST POSSIBLE DISRUPTIONS OF SERVICES TRIGGERED BY THE Y2K COMPUTER PHENOMENON. PLEASE MONITOR THE HOME PAGE OF

Case 1:05-cv-01245-EJD Document 8-6 Filed 04/07/2006 Page 5 of 17

THE BUREAU OF CONSULAR AFFAIRS FOR UPDATES ON Y2K ISSUES, AT HTTP://TRAVEL.STATE.GOV/Y2KCA.HTML.

15. CHILDREN'S ISSUES: FOR INFORMATION ON INTERNATIONAL ADOPTION OF CHILDREN, INTERNATIONAL PARENTAL CHILD ABDUCTION, AND INTERNATIONAL CHILD SUPPORT ENFORCEMENT ISSUES, PLEASE REFER TO OUR INTERNET SITE AT HTTP://TRAVEL.STATE.GOV/CHILDREN'SISSUES.HTML OR TELEPHONE (202) 736-7000.

16. REGISTRATION/EMBASSY LOCATION: AMERICANS ARE ENCOURAGED TO REGISTER AT THE CONSULAR SECTION OF THE U.S. EMBASSY AND OBTAIN UPDATED INFORMATION ON TRAVEL AND SECURITY IN UZBEKISTAN. THE U.S. EMBASSY IN TASHKENT IS AT ULITSA CHILANZARSKAYA, 82. THE MAIN EMBASSY TELEPHONE NUMBER IS (998 71) 120-5450, FAX (998 71) 120-6335; THE CONSULAR SECTION'S DIRECT LINE IS (998 71) 120-5444. CURRENT INFORMATION MAY ALSO BE OBTAINED FROM THE U.S. EMBASSY WEBSITE AT: HTTP://WWW.USIS.UZ/WWWHCON.HTM.

17. THIS REPLACES THE CONSULAR INFORMATION SHEET DATED JANUARY 30, 1998 TO UPDATE SECTIONS ON SECURITY AND SAFETY, REGISTRATION/EMBASSY LOCATION AND CURRENCY INFORMATION, AND TO ADD INFORMATION ON Y2K AND CHILDREN'S ISSUES.

18. DEPARTMENT OF STATE TRAVEL INFORMATION PUBLICATIONS ARE AVAILABLE AT INTERNET ADDRESS: HTTP://TRAVEL.STATE.GOV

TRAVELERS MAY HEAR RECORDED INFORMATION BY CALLING THE DEPARTMENT AT 202-647-5225 FROM A TOUCH-TONE TELEPHONE, OR RECEIVE INFORMATION BY AUTOFAX AT 202-647-3000.

**Uzbekistan**
Consular Information Sheet, February 11, 2000

***PUBLIC ANNOUNCEMENT***

**COUNTRY DESCRIPTION:** Uzbekistan is a newly independent nation in the midst of profound political and economic change. Tourist facilities are not highly developed and many of the goods and services taken for granted in other countries are not yet available. Internal travel and travel to other New Independent States (NIS), including both air and land routes, can be erratic and disrupted by fuel shortages, overcrowding and other problems.

**ENTRY REQUIREMENTS:** A passport and visa are required; official invitations from a sponsoring organization or individual are no longer required for American citizens. Visas are issued at Uzbek embassies and consulates abroad. Visitors coming from countries where Uzbekistan does not have diplomatic representation should obtain visas in a third country. Visas are issued at the airport only as a rare exception and only through prior arrangement with the Ministry of Foreign Affairs at least four business days before arrival.

**NOTE:** Uzbekistan has suspended the 72-hour transit rule that allowed travelers with other Commonwealth of Independent States' visas to transit Uzbekistan. All travelers, even those simply transiting Uzbekistan for less than 72 hours, must obtain an Uzbek visa before traveling to Uzbekistan.

Further visa information is available at the Embassy of the Republic of Uzbekistan, 1746 Massachusetts Ave., NW, Washington, D.C. 20036; telephone (202) 887-5300; http://www.uzbekistan.org/; or the Uzbekistan Consulate, 866 United Nations Plaza, Suite 327A, New York, NY 10017; telephone (212) 754-6178 or (212) 754-7403; http://www.uzbekconsul.org/.

