# In the United States Court of Federal Claims

No. 05-1245 L

(Filed: April 26, 2006)

| | |
|---|---|
| **ZOYA ATAMIRZAYEVA,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On April 26, 2006, the court held a preliminary telephonic status conference, wherein the parties discussed how they propose to proceed in this matter. The court hereby ORDERS the following:

- Defendant shall file its dispositive motion on or before **June 5, 2006.**

- A telephonic status conference will be held on **June 13, 2006, at 10:00 a.m.** to discuss whether discovery is necessary in order for Plaintiff to respond to Defendant's motion. One business day before the conference, counsel shall call Ms. Shirley Scott, Judicial Assistant to Chief Judge Damich, at 202/357-6483, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers, and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge