# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOYA ATAMIRZAYEVA,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 02-951 L<br>Honorable Edward J. Damich |

DECLARATION OF YURI KOMAROV

1. I am a native born citizen of the Republic of Uzbekistan and currently live in the city of Tashkent.

2. Since 1992 I have been an employee of the United States Department of State at the United States Embassy in Tashkent ("Embassy"). From 1996 to the present I have been a General Services Assistant and Procurement Agent at the Embassy.

3. Currently I report to Juliana Ballard, the General Services Officer for the Embassy. In turn, Ms. Ballard reports to Brent Bohne, Management Counselor. In 1999, I reported to Joseph Zadrozny who was the General Services Officer at the time.

4. When I began working at the Embassy in 1992, it was located at 82 Chilonzarskaya Street, Chilonzar District, Tashkent (the "Old Embassy Compound") and remained at that location until February, 2006. It is currently located at 3 Moyqorghon Street, Yunusabad 5th, Tashkent.

5. The Gafur Gulom Park (in 1999 named Ulugbek Park the "Park"), which is a public park with an artificial lake, is located behind and across a canal from the Old Embassy Compound. The canal is approximately 5-6 meters wide and was filled with water during spring and summer (approximately 1.5 to 2 meters deep).

6. Throughout most of 1999, there was a small food stand located in the Park, which sold kabobs and other simple local dishes. The food stand, which was located approximately 25 to 35 meters from the Chancellory building, was called Café Feruza. I am not aware of any formal interactions between the Embassy and the owners of Café Feruza until 2003, when Sobir Atamirzayev contacted the Embassy seeking to meet with Embassy staff.

7. Café Feruza was a small structure on a concrete foundation. The kitchen area of the café was constructed of cement blocks. The front service area had a metal frame and glazed windows with an awning. There was room for only 5-6 tables inside. Tables were sometimes placed outside of the stand. The café operated only in the summertime when people were in the Park to enjoy the lake.

8. In either November or December of 1999, I received a call from the Embassy security office. One of the Embassy guards reported that a piece of construction equipment had been moved into the Park across the Canal.

9. Because I was responsible for issues related to utility services for the Embassy, I would periodically receive calls from the Embassy guards reporting on any signs of construction activity in the area of the Old Embassy Compound. Many of the utilities for the Embassy were underground and could easily be damaged by improper construction activities in the vicinity of

the Embassy. When construction was taking place in the area surrounding the Embassy, I would make inquiries to ensure that the construction did not interrupt utility services at the Embassy.

10. Neither I nor the General Services Section had received any notice of construction in the Park prior to the Embassy guards seeing the construction equipment in the Park that morning.

11. I became concerned that construction in the Park could interrupt utility services to the Embassy if not carried out properly. Thus, I proceeded over to the Park to determine what was happening.

12. Upon arrival in the Park, I was met by Shavkat Kasymov, the Hokim (Mayor) of the Chilonzar District Hokimat. The Chilonzar District Hokimat is a neighborhood government within the City of Tashkent. The Old Embassy Compound is situated in the Chilonzar District. The Hokim is the highest ranking official of the neighborhood government. Mr. Kasymov was accompanied by a member of the local militia, or city policeman, and several laborers. The laborers had a tractor and some additional tools.

13. I asked Mr. Kasymov what was happening. Mr. Kasymov stated that because of a series of bombings in Tashkent by Muslim extremists in February, 1999, the Tashkent City Hokimat (city government) had decided to take actions to improve security generally throughout Tashkent. He further stated that Café Feruza was being removed from its location in the Park as part of this general effort to improve security. Mr. Kasymov indicated that the Tashkent City Hokimat also felt that removal of Café Feruza would improve the security of the Embassy.

14. When the café was removed from the Park in 1999, I was not aware of any request having been made by Embassy staff for the removal of Café Feruza, nor have I become

aware since that time of any request having been made by Embassy staff for the removal of Café Feruza.

15. I asked Mr. Kasymov if they planned to do any digging as part of the work. He informed me that the café was on a concrete foundation, that they planned to leave the foundation in place, that they intended to remove all remaining parts of the structure, and that the work would not require any digging. I thanked Mr. Kasymov for the information, asked him to be careful if they encountered any utilities, and returned to the Embassy. I spent no more than five minutes talking with Mr. Kasymov. Because there was no potential for the work to interfere with utility services to the Embassy, I did not feel that a report to my supervisor was necessary, nor was I asked for a report by my supervisor.

16. I observed from the Old Embassy Compound that the work to remove the café, including disposal of the debris, took approximately three days. Aside from my initial conversation with Mr. Kasymov, I did not enter the Park during the removal of the café, nor did I have any additional conversations with Mr. Kasymov or other Hokimat officials regarding the removal of the café.

17. I did not hear about Café Feruza again until 2003 when I learned that Sobir Atamirzayev, the son of Zoya Atamirzayeva, had contacted the Embassy requesting a meeting.

18. In November 2003, Brent Bohne requested that I participate in a meeting with Mr. Atamirzayev to discuss the removal of the café. Mr. Atamirzayev, Brent Bohne, Ulugbek Sayedkhovadjaev, Venera Kharieva, and I attended the meeting, which took place at the Embassy. At the meeting, Mr. Atamirzayev requested assistance from the Embassy staff in encouraging the Chilonzar Hokimat to meet what he said was a promise from the Hokimat to pay

for the Café. In the alternative, Mr. Atamirzayev said that the United States should pay his family for the removal of the café because it had been removed for the protection of the Embassy. Mr. Bohne explained to Mr. Atamirzayev that there was no evidence in the Embassy records that the Embassy had ever requested removal of the café. As such, Mr. Bohne stated that the Embassy could not pay for the removal.

19. In my position as a General Services Assistant, I participate in any communications between the Embassy and the local Uzbek authorities related to construction on or around the Embassy and utility services to the Embassy. For instance, I was involved in communications with the local Uzbek authorities regarding railings which were installed on the opposite side of the road which runs in front of the Old Embassy Compound. I was also involved in communications between the Embassy and the local Uzbek authorities regarding bollards which were installed in front of the Embassy. At no time since I became a General Services Assistant have I participated in or been aware of any communication between the Embassy and the local Uzbek authorities regarding removal or closure of any structure around the Old Embassy Compound.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2006

[signature]
Yuri Komarov