# EXHIBIT B

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOYA ATAMIRZAYEVA, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 02-951 L<br>Honorable Edward J. Damich |

## DECLARATION OF ULUGBEK SAYEDKHODJAEV

1. I am a native born citizen of the Republic of Uzbekistan and currently live in the city of Tashkent.

2. Since July 1993 I have been an employee of the United States Department of State at the United States Embassy in Tashkent, which until recently was located at 82 Chilonzarskaya Street, Chilonzar District, Tashkent (the "Embassy").

3. From 1996 to March 2005 I was the Assistant to the Regional Security Officer at the Embassy. Currently I am one of the Supervisors of the Embassy guard detail.

4. Currently I report to Seth Green, the Assistant Regional Security Officer, who, in turn, reports to Adam Shrandt, the Regional Security Officer. In 1999, I reported to John Bray, who was the Regional Security Officer at the time.

5. There is a park located behind and across a canal from the Embassy. In 1999 the park was called the Ulugbek Park (the "Park"). The Park has since been renamed the Gafur

Gulom Park. The canal between the Park and the Embassy is approximately 5 meters wide and was usually filled with water to an approximate depth of 2 meters.

6. Throughout most of 1999, Café Feruza, a small building with a kabob stand, was located in the Park. The food stand was approximately 35 meters from the Embassy.

7. In 1999, as an assistant to Mr. Bray and a locally employed staff member with the ability to speak English, Uzbek, and Russian, I assisted Mr. Bray with all oral and written communications related to security between the Embassy and representatives of the Government of Uzbekistan. I was responsible for translating all correspondence from Mr. Bray to representatives of the Government of Uzbekistan related to security issues. In addition, I accompanied Mr. Bray to all meetings with Uzbek officials as an assistant and translator.

8. For instance, following bombings at two American Embassies in Africa in 1998, Mr. Bray determined that it would be prudent to request uniformed Uzbek police at additional sites affiliated with the Embassy. In Diplomatic Note No. 410/98 from September 16, 1998, the Embassy requested additional police presence at the American Business Center, the Peace Corps Office, and the Tashkent International School. I translated this note from English into Russian.

9. In 1999, I accompanied Mr. Bray to a meeting with General Botir Parpiev, the Deputy Minister of Internal Affairs, who was in charge of all uniformed police in Uzbekistan. At the meeting, General Parpiev informed us that he would double the number of uniformed police at the Embassy and told us where precisely they would be stationed.

10. At the meeting, General Parpiev also stated that as a result of the terrorist bombings in Tashkent on February 16, 1999, as well as border unrest in Uzbekistan during 1999, the Uzbek government had decided to institute a city-wide plan to improve security conditions at

all high priority sites in Tashkent. The Uzbek government had decided that the Embassy was a high priority site.

11. General Parpiev indicated that the Uzbek government was concerned that a small farmers' market on the south-west side of the Embassy presented a security concern and indicated that the Uzbek government desired to remove the market. Mr. Bray indicated that the Embassy staff was making no such request and further indicated that he did not find removal of the farmers' market necessary from a security standpoint. Ultimately, the Uzbek government did not remove the farmers' market.

12. I do not recall any mention of Café Feruza at this meeting.

13. In 2003, after letters and telephone calls to the Embassy by Sobir Atamirzayev, I reviewed the Embassy's records from 1998 and 1999 to determine whether any files mentioned the Café Feruza. I did not locate any files which mentioned the Café.

14. I do not recall any communications, either oral or written, in which Mr. Bray or any other security official at the Embassy requested or suggested that Café Feruza be removed from its location across the canal from the Embassy.

15. The Embassy security staff felt that because the canal separated the Embassy from the Park, structures in the Park, including Café Feruza, had no impact on security of the Embassy.

16. At no time since I began working at the Embassy have I participated in or been aware of any communication between the Embassy and the Uzbek authorities regarding removal or closure of any structure around the Embassy.

17. In December 1999, I was informed by the Embassy guard detail that workmen with a tractor were dismantling Café Feruza. I shared this information with Mr. Bray.

18. Mr. Bray and I then walked around to the back of the Embassy to take a look at the work that was being done. We viewed the work from the Embassy side of the canal separating the Embassy and the Park. By the time we went out to look at the work, the walls of the Café had already been removed. Mr. Bray and I did not cross the canal while the work was taking place and we did not speak with anyone at the site.

19. Neither I nor anyone in the Security Section ever received advance notice from the Uzbek authorities that Café Feruza was to be removed. Embassy staff only became aware of the removal when we witnessed the dismantling of Café Feruza.

20. I did not hear about Café Feruza again until 2003 when I learned that Sobir Atamirzayev, the son of Zoya Atamirzayeva, had contacted the Embassy requesting a meeting.

21. Prior to the meeting with Mr. Atamirzayev, at Mr. Bohne's request, I reviewed all Security Office files for any mention of Café Feruza. I found no such files. I also told Mr. Bohne that I had never heard of any request to remove Café Feruza despite my role as translator of all Security Office correspondence and my attendance at all meetings with Uzbek authorities on security issues.

22. In November 2003, I participated in a meeting with Mr. Atamirzayev. Brent Bohne; Yuri Komarov, GSO assistant; and Venera Kharieva, Mr. Bohne's secretary, also attended the meeting. At the meeting, which took place in the Embassy, Mr. Atamirzayev insisted that the Embassy staff should assist him in obtaining funds from local Uzbek authorities as payment for the removal of his mother's business. He stated that the Chilonzar Hokimat (a

District Municipality within the city of Tashkent) had promised to pay his mother and failed to make such payments. He also said that if the Embassy would not assist him in obtaining funds from the Hokimat, that the United States should pay his family for the removal of Café Feruza. Mr. Bohne told Mr. Atamirzayev that there were no records that the Embassy was involved and no records indicating that the Embassy had ever requested that Café Feruza be removed. Mr. Bohne said that the Embassy could not pay the Atamirzaev family for the loss of Café Feruza because the Embassy was not involved in its destruction in any way.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 2, 2006

Ulugbek Sayedkhodjaev

EXHIBIT B -
ATTACHMENT 1

Drafted: RSO-USadykhodjaev DWH Cleared: RSO-JBrady, DCM
410/98

EMBASSY OF THE
UNITED STATES OF AMERICA

No. 410/98

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of Uzbekistan and has the honor to provide the Ministry with information on the facilities in Tashkent that are owned or rented by the United States Government. Enclosure 1 contains the list of all diplomatic facilities and residences affiliated with the American Embassy in Tashkent.

In light of the recent increase of threat to American citizens after terrorist acts in Dar Es Salaam and Nairobi, United States missions worldwide were requested to increase security measures at all mission facilities. Since the Embassy opened in Tashkent in 1992, the Ministry of Internal Affairs has provided outer perimeter security. The Embassy requests Ministry's assistance in facilitating additional police posts at the following locations:

1. American Business Center at 41 Buyuk Turon street
2. Office of the Peace Corps in Uzbekistan at 63/65 2nd Sapernaya Street
3. Tashkent International School at 3 Vasily Fetisov Street

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.

Tashkent, September 16, 1998

EMBASSY OF THE UNITED STATES OF AMERICA TASHKENT

Enclosure 1 – Diplomatic facilities and residences of the Embassy