# EXHIBIT C

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ZOYA ATAMIRZAYEVA, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 02-951 L<br>Honorable Edward J. Damich |

**DECLARATION OF JOSEPH PRESEL**

1. I am a United States citizen. In 1963 I joined the Foreign Service and continued to work for the United States Department of State for almost forty years. Over the course of my career in the Foreign Service I developed expertise in Russian and Soviet affairs, multilateral diplomacy, and political military affairs. During my employment with the United States Department of State, I held posts in Turkey, France, Moscow, Belgrade (as Deputy Chief of Mission), the U.S. Arms Control Delegation in Vienna (once as Deputy U.S. Representative), and Uzbekistan.

2. I was appointed Ambassador to Uzbekistan on November 10, 1997 and I presented my credentials to President Islam Karimov on December 3, 1997. I left Uzbekistan on October 21, 2000 and retired from the Foreign Service in October 2001. I am currently employed as the Director of the Integrated Concepts Development Office at the Office of the Director of National Intelligence.

3. As Ambassador to Uzbekistan I was responsible for establishing policies and procedures related to the Embassy's relationship with the Government of Uzbekistan as well as

the Uzbek people. In this capacity I emphasized to Embassy staff that our mission was to be a good neighbor, to present as open and accessible a posture as possible, and to allay any fears that the presence of the United States Embassy may have created among Uzbek citizens.

4. During my tenure as Ambassador, the Embassy staff generally enjoyed a positive and cooperative relationship with the Government of Uzbekistan and with the people of Uzbekistan.

5. Security has long been an important issue for U.S. diplomatic missions worldwide. During my tenure as Ambassador to Uzbekistan, the issue of security was highlighted by explosions of five coordinated car bombs in Tashkent on February 16, 1999. None of those bombs were targeted at American interests in Uzbekistan. Following these bombings, the Ministry of Internal Affairs of Uzbekistan embarked on a program to improve security generally throughout Tashkent.

6. In 1999, the Embassy staff also took several measures to improve security. The security of the Embassy was primarily the responsibility of the Regional Security Officer (RSO). In 1999, the RSO was John Bray.

7. Communications between the Embassy and the Government of Uzbekistan were generally very formal. Thus, in practice, requests for security improvements were presented to the Government of Uzbekistan through formal diplomatic correspondence to the Ministry of Foreign Affairs. These formal diplomatic notes were generally approved by either me or the Deputy Chief of Mission.

8. In approving security measures, I consistently reminded the Embassy staff, including Mr. Bray, that the Embassy should maintain a feeling of openness, that the staff should always act as good neighbors to the residents and businesses around the Embassy, and that all

security improvements should be designed to limit, to the greatest extent possible, their impact on our neighbors.

9. I am aware that there was a café located in an adjacent public park across a drainage ditch from the Embassy. I have become aware that the café was removed from the park in 1999, although I cannot now recall whether I was made aware of its removal at the time.

10. I did not request the removal of the café, nor am I aware of any request having been made by Embassy staff for the removal of the café.

11. As stated, the established practice to request security improvements around the Embassy compound, including the installation or removal of any structure, likely would have involved formal correspondence with the Government of Uzbekistan. Such correspondence would have been reviewed and approved by me or the Deputy Chief of Mission. To the best of my recollection, at no time during my Ambassadorship did I approve a request for the removal of any structure around the Embassy.

12. During my tenure as Ambassador, I am not aware of any request by the Embassy to the Government of Uzbekistan to remove or close any businesses around the Embassy, nor am I aware of any other Embassy official requesting such action. Such an action would have gone against my general policy to foster trust in the United States and against my specific policy to increase security by taking the least obtrusive measures possible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1st June, 2006.

Joseph Presel