**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOYA ATAMIRZAYEVA, Plaintiff, | ) | No. 02-951 L |
| v. | ) | Honorable Edward J. Damich |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**UNITED STATES' MOTION TO WITHDRAW WITHOUT PREJUDICE ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND SUPPORTING MEMORANDUM FILED ON JUNE 5, 2006**

On June 5, 2006, the United States filed a Motion for Judgment on the Pleadings seeking to dismiss this case because (1) Plaintiff lacks standing and (2) the United States cannot be liable for actions of a foreign sovereign. Pursuant to the June 13, 2006 status conference and the Court's order of the same date, the United States moves to withdraw without prejudice its Motion for Judgment on the Pleadings and Supporting Memorandum filed on June 5, 2006 (Docket Entry No. 10).[1/]

[1/]Pursuant to the discussion at the status conference, the United States will file a new Motion for Judgment on the Pleadings by June 16, 2006, which will only address the issue of standing and will not address the alternative basis for dismissal contained in the Untied States' June 5, 2006 motion. In the unlikely event the Court fails to dismiss this case based solely on Plaintiff's lack of standing, the Untied States reserves its right to pursue a motion for judgment on the pleadings on the ground that the Untied States cannot be liable for acts of a foreign sovereign.

June 15, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

/s/ James D. Gette

JAMES D. GETTE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 305-1461

Of counsel:
Emily E. Daughtry, Attorney-Adviser
Office of the Legal Adviser
United States Department of State
2430 E Street, NW
Suite 203, South Building
Washington, DC 20037-2800
(202) 776-8436