# In the United States Court of Federal Claims

**No. 05-1245 L**

**ZOYA ATAMIRZAYEVA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed June 20, 2007, granting defendant's Motion for Judgment on the Pleadings,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**June 20, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.