#066997

ORIGINAL

Form 2

**FORM 2. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the Court of Federal Claims**

FILED
AUG 17 2007
U.S. COURT OF FEDERAL CLAIMS

## Court of Federal Claims

Case Number No. 05-1245 L

Zoya Atamirzayeva, Plaintiff,

v. **NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that Zoya Atamirzayeva (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment (from the final judgment) ((from an order) (describe the order)) entered in this action on June 20, 2007 (date).

(Signature of appellant or attorney)

801 Pennsylvania Ave., N.W.,
Suite 900
Washington, DC 20004
202-508-8000
(Address of appellant or attorney)

Reset Fields

**See* Fed. R. App. P. 3(c) for permissible ways of identifying appellants.