ORIGINAL

# United States Court of Appeals for the Federal Circuit

FILED
AUG 1 2 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5159

ZOYA ATAMIRZAYEVA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S) 05-CV-1245.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.**

ENTERED BY ORDER OF THE COURT

DATED MAY 0 7 2008

Jan Horbaly /KW

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Valerie [signature] Date: 8/12/08

**ISSUED AS A MANDATE:** AUG 1 2 2008