**REGISTRATION REQUIREMENTS:** All travelers present in Uzbekistan for over three days must register with the Office of Entry, Exit, and Citizenship. Hotel guests are registered automatically, but all other travelers are responsible for registering themselves. Visitors without proper registration are subject to fines and possible harassment by local authorities. Visitors are required to carry a medical certificate proving they are not HIV-infected, but this requirement is only sporadically enforced.

**SAFETY/SECURITY:** Due to recent events, both in Uzbekistan and worldwide, visitors are reminded to remain vigilant with regard to their personal safety. In particular, travelers should strive to maintain a low profile, avoid commercial establishments that cater to Westerners and which might be targets of terrorist attacks, and maintain close contact with the U.S. Embassy for updates on the security situation.

**CRIME INFORMATION:** Uzbekistan has a low rate of violent crime, but common street crime has increased, especially at night. In urban areas, travelers are urged to take the same precautions against crime that they would take in a large American city. The loss or theft abroad of a U.S. passport should be reported immediately to the local police and the nearest U.S.

Embassy or Consulate. U.S. citizens can refer to the Department of State's pamphlet "A Safe Trip Abroad" for ways to promote a more trouble-free journey. The pamphlet is available by mail from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402, via the Internet at http://www.access.gpo.gov/su_docs, or via the Bureau of Consular Affairs home page at http://travel.state.gov/.

**MEDICAL FACILITIES:** Medical care in Uzbekistan is below Western standards, with severe shortages of basic medical supplies, including disposable needles, anesthetics, and antibiotics. Elderly travelers and those with existing health problems may be at particular risk due to inadequate medical facilities. Most resident Americans travel to the West for their medical needs; serious medical problems requiring hospitalization and/or medical evacuation to the United States can cost thousands of dollars or more. Doctors and hospitals often expect immediate cash payment for health services.

**MEDICAL INSURANCE:** U.S. medical insurance is not always valid outside the United States. U.S. Medicare and Medicaid programs do not provide payment for medical services outside the United States. Uninsured travelers who require medical care overseas may face extreme difficulties. Check with your own insurance company to confirm whether your policy applies overseas, including provision for medical evacuation. Ascertain whether payment will be made to the overseas hospital or doctor or whether you will be reimbursed later for expenses that you incur. Some insurance policies also include coverage for psychiatric treatment and for disposition of remains in the event of death. Useful information on medical emergencies abroad, including overseas insurance programs, is provided in the Department of State's Bureau of Consular Affairs brochure "Medical Information for Americans Traveling Abroad," available via the Bureau of Consular Affairs home page or autofax: (202) 647-3000.

**OTHER HEALTH INFORMATION:** Travelers are advised to drink only boiled water, peel all fruits and vegetables, and avoid undercooked meat. Due to inappropriate sanitation conditions, travelers should avoid eating dairy products and most food sold in the streets. Information on vaccinations and other health precautions may be obtained from the Centers for Disease Control and Prevention's hotline for international travelers at 1-877-FYI-TRIP (1-877-394-8747); fax 1-888-CDC-FAXX (1-888-232-3299), or via their Internet site at http://www.cdc.gov/.

**TRAFFIC SAFETY AND ROAD CONDITIONS:** While in a foreign country, U.S. citizens may encounter road conditions that differ significantly from those in the United States. The information below concerning Uzbekistan is provided for general reference only, and may not be totally accurate in a particular location or circumstance.

```
Safety of Public Transportation:        Good
```

```
Urban Road Conditions/Maintenance:       Poor
Rural Road Conditions/Maintenance:       Poor
Availability of Roadside Assistance:     Poor
```

Uzbekistan has a developed but deteriorating traffic infrastructure. Although roads in Tashkent, the capital, are relatively well-maintained, many roads outside Tashkent and particularly those in the Tien Shan and Fan Mountains are in poor condition and may be passable only by four-wheel drive vehicles. Driving at night can be quite dangerous, as only the main roads in Tashkent are lit and rural roads and highways generally are not illuminated. Visitors are strongly urged to avoid driving at night outside of Tashkent. Livestock, farm equipment, and carts drawn by animals are found on both urban and rural roads at any hour. Local drivers are not familiar with safe driving techniques. Pedestrians in cities and rural areas cross streets at will, without looking for oncoming traffic. Uzbekistan has a large road police force, which frequently stops drivers for minor infractions or simple document checks. Foreign drivers may face harassment from road police, among whom minor corruption in the form of solicitation of bribes is commonplace.

For specific information concerning Uzbekistan driver's permits, vehicle inspection, road tax and mandatory insurance fax your question to the Uzbek Embassy in Washington, DC at (202) 293-9633 or the Consulate General in New York at (212) 838-9812.

**AVIATION SAFETY OVERSIGHT:** The U.S. Federal Aviation Administration (FAA) has assessed the Government of Uzbekistan's Civil Aviation Authority as Category One -- in compliance with international aviation safety standards for oversight of Uzbekistan's air carrier operations. For further information, travelers may contact the Department of Transportation within the U.S. at 1-800-322-7873, or visit the FAA's Internet website at http://www.faa.gov/avr/iasa/index.htm. The U.S. Department of Defense (DOD) separately assesses some foreign air carriers for suitability as official providers of air services. For information regarding the DOD policy on specific carriers, travelers may contact DOD at 618-256-4801.

**CUSTOMS REGULATIONS:** Uzbekistan customs authorities may enforce strict regulations concerning temporary import or export from Uzbekistan of items such as armaments and ammunition, space technology, encryption devices, X-ray and isotope equipment, nuclear materials, poisons, drugs, precious and semi-precious metals, nullified securities, pieces of art and antiques of historical value. It is advisable to contact the Embassy of Uzbekistan in Washington or the consulate in New York for specific information regarding customs requirements.

**CRIMINAL PENALTIES:** While in a foreign country, a U.S. citizen is subject to that country's laws and regulations, which sometimes differ significantly from those in the United States and may not afford the protections available to the individual under U.S. law. Penalties for breaking the law can be more severe than in the United States for similar offenses. Persons violating Uzbekistan laws, even unknowingly, may be expelled.

**SPECIAL CIRCUMSTANCES:** Most transactions are conducted on a cash-only, local currency (som) basis. Credit cards are accepted only at the main hotels and a few shops and restaurants; traveler's checks can be cashed only into som at the National Bank of Uzbekistan. Travelers may wish to bring sufficient dollars to exchange into som to cover their expenses. Importation of currency exceeding U.S. $10,000 is subject to a 1% duty. Foreigners must fill out a customs declaration upon entering Uzbekistan and may face fines upon departure if unable to produce certificates verifying legal conversion of foreign currency.

Old U.S. dollar bills (prior to 1990), those in poor condition (with tears, writing, or stamps), are not acceptable forms of currency in Uzbekistan. Although payment in U.S. dollars is required for certain hotel charges, plane tickets, and visa fees, other dollar transactions, as well as black market currency exchanges, are prohibited.

**CHILDREN'S ISSUES:** For information on international adoption of children and international parental child abduction please refer to our Internet site at http://travel.state.gov/children's_issues.html or telephone (202) 736-7000.

**REGISTRATION/EMBASSY LOCATION:** Americans are encouraged to register at the consular section of the U.S. Embassy and obtain updated information on travel and security in Uzbekistan. The U.S. Embassy in Tashkent, is located at Ulitsa Chilanzarskaya, 82. The main Embassy telephone number is (998 71) 120-5450, fax (998 71) 120 6335; the Consular Section's direct line is (998 71) 120-5444. Current information may also be obtained from the Embassy web site at: http://www.usis.uz/wwwhcon.htm.

This replaces the Consular Information Sheet dated September 14, 1999, to update the section on Entry Requirements and delete Y2K information.

Consular Information Sheets and Travel Warnings

Friday April 7, 2006

# Travel Warning

United States Department of State
*Bureau of Consular Affairs*
*Washington, DC 20520*

---

*This information is current as of today, Fri Apr 07 12:56:30 2006.*

## UZBEKISTAN

**July 01, 2005**

This Travel Warning is being issued to remind U.S. citizens that, despite the Department of State's decision to end authorized departure for non-emergency personnel and eligible family members, the potential for terrorist actions in Uzbekistan still exists. This Travel Warning updates the Travel Warning of June 2, 2005.

The U.S. Embassy in Tashkent is no longer on authorized departure status for non-emergency personnel and all eligible family members; however, the United States Government continues to receive information that indicates that terrorist groups may be planning future attacks, possibly against U.S. interests, in Uzbekistan.

Supporters of terrorist groups such as the Islamic Movement of Uzbekistan, Al-Qaida, the Islamic Jihad Union, and the Eastern Turkistan Islamic Movement are active in the region. Members of these groups have expressed anti-U.S. sentiments and have attacked U.S. Government interests in the past, including the U.S. Embassy in Tashkent, and may attempt to target U.S. Government or private interests in Uzbekistan. The Department of State urges Americans in Uzbekistan to exercise extreme caution, including avoiding large crowds, celebrations, and places where Westerners generally congregate. In the past, these groups have been known to conduct kidnappings, assassinations and suicide bombings.

Uzbekistan experienced a wave of terrorist violence in 2004. Three suicide bombings occurred in July 2004 in Tashkent, including one outside the U.S. Embassy. Other targets included the Israeli Embassy and the Uzbekistan Prosecutor General's Office. The Islamic Jihad Union released a statement claiming responsibility for these attacks.

Multiple attacks also occurred in Tashkent and Bukhara in late March and early April 2004. These attacks used suicide bombers, mainly focused at police and Uzbek private and commercial facilities. In late July, approximately 15 people pled guilty in an Uzbekistan court to charges related to the attacks. The Islamic Jihad Union also claimed responsibility for these operations.

In 2003, the U.S. Embassy received information indicating that terrorist groups had planned attacks against hotels in Uzbekistan frequented by Westerners, as well as against other institutions affiliated with or representing foreign interests.

Terrorist groups do not distinguish between official and civilian targets. As security is increased at official U.S. facilities, terrorists and their sympathizers seek softer targets. These may include facilities where Americans and other foreigners congregate or visit, such as residential areas, clubs, restaurants, places of worship, schools, hotels, outdoor recreation events, and resorts.

In addition, on May 13, armed militants apparently stormed a local prison, released its prisoners, and then took control of the regional administration and other government buildings in the Andijon province. By the end of the day fighting broke out between government forces and the militants. There were reports indicating that several hundred civilians died in the ensuing violence. There were no reports of U.S. citizens who were affected by these events.

The U.S. Embassy in Tashkent continues to employ heightened security precautions. U.S. citizens should report any unusual activity to local authorities and then inform the Embassy.

The Uzbek Government maintains travel restrictions on large parts of the Surkhandarya province bordering Afghanistan, including the border city of Termez. Foreign citizens intending to travel to this region must obtain a special permission card from the Ministry of Foreign Affairs, the Ministry of Internal Affairs or Uzbek embassies and consulates abroad.

Americans traveling to or remaining in Uzbekistan despite this Travel Warning are strongly urged to register with the nearest U.S. Embassy or Consulate through the State Department's travel registration website, https://travelregistration.state.gov, and to obtain updated information on travel and security within Uzbekistan. Americans without Internet access may register directly with the nearest U.S. Embassy or Consulate. The U.S. Embassy in Tashkent may close temporarily for general business from time to time to review its security posture. The U.S. Embassy in Uzbekistan is located at 82 Chilanzarskaya St., Tashkent, Uzbekistan 700115. The telephone number is 998-71-120-5450. The fax number is 998-71-120-6335. The website is http://www.usembassy.uz.

Travelers should also consult the Department of State's latest Consular Information Sheet for Uzbekistan, the Central Asia Regional Public Announcement, and Worldwide Caution Public Announcement at http://travel.state.gov. American citizens may also obtain up-to-date information on security conditions by calling 1-888-407-4747 toll-free in the United States or Canada, and 202-501-4444 from overseas.

FIRSTGOV

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not beconstrued as an endorsement of the views contained therein. Copyright Information Disclaimers

Friday April 7, 2006

U.S. Department of State
*Bureau of Consular Affairs*
*Washington, DC 20520*

# Consular Information Sheet

---

Please click on this link to read important information you should see **before** you travel abroad

*This information is current as of today, Fri Apr 07 12:57:18 2006.*

## *Uzbekistan*

Americans planning travel to *Uzbekistan* should read International Adoption Uzbekistan , International Parental Child Abduction Uzbekistan, Travel Warning for Uzbekistan available on the Department of State web site at http://travel.state.gov

**September 16, 2005**

**COUNTRY DESCRIPTION:** Uzbekistan is a relatively newly independent country in the midst of profound political and economic change. Tourist facilities are not highly developed, and many of the goods and services taken for granted in other countries are not yet available. Read the Department of State Background Notes on Uzbekistan for further information

**ENTRY/EXIT REQUIREMENTS:** A passport and visa are required; official invitations from a sponsoring organization or individual are no longer required for American citizens applying for short-term visas. Visas are issued by Uzbek embassies and consulates abroad. Visitors coming from countries where Uzbekistan does not have diplomatic or consular representation should obtain visas in a third country. Visas are not available upon arrival at any Uzbek airport.

Importantly, Uzbek visas indicate not only the validity of the visa, but also the period of time a person is allowed to stay in Uzbekistan on a given trip. Although Uzbek visas given to private American citizens are generally valid for four years with multiple entries, a visitor will have to leave the country after the number of days indicated as the duration of stay on the visa. Therefore, it is important to indicate your intended period of stay when applying for your Uzbek visa.

Further visa information is available at the Consular Section of the Embassy of the Republic of Uzbekistan, 1746 Massachusetts Ave., NW, Washington, D.C. 20036; telephone: (202) 530-7291; fax: (202) 293-9633; website: http://www.uzbekistan.org; or at the Consulate General of Uzbekistan in NYC, 866 United Nations Plaza, Suite 327A, New York, NY 10017; telephone: (212) 754-7403; fax: (212) 838-9812; website: http://www.uzbekconsulny.org

All travelers, even those simply transiting Uzbekistan for less than 72 hours, must obtain an Uzbek visa before traveling to Uzbekistan. Uzbekistan has suspended the 72-hour transit rule that allowed travelers with visas from other members of the Commonwealth of Independent States to transit Uzbekistan without an Uzbek visa.

Travel within Uzbekistan by rail or land sometimes requires brief exit into neighboring countries.

Travelers should have multiple entry Uzbek visas and a proper visa for the neighboring country in order to avoid delays in travel. Please keep in mind that the border between Afghanistan and Uzbekistan remains closed to all but official traffic.

The Uzbek Government maintains travel restrictions on large parts of the Surkhandarya Oblast region bordering Afghanistan, including the border city of Termez. Foreign citizens intending to travel to this region must obtain a special permission card from the Ministry of Foreign Affairs, the Ministry of Internal Affairs or Uzbek embassies and consulates abroad.

Registration after Entry: All travelers present in Uzbekistan for more than three days must register with the Office of Entry, Exit, and Citizenship. Hotel guests are registered automatically, but all other travelers are responsible for registering themselves. Registration fees vary depending on length of stay. See http://www.usembassy.uz/consular for more information. Visitors without proper registration are subject to fines and possible harassment by local authorities. Uzbek law mandates that visitors carry a medical certificate attesting that they are not infected with HIV. For more information, see the Department of State's " Human Immunodeficiency Virus (HIV) Testing Requirements for Entry into Foreign Countries" at http://www.travel.state.gov/Publications/HIVtestingreqs.html .

See our Foreign Entry Requirements brochure for more information on Uzbekistan and other countries. Visit the Embassy of Uzbekistan web site at http://www.uzbekistan.org for the most current visa information.

Read our information on dual nationality and the prevention of international child abduction. Link to Customs Information.

**SAFETY AND SECURITY:** Supporters of terrorist groups such as the Islamic Movement of Uzbekistan, Al-Qaida, the Islamic Jihad Union, and the Eastern Turkistan Islamic Movement are active in the region. Members of these groups have expressed anti-U.S. sentiments and have attacked U.S. Government interests in the past, including the U.S. Embassy in Tashkent, and may attempt to target U.S. Government or private interests in Uzbekistan. The Department of State urges Americans in Uzbekistan to exercise extreme caution, including avoiding large crowds, celebrations, and places where Westerners generally congregate. In the past, these groups have been known to conduct kidnappings, assassinations and suicide bombings.

In May 2005, the U.S. Embassy went on authorized departure status for non-emergency personnel and family members because of the possibility of imminent terrorist attacks against U.S. interests in Uzbekistan. This departure status was lifted in July. The U.S. Embassy in Tashkent continues to employ heightened security precautions. U.S. citizens should report any unusual activity to local authorities and then inform the Embassy.

Uzbekistan experienced a wave of terrorist violence in 2004. Three suicide bombings occurred in July 2004 in Tashkent, including one outside the U.S. Embassy. Other targets included the Israeli Embassy and the Uzbekistan Prosecutor General's Office. The Islamic Jihad Union released a statement claiming responsibility for these attacks.

Multiple attacks also occurred in Tashkent and Bukhara in late March and early April 2004. These attacks used suicide bombers, mainly focused at police and Uzbek private and commercial facilities. In late July, approximately 15 people pled guilty in an Uzbekistan court to charges related to the attacks. The Islamic Jihad Union also claimed responsibility for these operations.

In 2003, the U.S. Embassy received information indicating that terrorist groups had planned attacks against hotels in Uzbekistan frequented by Westerners, as well as against other institutions affiliated

with or representing foreign interests.

Terrorist groups do not distinguish between official and civilian targets. As security is increased at official U.S. facilities, terrorists and their sympathizers seek softer targets. These may include facilities where Americans and other foreigners congregate or visit, such as residential areas, clubs, restaurants, places of worship, schools, hotels, outdoor recreation events, and resorts.

In addition, on May 13, armed militants apparently stormed a local prison, released its prisoners, and then took control of the regional administration and other government buildings in the Andijon province. By the end of the day fighting broke out between government forces and the militants. There were reports indicating that several hundred civilians died in the ensuing violence. There were no reports of U.S. citizens who were affected by these events.

Depending upon security conditions, travelers can expect restricted personal movement, including the closing of roads to traffic, and frequent document, vehicle, and personal identification checks should be anticipated. The Uzbek Government has intermittently restricted travel to certain parts of the country in response to security concerns.

Uzbekistan is an earthquake-prone country. General information about natural disaster preparedness is available via the Internet from the U.S. Federal Emergency Management Agency (FEMA) at http://www.fema.gov/.

For the latest security information, Americans traveling abroad should regularly monitor the Department's Internet web site at http://travel.state.gov where the current Worldwide Caution Public Announcement, Travel Warnings and Public Announcements can be found.

Up-to-date information on safety and security can also be obtained by calling 1-888-407-4747 toll free in the U.S., or for callers outside the U.S. and Canada, a regular toll-line at 1-202-501-4444. These numbers are available from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday (except U.S. federal holidays).

The Department of State urges American citizens to take responsibility for their own personal security while traveling overseas. For general information about appropriate measures travelers can take to protect themselves in an overseas environment, see the Department of State's pamphlet A Safe Trip Abroad.

**CRIME:** Uzbekistan's rate of violent crime, including against foreigners, has increased recently. In urban areas, travelers are urged to take the same precautions against crime that they would take in a large American city. If you are traveling at night, please travel in groups, maintain a low profile and do not display large amounts of cash.

Although using private cars as taxicabs is a common practice in Uzbekistan, Americans, especially women, should not consider this a safe practice. Americans are encouraged to use clearly marked taxicabs, such as those at hotels. Also, Americans should avoid riding in taxis alone.

**INFORMATION FOR VICTIMS OF CRIME:** The loss or theft abroad of a U.S. passport should be reported immediately to the local police and the nearest U.S. Embassy or Consulate. If you are the victim of a crime while overseas, in addition to reporting the crime to local police, please contact the nearest U.S. Embassy or Consulate for assistance. The Embassy/Consulate staff can, for example, help you find appropriate medical care, or contact family members or friends, and explain how funds could be transferred. Although the investigation and prosecution of the crime is solely the responsibility of local authorities, consular officers can help you to understand the local criminal justice process and to find an attorney if needed.

See our information on victims of crime at
http://travel.state.gov/travel/tips/emergencies/emergencies_1748.html.

**MEDICAL FACILITIES AND HEALTH INFORMATION:** Medical care in Uzbekistan is below Western standards, with severe shortages of basic medical supplies, including disposable needles, anesthetics, and antibiotics. Elderly travelers and those with pre-existing health problems may be at particular risk due to inadequate medical facilities. Most resident Americans travel to North America or Western Europe for their medical needs.

Travelers are advised to drink only boiled water, peel all fruits and vegetables, and avoid undercooked meat. Due to inadequate sanitation conditions, travelers should avoid eating unpasteurized dairy products and most food sold in the streets.

Information on vaccinations and other health precautions, such as safe food and water precautions and insect bite protection, may be obtained from the Centers for Disease Control and Prevention's hotline for international travelers at 1-877-FYI-TRIP (1-877-394-8747) or via the CDC's Internet site at http://www.cdc.gov/travel. For information about outbreaks of infectious diseases abroad consult the World Health Organization's (WHO) website at http://www.who.int/en. Further health information for travelers is available at http://www.who.int/ith.

**MEDICAL INSURANCE:** The Department of State strongly urges Americans to consult with their medical insurance company prior to traveling abroad to confirm whether their policy applies overseas and whether it will cover emergency expenses such as a medical evacuation. Please see our information on medical insurance overseas.

**TRAFFIC SAFETY AND ROAD CONDITIONS:** While in a foreign country, U.S. citizens may encounter road conditions that differ significantly from those in the United States. The information below concerning Uzbekistan is provided for general reference only and may not be totally accurate in a particular location or circumstance.

Uzbekistan has a developed but deteriorating traffic infrastructure. Although main roads in central Tashkent are relatively well maintained, many secondary roads inside and outside Tashkent, and particularly those in the Tien Shan and Fan Mountains, are in poor condition and may be passable only by four-wheel-drive vehicles. Driving at night can be quite dangerous because only the main roads in Tashkent have streetlights; rural roads and highways generally are not lit. Visitors are strongly urged to avoid driving at night outside Tashkent.

Livestock, as well as farm equipment and carts drawn by animals that lack lights or reflectors, are found on both urban and rural roads at any hour. Local drivers are not familiar with safe driving techniques. Pedestrians in cities and rural areas cross streets unexpectedly and often without looking for oncoming traffic. Uzbekistan has a large road police force, which frequently stops drivers for minor infractions or simple document checks. There have been reports of harassment of foreign drivers by the road police, with reported minor police corruption in the form of solicitation of bribes.

For additional general information about road safety, including links to foreign government sites, please see the Department of State, Bureau of Consular Affairs home page at http://travel.state.gov/travel/tips/safety/safety_1179.html or the Uzbekistan national tourist organization office on the Internet at http://www.uzbekistan.uz/eng/tourisms.html .

**AVIATION SAFETY OVERSIGHT:** The U.S. Federal Aviation Administration (FAA) has assessed the Government of Name of Country as being in compliance with ICAO international aviation safety standards for oversight of Name of Country's air carrier operations. For more

information, travelers may visit the FAA's internet web site at http://www.faa.gov/safety/programs_initiatives/oversight/iasa.

**SPECIAL CIRCUMSTANCES:** Travelers to Uzbekistan are subject to frequent document inspections. Therefore, U.S. citizens are strongly encouraged to carry a copy of their U.S. passport and their Uzbek visa with them at all times, so that, if questioned by local officials, proof of identity and U.S. citizenship are readily available. In accordance with the Vienna Convention on Consular Relations and certain bilateral agreements, local authorities must grant a United States consular officer access to any U.S. citizen who is arrested. U.S. citizens who are arrested or detained should ask to contact the U.S. Embassy immediately.

Uzbek customs authorities may enforce strict regulations concerning temporary import or export from Uzbekistan of items such as armaments and ammunition, space technology, encryption devices, X-ray and isotope equipment, nuclear materials, poisons, drugs, precious and semi-precious metals, nullified securities, pieces of art, and antiques of historical value. It is advisable to contact the Embassy of Uzbekistan in Washington, D.C. or the Consulate of Uzbekistan in New York for specific information regarding customs requirements.

In many countries around the world, counterfeit and pirated goods are widely available. Transactions involving such products are illegal and bringing them back to the United States may result in forfeitures and/or fines. A current list of those countries with serious problems in this regard can be found at www.ustr.gov/Document_Library/Reports_Publications/2004/2004_Special_301/Section_Index.html . Please see our information on customs regulations.

Most transactions are conducted on a cash-only, local currency (soum) basis. Credit cards are accepted only at the main hotels and a few shops and restaurants; traveler's checks can be cashed into dollars at the National Bank of Uzbekistan. The commission fee is two percent. Importation of currency exceeding $10,000 (US) is subject to a one percent duty. Foreigners must complete a customs declaration upon entering Uzbekistan and may face fines upon departure if unable to produce certificates verifying legal conversion of foreign currency. Old U.S. dollar bills (prior to 1990) and/or those in poor condition (with tears, writing or stamps) are not acceptable forms of currency in Uzbekistan. Although payment in U.S. dollars is required for certain hotel charges, plane tickets, and visa fees, other dollar transactions, as well as black market currency exchanges, are prohibited.

**CRIMINAL PENALTIES:** While in a foreign country, a U.S. citizen is subject to that country's laws and regulations, which sometimes differ significantly from those in the United States and may not afford the protections available to the individual under U.S. law. Penalties for breaking the law can be more severe than in the United States for similar offences. Persons violating Uzbek laws, even unknowingly, may be expelled, arrested or imprisoned. Penalties for possession, use, or trafficking in illegal drugs in Uzbekistan are severe, and convicted offenders can expect long jail sentences and heavy fines. Engaging in illicit sexual conduct with children or using or disseminating child pornography in a foreign country is a crime, prosecutable in the United States. See more information here.

**CHILDREN'S ISSUES:** For information on international adoption of children and international parental child abduction, see the Office of Children's Issues website at http://travel.state.gov/family/family_1732.html.

**REGISTRATION / EMBASSY LOCATION:** Americans living or traveling in Uzbekistan are encouraged to register with the nearest U.S. Embassy or Consulate through the State Department's

travel registration website, https://travelregistration.state.gov, and to obtain updated information on travel and security within Uzbekistan. Americans without Internet access may register directly with the nearest U.S. Embassy or Consulate. By registering, American citizens make it easier for the Embassy or Consulate to contact them in case of emergency. The U.S. Embassy is located at # 82, Ulitsa Chilanzarskaya, Tashkent. The main Embassy telephone number is (998 71) 120-5450, fax: (998 71) 120-6335; the Consular Section's direct line is (998 71) 120-4718, or (998 71) 120-4719, fax: (998 71) 120-54-48; e-mail address: consular@usembassy.uz; web site: http://www.usembassy.uz.

* * *

This replaces the Consular Information Sheet dated February 4, 2005, to update the sections on Safety and Security and Crime.

FIRSTGOV

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not beconstrued as an endorsement of the views contained therein. Copyright Information Disclaimers